Case 1:06-cv-01441-HHK-JMF   Document 1   Filed 08/16/2006   Page 1 of 4
Case 1:06-cv-011__-WMN   Document 5   Filed 06/22/_06   Page 1 of 1
Case 1:06-cv-01169-WMN   Document 4   Filed 06/15/2006   Page 2 of 2

**FILED**

AUG 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

IONA D. CALHOUN                             *

    Plaintiff,

v.                                          CASE NUMBER  1:06CV01441

GENERAL SERVICES ADMINISTRATION             JUDGE: Paul L. Friedman

    Defendant.                              DECK TYPE: Employment Discrimination

                                            DATE STAMP: 08/16/2006

\*   \*   \*   \*   \*     \*   \*   \*   \*

*JURY ACTION* (stamp)

### ORDER

Upon review of Plaintiff's unopposed motion to transfer venue, it is this _21st_ day of June, 2006, that Plaintiff's motion is hereby, GRANTED.

*[signature]*
US District Court Judge

CLOSED

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01169-WMN

Calhoun v. Bibb
Assigned to: Judge William M Nickerson
Cause: 28:451 Employment Discrimination

Date Filed: 05/10/2006
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Iona D. Calhoun** represented by **Ari Taragin**
Snider and Associates LLC
104 Church Ln Ste 201
Baltimore, MD 21208
14106539060
Fax: 14106539061
Email: ari@sniderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery Charles Taylor**
Snider and Associates LLC
104 Church Ln Ste 201
Baltimore, MD 21208
14106539060
Fax: 14106539061
Email: jeff@sniderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Snider**
Snider and Associates LLC
104 Church Ln Ste 201
Baltimore, MD 21208
14106539060
Fax: 14106539061
Email: mike@sniderlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**David L. Bibb**
*Acting Administrator, United States General Services Administration*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2006 | 1 | COMPLAINT against David L. Bibb ( Filing fee $ 350 Paid.), filed by Iona D. Calhoun. (Attachments: # 1 Civil Cover Sheet)(jc, Deputy Clerk) (Entered: 05/10/2006) |
| 05/09/2006 | | Jury Trial Demand by Iona D. Calhoun. (elt, Deputy Clerk) (Entered: 05/10/2006) |
| 05/10/2006 | | Filing fee: $ 350.00, receipt number 8463705451 (elt, Deputy Clerk) (Entered: 05/10/2006) |
| 05/10/2006 | 2 | Summons Issued 60 days as to David L. Bibb, U.S. Attorney and U.S. Attorney General (elt, Deputy Clerk) (Entered: 05/10/2006) |
| 05/24/2006 | 3 | AFFIDAVIT of Service for Proof of Service *of Complaint and Summons* served on Bibb, Attorney General, U.S. Attorney on 5-18-06; 5-19-06-5-16-06, filed by Iona D. Calhoun. (Taylor, Jeffery) (Entered: 05/24/2006) |
| 06/15/2006 | 4 | MOTION to Change Venue *to US District Court for the District of Columbia* by Iona D. Calhoun. Responses due by 7/3/2006 (Taylor, Jeffery) (Entered: 06/15/2006) |
| 06/22/2006 | 5 | ORDER granting 4 Motion to Change Venue to USDC District of Columbia. Signed by Judge William M Nickerson on 6/21/06. (eg, Deputy Clerk) (Entered: 06/22/2006) |
| 06/22/2006 | 6 | Correspondence from Clerk to USDC District of Columbia re: Transfer of case. (eg, Deputy Clerk) (Entered: 06/22/2006) |

**PACER Service Center**