UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1441 (HHK) |
| ) | |
| DAVID L. BIBB, ACTING ADMINISTRATOR, ) | |
| GENERAL SERVICES ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137