# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN, )<br>)<br>     Plaintiff, )<br>)<br>v.                                                   )<br>)<br>DAVID L. BIBB, ACTING ADMINISTRATOR, )<br>GENERAL SERVICES ADMINISTRATION,   )<br>)<br>     Defendant. )<br>)<br>_____) | Civil Action No.  06-1441 (HHK) |

## CONSENT MOTION TO EXTEND TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b)(2), defendant moves this Court for a ten-day extension of time to respond to plaintiff's complaint in this employment litigation, to and including October 16, 2006.   Defendant's counsel has consulted with plaintiff's counsel who has graciously consented to this motion.

This case was transferred from the United States District Court for the District of Maryland on plaintiff's unopposed motion to transfer based on venue.  Although the docket reflects that the case was transferred to this Court on August 18, 2006, the United States Attorney's Office did not learn of the transfer until a few days ago.  It is unclear where the delay was encountered, however, upon receipt of the case file, undersigned counsel immediately called plaintiff's counsel to request this extension of time.  As noted, plaintiff's counsel kindly consented.

Undersigned counsel primarily assigned to this case has also attempted to contact the agency counsel who was assisting the U.S. Attorney's Office in Maryland.  Although

undersigned counsel has been unsuccessful in this endeavor, because of the delay, counsel will make every effort to insure that the answer and/or other response is filed within the next ten business days. Accordingly, it is respectfully requested that an extension of time be granted, to and including October 16, 2006. A proposed order is attached.

                                              Respectfully submitted,

                                              /s/
                                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                                        United States Attorney

                                              /s/
                                        RUDOLPH.CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                            /s/
                                        CLAIRE WHITAKER, D.C. Bar # 354530
                                        Assistant United States Attorney
                                        United States Attorneys Office
                                        Civil Division
                                        555 4th Street, N.W., Room E-4204
                                        Washington, D.C. 20530
                                        (202) 514-7137