## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN, ) | |
| 130108 Valleywood Drive, ) | |
| Wheaton, MD 20906, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1023 (JDB) |
| ) | |
| DAVID L. BIBB, ACTING ADMINISTRATOR, ) | |
| GENERAL SERVICES ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

### ORDER

Upon consideration of defendant's consent motion to extend the time to respond to plaintiff's answer in the case, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's answer or other filing is due on October 16, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

MICHAEL J. SNIDER, Esq.
ARI TARAGIN, Esq.
JEFFREY C. TAYLOR, Esq.
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 201
Baltimore, Maryland 21208

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530