UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                              *

        Plaintiff,                              Case No. 06-1441-HHK

v.                                            *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration

        Defendant                              *

o8o

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff, by and through undersigned counsel, moves for leave of court pursuant to local rule LCvR 7(i), 15.1, and Rule 15(a), Fed. R. Civ. Proc., to amend her complaint to include facts and evidence of her recent EEOC dismissal in Agency No., EEOC 100-2004-00691X, stating:

    1.    Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend pleadings "shall be freely given when justice so requires." The decision of whether to grant leave to amend rests within the discretion of the trial court. Zenith Radio Corp. v. Hazeltine Research, Inc., 401 U.S. 321 (1971). In reviewing a motion for leave to amend, the district court may consider several factors, including undue influence, bad faith or dilatory motive on the part of the movant, undue prejudice to the non-moving party, or futility of the amendment. Foman v. Davis, 371 U.S. 178 (1962). Here in this case no discovery has taken

place thus far and as a result the Defendant won't suffer any prejudice. Also, a separate cause of action filed will result anyways in a transfer and consolidation of such actions.

2. Plaintiff includes facts that pertain to her EEOC claim in Case No. EEOC 100-2004-00691X, (filed January 26, 2001), regarding non selection based on race, gender, and reprisal, on or about December 22, 2000. The hearing was held on June 6, 2006 before an Administrative Judge. On September 29, 2006 the EEOC dismissed the Plaintiff's claims giving her the right to file a civil action in this case.

WHEREFORE, THE PLAINTIFF MOTIONS FOR LEAVE OF COURT TO FILE HER AMENDED COMPLAINT.

Respectfully Submitted,

/s/

_____
Michael J. Snider, Esq
Jeffery C. Taylor, Esq.
Snider and Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax
mike@sniderlaw.com
jeff@sniderlaw.com
ecf@sniderlaw.com
Attorneys for Plaintiff

2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                                          *

       Plaintiff,                                     Case No. 06-1441-HHK

v.                                                                      *

Lurita Alexis Doan, Administrator,
U.S. General Services Administration

       Defendant.                                  *

o8o

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE OF COURT
TO FILE AMENDED COMPLAINT**

This cause, having come before the Court on the Plaintiffs' Motion for Leave of Court to file Amended Complaint and the Court being duly advised, it is ORDERED AND ADJUDGED:

1.   The Amended Complaint is deemed as filed as of the date of this order.

DONE AND ORDERED IN CHAMBERS ON THIS ___ DAY OF _____, 2006.


                                                                         _____
                                                                        U.S. DISTRICT COURT JUDGE