UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN,<br><br>      Plaintiff,<br><br>      v.<br><br>LURITA A. DOAN, Administrator,<br>U.S. General Services Administration,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-1441 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Defendant hereby notes that Lurita A. Doan is the current Administrator of the U.S. General Services Administration and that the case captions of future Court filings should reflect the change.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137