UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN, )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>LURITA A. DOAN, ADMINISTRATOR, )<br>GENERAL SERVICES ADMINISTRATION, )<br>)<br>        Defendant. )<br>)<br>_____ ) | Civil Action No. 06-1441 (HHK) |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE OF 11/16/06

By order of October 19, 2006, this Court scheduled a Status Conference in this case for November 16, 2006, at 10:00 a.m. R. 6. Defendant moves, with the consent of plaintiff, for a rescheduling of the Status Conference for any day during the first week of December, except December 6, 2006.

The reason for this motion is that undersigned counsel primarily assigned to the case has previously purchased nonrefundable tickets to San Francisco for a family visit for November 15, 2006, returning on November 28, 2006. Should the Court determine to set the Scheduling Conference for later in December, please note that December 12, 13, 15 and 18, 2006 are also not available.

As noted above, plaintiff consents to this motion. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

          /s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

          /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137