UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN,             )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>LURITA A. DOAN, ADMINISTRATOR,)<br>GENERAL SERVICES ADMINISTRATION,)<br>                              )<br>        Defendant.            )<br>_____) | Civil Action No. 06-1441<br>                  (HHK) |

ORDER

Upon consideration of Defendant's consent motion to continue the status conference presently scheduled for November 16, 2006, at 10:00 a.m., and for good cause shown, it is by the Court, this ____ day of _____, 2006,

ORDERED, that said motion is granted. The status conference is rescheduled for December _____, 2006, at _____ a.m.

_____
UNITED STATES DISTRICT JUDGE