# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )        Civil Action No.  06-1441  (HHK)
                                          )
LURITA A. DOAN, ADMINISTRATOR,            )
GENERAL SERVICES ADMINISTRATION,          )
                                          )
            Defendant.                    )
                                          )
_____ )

## <u>MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY</u>

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for thirty days after this Court enters a Scheduling order setting discovery deadlines, to respond to plaintiff's early discovery in this case.   Defendant's counsel has consulted with plaintiff's counsel concerning this matter and the fact that plaintiff's discovery requests are premature.  However, defendant has been unable to consult specifically with counsel regarding this motion before its filing with the Court.

This case is presently set for a Scheduling Conference on December 5, 2006, at which time discovery deadlines will be set.  However, plaintiff has already served her first set of interrogatories and request for production of documents.  These discovery requests were served on October 24, 2006.  Defendant believes that plaintiff's discovery is premature and has so advised plaintiff's counsel.  Undersigned counsel has requested that plaintiff withdraw the requests at this time but plaintiff has refused to do so.  As undersigned counsel primarily assigned to this case will be out of the office from October 15, 2006, through the due date for responses to plaintiff's discovery, it is respectfully requested that an extension of time be granted.

Accordingly, defendant requests to and including thirty days after the filing of this Court's

Scheduling Order be granted for responding to plaintiff's discovery.  A proposed order is

attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137