## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN, | ) |
|         Plaintiff, | ) |
| v. | )   Civil Action No. 06-1441 (HHK) |
| LURITA A. DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, | ) |
|         Defendant. | ) |

## **ORDER**

Upon consideration of Defendant's motion to extend time, and for good cause shown, it is by the Court, this ____ day of _____, 2006,

ORDERED, that said motion is granted. Defendant's responses to plaintiff's discovery requests are due thirty (30) days after the entry of a Scheduling Order setting deadlines for discovery in this case.

 

_____
UNITED STATES DISTRICT JUDGE