# Law Offices of
# Snider & Associates, LLC

Michael J. Snider, Esq.
Ari Taragin, Esq.
Jeffery C. Taylor, Esq.
Jason I. Weisbrot, Esq.
Jacob M. Schnur, Esq.

December 21, 2006

**VIA ECF**

The Honorable Henry H. Kennedy, Jr.
District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.,
Washington, D.C. 20530

                      Re: Calhoun v. Doan
                      Case no.: 06-1441-HHK

Dear Judge Kennedy:

     First, I would like to apologize for my absence today. I am also writing to clarify what occurred to explain my absence for today's status conference. I contacted my legal secretary to inform the Court that I was en route to the courthouse, but was being delayed in traffic. I informed her to tell the court that I would be about twenty (20) minutes late. This occurred sometime at or around 11:30am., and my legal secretary informed me that she notified the Court within five minutes of my phone call and left a voice mail message stating I would be twenty minutes late. She later informed me that no one answered the phone at the judge's chambers when she called Ms. Johnson. When I arrived in court, your law clerk informed me that the status conference was held in my absence and the date for the conference was reset to April 27, 2007. I apologized for my absence at that time.

     This was an unusual event for me as I usually strive to be early and/or on time for all court proceedings. I do not anticipate being late for any court proceedings in the future. I hope that my correspondence adequately explains why I was not in attendance before your honor, and this rare absence will not be viewed negatively in any manner by the Court.

With regards,

/s/Jeffery C. Taylor, Esq.

Cc: Claire Whitaker, Esq.