UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                                    *

      Plaintiff,                              Case No. 06-1441-HHK

v.                                                  *

**Lurita Alexis Doan, Administrator,
U.S. General Services Administration**

      **Defendant**                           *

      o8o

## NOTICE TO THE C0URT

As Plaintiff's counsel, I would like to apologize for my absence at the 21 December 2006 status conference. I am also giving notice to clarify what occurred to explain my absence for yesterday's status conference. I initially contacted my legal secretary to inform the Court that I was en route to the courthouse, but was being delayed in traffic. I informed her to tell the court that I would be about twenty (20) minutes late. This occurred sometime at or around 11:30am. Unfortunately, I was not overly clear to her that I was on my way to a federal court and she contacted the Equal Employment Opportunity Commission believing that Plaintiff's conference hearing was before that Agency. My office litigates many cases before that Agency. She however did this within five minutes after my contact to her. She later informed me that no one answered the phone and she left a voice mail message there. When I arrived in court at or about 12:20pm, the law clerk there informed me that the status conference was held

in my absence and the date for the conference was reset to April 27, 2007. I apologized for my absence at that time.

  This was an unusual event for me as I usually strive to be early and/or on time for all court proceedings. I do not anticipate being late for any court proceedings in the future and have corrected any and all issues of miscommunication in my office for the future. I hope that my correspondence adequately explains why I was not in attendance before your honor, and this rare absence will not be viewed negatively by the Court in any manner.

            Respectfully submitted,

            /s/Jeffery C. Taylor, Esq.
            _____
            Michael J. Snider, Esq
            Jeffery C. Taylor, Esq.
            Snider and Associates, LLC
            104 Church Lane Suite 100
            Baltimore, Maryland 21208
            410-653-9060 Phone
            410-653-9061 Fax
            mike@sniderlaw.com
            jeff@sniderlaw.com
            ecf@sniderlaw.com

            Attorneys for Plaintiff