<u>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

| | |
|---|---|
| **IONA D. CALHOUN**, | * |
| Plaintiff, | Case No. 06-1441-HHK/AK |
| v. | * |
| **Lurita Alexis Doan, Administrator,** **U.S. General Services Administration** | * |
| Defendant | * |

## <u>ORDER OF COURT</u>

Upon consideration of the parties' joint meet and confer report, it is this __ day of June 2007;

**Ordered** by paperless order that this case is referred to mediation before Magistrate Judge Alan Kay, and it is **Further Ordered,**

That discovery is stayed in this case until further order of this Court.

/s/ Henry H. Kennedy
_____
U.S. District Court Judge