UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN,<br><br>                Plaintiff,<br><br>      v.<br><br>LURITA ALEXIS DOAN,<br>Administrator, U.S. General Services Administration,<br><br>                Defendant. | Civil Action 06-01441 (HHK) |

ORDER REFERRING ACTION TO A
UNITED STATES MAGISTRATE JUDGE
FOR THE PURPOSE OF MEDIATION

It is this 27th day of June, 2007, hereby

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings, which shall take place between July 11, 2007, and September 12, 2007. The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

                                                          Henry H. Kennedy, Jr. United
                                                          States District Judge