## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IONA D. CALHOUN**, | * |
| Plaintiff, | **Case No. 06-1441-HHK/AK** |
| v. | * |
| **Lurita Alexis Doan, Administrator,** <br> **U.S. General Services Administration** | * |
| Defendant. | * |

## JOINT NOTICE OF FILING STIPULATED SCHEDULING ORDER

The Parties, through their counsel, respectfully notify the Court of the filing of the attached stipulated scheduling order proposed by the parties subject to any further modification by the court. Early settlement and mediation of the case was attempted by the parties on August 9, 2007, but unsuccessful. Discovery should be initiated at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffery C. Taylor, Esq.<br>_____<br>Michael J. Snider, Esq. MD #24695<br>Ari Taragin, Esq. MD #27409<br>Jeffery C. Taylor, Esq. MD #15528<br>Jason I. Weisbrot, Esq. MD #28074<br>Jacob Statman, Esq. MD #16932<br>Allan E. Feldman, Esq. MD #17092<br>Law Offices of Snider & Associates, LLC<br>104 Church Lane, Suite 100<br>Baltimore, MD 21208<br>410-653-9060 phone<br>410-653-9061 fax<br>jeff@sniderlaw.com<br>ecf@sniderlaw.com<br><br>Attorneys for Plaintiff | /s/ Jeffrey A. Taylor, Esq.<br>_____<br>Jeffrey A. Taylor, D.C. Bar # 498610<br>United States Attorney<br><br><br>/s/ Rudolph Contreras, Esq.<br>_____<br>Rudolph Contreras, D.C. Bar #434122<br>Assistant United States Attorney<br><br><br>/s/ Claire Whitaker, Esq.<br>_____<br>Claire  Whitaker, D.C. Bar # 354530<br>Assistant United States Attorney<br><br>United States Attorneys Office<br>Civil Division<br>555 4th Street, N.W., Room E-4204<br>Washington, D.C. 20530<br>(202) 514-7137<br><br><br>Attorneys for Defendant |