## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**IONA D. CALHOUN**,                                    *

    Plaintiff,                                                       **Case No. 06-1441-HHK/AK**

v.                                                                    *

**Lurita Alexis Doan, Administrator,**
**U.S. General Services Administration**           *

    Defendant.                                                   *

## PARTIES' STIPULATED JOINT SCHEDULNG ORDER

Plaintiff, Iona D. Calhoun, (hereafter 'Calhoun'), by and through her undersigned attorneys, and Lurita Alexis Doan, Administrator of the General Services Administration, by her undersigned counsel, jointly stipulate to the attached scheduling order in this case as follows:

| | |
|---|---|
| Deadline for Plaintiff to Motion to Amend Complaint | September 21, 2007 |
| Discovery ends | 120 Days from date of Order |
| Expert Report (Proponent) due after start of Discovery | 30 Days |
| Expert Report (Opponent) due after Proponent Report | 30 Days |
| Status Hearing after Close of Discovery | March 3, 2008, or as determined by the court |
| Dispositive Motions deadline | March 14, 2008 |
| Opposition to Dispositive Motion deadline | March 28, 2008 |
| Reply to Opposition deadline | April 7, 2008 |

| | |
|---|---|
| Pre-trial status conference | To be arranged by the court at any status conference scheduled after dispositive motions Order, if applicable. |

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffery C. Taylor, Esq. | /s/ Jeffrey A. Taylor, Esq. |
| _____ | _____ |
| Michael J. Snider, Esq. MD #24695 | Jeffrey A. Taylor, D.C. Bar #498610 |
| Ari Taragin, Esq. MD #27409 | United States Attorney |
| Jeffery C. Taylor, Esq. MD #15528 | |
| Jason I. Weisbrot, Esq. MD #28074 | |
| Jacob Statman, Esq. MD #16932 | /s/ Rudolph Contreras, Esq. |
| Allan E. Feldman, Esq. MD #17092 | _____ |
| Law Offices of Snider & Associates, LLC | Rudolph Contreras, D.C. Bar #434122 |
| 104 Church Lane, Suite 100 | Assistant United States Attorney |
| Baltimore, MD 21208 | |
| 410-653-9060 phone | |
| 410-653-9061 fax | /s/ Claire Whitaker, Esq. |
| jeff@sniderlaw.com | _____ |
| ecf@sniderlaw.com | Claire Whitaker, D.C. Bar #354530 |
| | Assistant United States Attorney |
| Attorneys for Plaintiff | |
| | United States Attorneys Office |
| | Civil Division |
| | 555 4th Street, N.W., Room E-4204 |
| | Washington, D.C. 20530 |
| | (202) 514-7137 |
| | |
| | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**IONA D. CALHOUN**,                                *

   Plaintiff,                                                    **Case No. 06-1441-HHK/AK**

v.                                                                  *

**Lurita Alexis Doan, Administrator,**
**U.S. General Services Administration**           *


   Defendant.                                              *

## ORDER

The parties' stipulated joint scheduling order is **GRANTED** by Minute paperless order of the Court.

                                                            /s/ Henry H. Kennedy, Jr.
                                                             _____
                                                              U.S. District Court Judge