## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**IONA D. CALHOUN**,                              *

   Plaintiff,                                                **Case No. 06-1441-HHK/AK**

v.                                                        *

**Lurita Alexis Doan, Administrator,**
**U.S. General Services Administration**          *


   Defendant.                                          *


### PARTIES' CONSENT MOTION TO EXTEND CERTAIN DEADLINES
### IN THE COURT'S SCHEDULNG ORDER

Plaintiff, Iona D. Calhoun, (hereafter 'Calhoun'), by and through her undersigned attorneys, and Lurita Alexis Doan, Administrator of the General Services Administration, by her undersigned counsel, jointly consent to this motion for a sixty (60) days extension of the court's discovery deadline, which was previously agreed to by the parties and adopted by the Court pursuant to it's Scheduling Order. *See* Dkt. 19. All discovery is currently due to end on January 11, 2008. A status conference is scheduled for July 11, 2008. An extension of time for the parties to complete discovery and for dispositive motions will not otherwise interrupt the existing Scheduling Order. Defendant was provided with Plaintiff's discovery requests, but has had some inadvertent delays in providing these responses to Plaintiff. Plaintiff agrees that this extension of discovery deadlines is warranted, as follows:

| | |
|---|---|
| Discovery ends | March 11, 2008 |
| Dispositive Motions deadline | April 1, 2008 |
| Opposition to Dispositive Motion deadline | April 15, 2008 |
| Reply to Opposition deadline | April 21, 2008 |
| Status Hearing after court ruling on Dispositive motions | July 11, 2008 |
| Pre-trial status deadlines and conference | To be arranged by the court at the parties' status conference |

Respectfully submitted,

/s/ Jeffery C. Taylor, Esq.                                    /s/ Jeffrey A. Taylor, Esq.
_____                    _____
Michael J. Snider, Esq. MD #24695              Jeffrey A. Taylor, D.C. Bar #498610
Ari Taragin, Esq. MD #27409                         United States Attorney
Jeffery C. Taylor, Esq. MD #15528
Jason I. Weisbrot, Esq. MD #28074
Jacob Statman, Esq. MD #16932                  /s/ Rudolph Contreras, Esq.
Allan E. Feldman, Esq. MD #17092              _____
Law Offices of Snider & Associates, LLC    Rudolph Contreras, D.C. Bar #434122
104 Church Lane, Suite 100                           Assistant United States Attorney
Baltimore, MD 21208
410-653-9060 phone
410-653-9061 fax                                               /s/ Claire Whitaker, Esq.
jeff@sniderlaw.com                                         _____
ecf@sniderlaw.com                                         Claire Whitaker, D.C. Bar #354530
                                                                          Assistant United States Attorney
Attorneys for Plaintiff
                                                                          United States Attorneys Office
                                                                          Civil Division
                                                                          555 4th Street, N.W., Room E-4204
                                                                          Washington, D.C. 20530
                                                                          (202) 514-7137

                                                                          Attorneys for Defendant

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IONA D. CALHOUN**, | * |
| Plaintiff, | **Case No. 06-1441-HHK/AK** |
| v. | * |
| **Lurita Alexis Doan, Administrator,** **U.S. General Services Administration** | * |
| Defendant. | * |

**ORDER**

Minute paperless order of the Court. The Parties' Consent Motion to Extend Certain Deadlines In The Court's Scheduling Order is **GRANTED**.

/s/ Henry H. Kennedy, Jr.
_____
U.S. District Court Judge