## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IONA D. CALHOUN** | * | |
| **Plaintiff,** | | |
| | * | **06v1441-HHK** |
| **v.** | * | |
| | * | |
| **LURITA A. DOAN, Administrator** | | |
| **General Services Adm.** | * | |
| **Defendant.** | * | |

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff's undersigned counsel of record, Jeffery C. Taylor, Esq., moves under Local Rule 83.6, for withdrawal of representation. In support of this motion, the undersigned states:

Plaintiff was properly notified by the undersigned and counsel from Snider & Associates, LLC that the undersigned is no longer affiliated with Snider & Associates, LLC. Plaintiff is presently represented by counsel from Snider & Associates, LLC. *See* LCvR 83.6(c). As the undersigned no longer has any capacity to represent Plaintiff, the court should grant the motion. Counsel for Defendant was contacted by the undersigned and does not oppose the instant motion. The court should thus grant the motion.

WHEREFORE, and for the foregoing reasons, the undersigned respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

s/ Jeffery C. Taylor

_____

Jeffery C. Taylor, Esq.
1498 Reisterstown Road, Ste 356
Baltimore, MD 21208
443-527-2965 (phone)
410-486-7998 (fax)
mrtayloresquire@comcast.net

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IONA D. CALHOUN** | * | |
| **Plaintiff,** | | |
| | * | **06v1441-HHK** |
| **v.** | * | |
| | * | |
| **LURITA A. DOAN, Secretary<br>General Services Adm.** | * | |
| **Defendant.** | * | |

### ORDER OF COURT

By Minute Order, the Court grants the unopposed motion filed by Jeffery C.

Taylor to terminate his representation of Plaintiff.

s/ Henry H. Kennedy, Jr.
_____

Henry H. Kennedy, Jr.,
U.S. District Court Judge