UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                         *

        Plaintiff,                         Case No. 06-1441-HHK

v.                                       *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration

        Defendant                          *

**Notice of Appearance**

Plaintiff notes the appearance of the following attorneys as representative(s) and/or co-representatives:

    James L. Fuchs, Esq. Bar No. 454514
    Law Offices of Snider & Associates, LLC
    104 Church Lane Suite 201
    Baltimore, Maryland 21208
    410-653-9060 Phone
    410-653-9061 Fax

    Respectfully Submitted,

    _____/s/_____
    James L. Fuchs, Esq. Bar No. 454514
    Law Offices of Snider & Associates, LLC
    104 Church Lane Suite 100
    Baltimore, Maryland 21208
    410-653-9060 Phone
    410-653-9061 Fax

    Attorneys for Plaintiff