UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                                       *

        Plaintiff,                                Case No. 06-1441-HHK

v.                                                  *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration

        Defendant                              *

## **ORDER**

Plaintiff's Motion to extend discovery by 45 days, and to extend to the dates for dispositive motions by forty-five days, be granted.

New dates would be as follow:

                                     End of Discovery     April 25, 2008

                                     Dispositive Motions   May 27, 2008

                                     Reply to Dispositive   June 5, 2008
                                     Motions

                                     /s/ Henry H. Kennedy, Jr.

                                     _____