UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                              *

        Plaintiff,                              Case No. 06-1441-HHK

v.                                             *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration

        Defendant                              *

## ORDER

Plaintiff's Motion to extend discovery by 45 days, and to extend to the dates for dispositive motions by forty-five days, be granted.

New dates would be as follow:

| | |
|---|---|
| End of Discovery | April 25, 2008 |
| Dispositive Motions | May 27, 2008 |
| Reply to Dispositive Motions | June 5, 2008 |

/s/ Henry H. Kennedy, Jr.

_____