UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


IONA D. CALHOUN,                                    *

        Plaintiff,                                    Case No. 06-1441-HHK

v.                                                 *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration

        Defendant                          *


**MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Plaintiff Iona D. Calhoun, by and through her undersigned attorneys, moves to extend discovery

by forty-five days and to extend the dates for dispositive motion deadlines by forty-five days.

Plaintiff's reasons are as follow:

1.  On or about January 23, 2008, Plaintiff's previous attorney, Jeffrey Taylor, Esq., withdraw as

counsel for Plaintiff after having ceased to be associated with the law firm representing Plaintiff,

Snider & Associates, LLC ("S&A").

2. On or about January 23, 2008, James L. Fuchs, an attorney associated with S&A, became

aware of his representation of Plaintiff, along with his representation of other clients previously

represented by Mr. Taylor.

3. On March 3, 2008, Mr. Fuchs filed his Notice of Appearance with this Court with respect to

this case.

4. Discovery is presently set to close on March 11, 2008.

5. Although Defendant has set Plaintiff's Deposition for March 1l, 2008, Plaintiff has not yet set

the dates for Defendant's depositions.

6. Plaintiff intends, at this time, to depose four witnesses; and although Plaintiff had proposed March 10, 2008, as a date at which Plaintiff was prepared to depose all four witnesses, Defendant represented that, on such short notice, said witnesses would not be available.

7. Under the circumstances, Plaintiff's counsel asked Defendant's counsel if Defendant's counsel would consent to an extension of discovery, and Defendant's counsel did so consent.

8. Yet another problem with the present schedule is that deadlines for dispositive motions and replies have been set for mid-April, which coincides with the Jewish holiday of Passover.

9. Plaintiff's counsel intends to be out of the country at that time.

10. This is the first request by Plaintiff's present attorney for an extension, even though the parties have previously agreed to extend discovery.

11. New dates would be as follow:

|  |  |
|---|---|
| End of Discovery | April 25, 2008 |
| Dispositive Motions | May 27, 2008 |
| Reply to Dispositive Motions | June 5, 2008 |

11. Plaintiff's counsel represents that he intends to proceed with this case vigorously, and does not intend to seek any further extensions.

WHEREFORE, Plaintiff requests that Plaintiff's Motion to extend discovery by 45 days,

and to extend to the dates for dispositive motions by forty-five days, be granted.


Respectfully Submitted,


_____/s/_____
James L. Fuchs, Esq. Bar No. 454514
Law Offices of Snider & Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax

Attorneys for Plaintiff