EXHIBIT 3

### James Fuchs

**From:** James Fuchs
**Sent:** Monday, March 31, 2008 4:48 PM
**To:** 'Whitaker, Claire (USADC)'
**Subject:** RE: Please review 'Letter to Whitaker Discovery'

Claire, I am available, and I will check with my client. Thank you.

James

**From:** Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
**Sent:** Monday, March 31, 2008 3:46 PM
**To:** James Fuchs
**Subject:** RE: Please review 'Letter to Whitaker Discovery'

James,

I have not opened the responses yet but did read your letter and understand your situation. I am forwarding your email to my agency counsel and will discuss the matter regarding documents with him. Assuming he is available, are you available for plaintiff's deposition on 4/10, commencing at 10 am—in my office. Okay?

Claire
202-514-7137

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Monday, March 31, 2008 3:32 PM
**To:** Whitaker, Claire (USADC)
**Subject:** Please review 'Letter to Whitaker Discovery'

Please review the attached document. Claire, I am sending you responses to your Interrogatories and Document Requests. We also need to schedule Ms. Calhoun's deposition before April 14, 2008. In addition, the Agency has been extremely recalcitrant with respect to producing documents. Please see the attached letter.


Thank you,


James Fuchs


4/11/2008