EXHIBIT 8



April 9, 2008

By Hand

Claire Whitaker, Esq.
Assistant United States Attorney
United States Attorneys' Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, DC  20530

      Re:    Calhoun V. Doan, Civil Action No. 06-1441 (HHK)

Dear Ms. Whitaker:

      I am writing this letter in response to my telephone conversation with you and the Agency's representative, F. Allen Phaup II, on August 9, 2008.

Mr. Phaup represented that he would answer Interrogatories to which the Agency had not provided answers if we could identify the positions in question. The Agency's responses to Interrogatories also stated that the Agency would do as much. Below are listed the positions in questions. We expect that Mr. Phaup will be able to answer these Interrogatories (which are: Interrogatories 3, 4, 5, 6, 7, 9, and 10) within the discovery deadline; and that, if he cannot, he or you will inform us by email and/or letter by April 17, 2008. The positions in question are as follows:

Vacancy Announcement Number: 040035103MP*
Position: Program Expert, GS-0301Y-14
Opening Date: May 18, 2004, Closing Date: June 2, 2004

Vacancy Announcement Number:  04110071
Position: Director of Human Resources Services, Series/Grade:  ES-02-1F-00/00
Open Date: 04/06/2004, Closing Date: 05/05/2004

Vacancy Announcement Number: 04110051
Position: Deputy Associate Administrator for Real Property
Series/Grade, ES-0340D-00/00
Opening Period:  03/12/2004 - 04/12/2004

Announcement Number: 040019503MP*
Position: Program Expert, GS-301Y-14

104 Church Lane • Suite 100 • Baltimore, Maryland 21208
410 653-9060 phone • 410 653-9061 fax • 1-800-DISCRIMINATION℠ • info@sniderlaw.com

March 2003

Announcement Number: 030046317MP
Vacancy Description: Courthouse Program Liaison Specialist, GS-301-14
Opening Date: 07/08/2002, Closing Date: 07/21/2002

Vacancy Announcement Number: 010004103*
Position: GS-0343-14, Computer Specialist
Opening Date: 12/15/2000   Closing Date: 12/21/2000

Vacancy Announcement Number: 010011203
Vacancy Announcement Position: Supervisory Computer Specialist, GS-0334-14/15
Opening Date: 09/20/2000   Closing Date: 10/19/2000

Vacancy Announcement Number: 990002403
Position: Program Analyst, GS-0343-14
Opening Period: 12/30/98 - 01/13/99

In view of this information, the Agency is now in a position to answer Interrogatories 3, 4, 5, 6, 7, 9, and 10.

    There are, however, seven Interrogatories in which, rather than answering the question, the Agency simply refers to documents. This is unacceptable. In other cases in which I have dealt with your office, your office has insisted that referring to documents, even when they have produced, is not an acceptable alternative to answering Interrogatories. That logic, which I believe that a court would support, applies, a fortiori, to documents that the Agency has merely offered to make available for inspection. The Interrogatories in question are Interrogatories 14, 15, 15, 17, 18, 19, 20, 21, 22, 23. Kindly answer those questions by April 17, 2008, or we will have no alternative but to seek the court's intervention.

Very truly yours,

James L. Fuchs