UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                            *

        Plaintiff,                              Case No. 06-1441-HHK

v.                                          *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

        Defendant                               *

## ORDER

WHEREFORE, having considered Plaintiff's Motion that the discovery period be extended by 30 days, that the deposition period be extended by 30 days; or, in the alternative, that the deposition of Carol S. Anadale be compelled, and that the responses to Interrogatories and to Requests for the production of documents be compelled, it is hereby ORDERED that

Plaintiff's Motion to extend discovery by 30 days, and to extend to the dates for depositions is granted.

Plaintiff's Motion, in the alternative, to compel the deposition of Carol S. Anadale, and to compel Responses to Interrogatories and the production of documents, is granted.

                                                                                   Hon. Henry H. Kennedy, Jr.