EXHIBIT 2

## James Fuchs

| | |
|---|---|
| **From:** | James Fuchs |
| **Sent:** | Monday, March 31, 2008 3:32 PM |
| **To:** | 'Whitaker, Claire (USADC)' |
| **Subject:** | Please review 'Letter to Whitaker Discovery' |
| **Follow Up Flag:** | Review |
| **Flag Status:** | Flagged |
| **Attachments:** | Letter to Whitaker Discovery.doc; Plaintiff's responses to agency's request for production of documents 3-31-08.pdf; Plaintiff's objections and responses to defendant's first set of interrogatories 3-31-08.pdf; CALHOUN PLAINTIFF's DISCOVERY v 1 1 FINAL COPY.pdf |

Please review the attached document.   Claire, I am sending you responses to your Interrogatories and Document Requests.  We also need to schedule Ms. Calhoun's deposition before April 14, 2008.  In addition, the Agency has been extremely recalcitrant with respect to producing documents.  Please see the attached letter.


Thank you,


James Fuchs