EXHIBIT 4



April 3, 2008

**By Email and U.S. Mail**

Claire Whitaker, Esq.
Assistant United States Attorney
United States Attorneys' Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, DC 20530

      Re:    *Calhoun V. Doan*, **Civil Action No. 06-1441 (HHK)**

Dear Ms. Whitaker:

      Attached please find Plaintiff's Second Set of Interrogatories and Request for Production of Documents. This Request is, of course, supplemental to Plaintiff's Interrogatories and Request for Production of Documents.

      We have also noticed the deposition of Carol S. Anadale. Because Ms. Anadale is no longer with the Agency, we realize that the Agency does not have to produce her, in which case we will subpoena her. Please let me know as soon as possible if this is necessary.

      I have set April 11, 2008 as the deposition date. However, if we need to subpoena her, I will need to set it on August 14, 2008, unless we should agree, with the Court's permission (which, of course, would not be guaranteed) to allow Ms. Anadale's deposition to take place outside of the discovery period.

      Given the number of Requests, we are amenable to requesting that the Court extend discovery for an additional 30 days. Of course, the Agency may not be willing to produce the documents in question, in which case there would be no point in moving to extend.

      In any event, I would appreciate knowing your thoughts as soon as possible.

                                    Very truly yours,

                                    James L. Fuchs

Attachment and enclosure