EXHIBIT B

District of Columbia live database
Case 1:06-cv-01441-HHK-JMF   Document 29-11   Filed 05/27/2008   Page 2 of 7
Page 1 of 6

JURY, TYPE-H

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01441-HHK

CALHOUN v. DOAN
Assigned to: Judge Henry H. Kennedy
Case: 1:95-cv-02397-PLF
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 08/16/2006
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**IONA D. CALHOUN**    represented by   **Ari Taragin**
SNIDER & ASSOCIATES, LLC
104 Church Lane
Suite 201
Baltimore, MD 21208
(410) 653-9060
Fax: (410) 653-9061
Email: ari@sniderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Lawrence Fuchs**
SNIDER & ASSOCIATES LLC
104 Church Lane
Suite 100
Baltimore, MD 21209
(410) 653-9060
Email: jfuchs@sniderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery Charles Taylor**
SNIDER & ASSOCIATES, LLC
104 Church Lane
Suite 201
Baltimore, MD 21208
(410) 653-9060
Email: jeff@sniderlaw.com
*TERMINATED: 02/07/2008*

**Michael J. Snider**
SNIDER & ASSOCIATES, LLC
104 Church Lane

          Suite 100
          Baltimore, MD 21208
          (410) 653-9060
          Fax: (410) 653-9061
          Email: mike@sniderlaw.com
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVID L. BIBB**
*Acting Administrator, United States General Services Administration*
*TERMINATED: 10/24/2006*

represented by **Claire M. Whitaker**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816
(202) 514-7137
Fax: (202) 514-8780
Email: claire.whitaker@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**LURITA A. DOAN**
*Administrator, United States General Services Administration*

represented by **Claire M. Whitaker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2006 | 1 | CASE TRANSFERRED IN from the U.S. District Court for the District of Maryland, Southern Division. Other Court Case Number: 06-1169filed by IONA D. CALHOUN. (Attachments: # 1 Exhibit Court Documents)(jf, ) (Entered: 08/17/2006) |
| 08/16/2006 | 2 | NOTICE OF RELATED CASE. Case related to: Case No. 95-2397. (jf, ) (Entered: 08/17/2006) |
| 08/21/2006 | | Case Reassigned to Judge Henry H. Kennedy. Judge Paul L. Friedman has determined that this case is not related; therefore, the case is no longer assigned to the Judge Paul L. Friedman (jeb, ) (Entered: 08/21/2006) |
| 09/29/2006 | 3 | NOTICE of Appearance by Claire M. Whitaker on behalf of DAVID L. BIBB (Whitaker, Claire) (Entered: 09/29/2006) |
| 09/29/2006 | 4 | Consent MOTION for Extension of Time to *respond to plaintiff's complaint* by DAVID L. BIBB. (Attachments: # 1 Text of Proposed Order)(Whitaker, Claire) (Entered: 09/29/2006) |
| 10/02/2006 | | Minute order granting 4 defendant's consent motion to extend time to answer. Defendant shall have up to and including October 16, 2006, within which to |

| | | |
|---|---|---|
| | | answer, move, or otherwise respond to plaintiff's complaint. Signed by Judge Henry H. Kennedy, Jr., on October 2, 2006. Official paperless order (FL, ) (Entered: 10/02/2006) |
| 10/02/2006 | | Reset Deadlines: Defendant's Answer due by 10/16/2006. (tj ) (Entered: 10/02/2006) |
| 10/16/2006 | 5 | ANSWER to Complaint by DAVID L. BIBB. Related document: 1 Case Transferred In - District Transfer filed by IONA D. CALHOUN,.(Whitaker, Claire) (Entered: 10/16/2006) |
| 10/18/2006 | | Set Hearings: Initial Scheduling Conference set for 11/16/2006 @ 10:00 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 10/18/2006) |
| 10/19/2006 | 6 | Scheduling Order: Status conference set for November 16, 2006, at 10:00 a.m., in Courtroom 27A, before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr., on October 19, 2006. (FL, ) (Entered: 10/19/2006) |
| 10/24/2006 | 7 | MOTION to Amend/Correct 1 Case Transferred In - District Transfer *with text of proposed order* by IONA D. CALHOUN. (Attachments: # 1 Supplement Amended Complaint)(Taylor, Jeffery) (Entered: 10/24/2006) |
| 10/24/2006 | 8 | NOTICE by DAVID L. BIBB (Whitaker, Claire) (Entered: 10/24/2006) |
| 11/06/2006 | 9 | Consent MOTION to Continue *Status Conference of 11/16/06* by LURITA A. DOAN. (Attachments: # 1 Text of Proposed Order)(Whitaker, Claire) (Entered: 11/06/2006) |
| 11/07/2006 | | Reset Hearings: Status Conference reset for 12/5/2006 @ 10:30 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 11/14/2006) |
| 11/14/2006 | 10 | MOTION for Extension of Time to *respond to discovery* by LURITA A. DOAN. (Attachments: # 1 Text of Proposed Order)(Whitaker, Claire) (Entered: 11/14/2006) |
| 11/20/2006 | | Reset Hearings: Status Conference currently scheduled for 12/5/06 is OFF (with the consent of both parties)and rescheduled for 12/21/2006 @ 12:00 PM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 11/20/2006) |
| 12/11/2006 | | Minute order granting 10 defendant's motion to extend time to respond to discovery. Defendant shall have up to and including thirty (30) days after the entry of a scheduling order setting deadlines to respond to plaintiff's discovery requests. Signed by Judge Henry H. Kennedy, Jr., on December 11, 2006. Official paperless order (FL, ) (Entered: 12/11/2006) |
| 12/21/2006 | | Minute Entry for proceedings held before Judge Henry H. Kennedy : Initial Scheduling Conference held on 12/21/2006. Counsel for plaintiff not present. Defense counsel present. The court will issue an order addressing plaintiff's counsel's failure to appear. Initial scheduling conference reset for 4/27/07 at 10am. (Court Reporter ANNIE SHAW.) (tj ) (Entered: 12/21/2006) |
| 12/21/2006 | | Reset Hearings: Initial Scheduling Conference reset for 4/27/2007 @ 10:00 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 12/21/2006) |
| 12/21/2006 | 11 | ENTERED IN ERROR.....NOTICE *of MISCELLANEOUS* |

District of Columbia live database
Case 1:06-cv-01441-HHK-JMF   Document 29-11   Filed 05/27/2008   Page 5 of 7
Page 4 of 6

| | | |
|---|---|---|
| | | *CORRESPONDENCE* by IONA D. CALHOUN (Taylor, Jeffery) Modified on 12/22/2006 (nmw, ). (Entered: 12/21/2006) |
| 12/22/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. [11](…) Notice (Other) was entered in error as a letter and counsel was instructed to refile said pleading in accordance with LCvR 5.1(b) and (f). (nmw, ) (Entered: 12/22/2006) |
| 12/22/2006 | [12](…) | NOTICE *TO THE COURT* by IONA D. CALHOUN (Taylor, Jeffery) (Entered: 12/22/2006) |
| 04/16/2007 | | MINUTE ORDER granting [7](…) Motion to Amend Complaint. (Kennedy, Henry) (Entered: 04/16/2007) |
| 04/16/2007 | [13](…) | AMENDED COMPLAINT against LURITA A. DOAN filed by IONA D. CALHOUN.(lc, ) (Entered: 04/17/2007) |
| 04/27/2007 | | PARTIES SHALL DISREGARD THIS MINUTE ENTRY - ENTERED IN ERROR............Minute Entry for proceedings held before Judge Henry H. Kennedy : Status Conference held on 4/27/2007. The court will refer this matter to Magistrate Judge Alan Kay for further discussions. Parties shall advise the court on April 30, 2007 as to their availabilty for trial. (Court Reporter Annie Shaw.) (tj ) (Entered: 04/27/2007) |
| 04/27/2007 | | Minute Entry for proceedings held before Judge Henry H. Kennedy : Status Conference held on 4/27/2007. Next status conference is set for 6/26/2007 @ 10:00 AM in Courtroom 27A before Judge Henry H. Kennedy. (Court Reporter Annie Shaw.) (tj ) (Entered: 04/27/2007) |
| 04/30/2007 | [14](…) | ANSWER to Amended Complaint by LURITA A. DOAN. Related document: [13](…) Amended Complaint filed by IONA D. CALHOUN.(Whitaker, Claire) (Entered: 04/30/2007) |
| 06/07/2007 | [15](…) | STATUS REPORT *Of Parties with Proposed Order referring case to mediation before Magistrate Alan Kay* by IONA D. CALHOUN. (Attachments: # [1](…) Text of Proposed Order Referring Case to Mediation before Magistrate Alan Kay)(Taylor, Jeffery) (Entered: 06/07/2007) |
| 06/26/2007 | | Minute Entry for proceedings held before Judge Henry H. Kennedy : Status Conference held on 6/26/2007. This action will be referred to Magistrate Judge Kay for mediation. Next status conference is set for 10/12/2007 @ 11:45 AM in Courtroom 27A before Judge Henry H. Kennedy. (Court Reporter Annie Shaw.) (ztj, ) (Entered: 06/26/2007) |
| 06/27/2007 | [16](…) | Order referring action to a United States Magistrate Judge for the purpose of mediation. Signed by Judge Henry H. Kennedy, Jr., on June 27, 2007. (FL, ) (Entered: 06/27/2007) |
| 06/27/2007 | | CASE REFERRED to Magistrate Judge Alan Kay for mediation. (jeb, ) (Entered: 06/27/2007) |
| 07/03/2007 | [17](…) | SCHEDULING ORDER:Settlement Conference set for 8/9/2007, at 10:30 AM in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 07/03/07. (DM) (Entered: 07/03/2007) |

| | | |
|---|---|---|
| 08/10/2007 | | Minute Entry. Proceedings held before Magistrate Judge Alan Kay: Settlement Conference held on 8/09/2007. (DM) (Entered: 08/10/2007) |
| 09/12/2007 | 18 | NOTICE *of Parties' Joint Stipulated Scheduling Order* by IONA D. CALHOUN (Attachments: # 1 Supplement Parties' Stipulated Joint Scheduling Order)(Taylor, Jeffery) (Entered: 09/12/2007) |
| 09/13/2007 | | Set Hearings: Status Conference currently scheduled for 10/12/07 @ 11:45am is OFF and rescheduled for 7/11/2008 @10:00 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 09/13/2007) |
| 09/13/2007 | 19 | Scheduling Order: Status conference set for July 11, 2008 at 10:00 a.m., in Courtroom 27A, before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr., on September 13, 2007. (FL, ) (Entered: 09/13/2007) |
| 12/11/2007 | 20 | ENTERED IN ERROR.....Consent MOTION for Extension of Time to Complete Discovery *and to file dispositive motions* by LURITA A. DOAN, IONA D. CALHOUN (Taylor, Jeffery) Modified on 12/11/2007 (tg, ). (Entered: 12/11/2007) |
| 12/11/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 20 Consent MOTION for Extension of Time to Complete Discovery *and to file dispositive motions* was entered in error at the request of counsel. Counsel will refile said pleading. (tg, ) (Entered: 12/11/2007) |
| 12/11/2007 | 21 | Consent MOTION for Extension of Time to Complete Discovery *and to file dispositive motions* by LURITA A. DOAN, IONA D. CALHOUN (Taylor, Jeffery) (Entered: 12/11/2007) |
| 12/11/2007 | | Minute order granting 20 and 21 the parties' consent motion to extend certain deadlines in the court's scheduling order. Signed by Judge Henry H. Kennedy, Jr., on December 11, 2007. Official paperless order (FL, ) (Entered: 12/11/2007) |
| 12/11/2007 | | Scheduling Order Deadlines: Discovery ends March 11, 2008; dispositive motions deadline April 1, 2008; opposition to dispositive motion deadline April 15, 2008; reply to opposition deadline April 21, 2008. The status hearing after the court's ruling on dispositive motions July 11, 2008. The pretrial status deadlines and conference will be set by the court at the status conference. (FL, ) (Entered: 12/11/2007) |
| 12/19/2007 | 22 | NOTICE of Proposed Order */Stipulated Protective Order* by LURITA A. DOAN (Whitaker, Claire) (Entered: 12/19/2007) |
| 01/02/2008 | 23 | STIPULATED PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal Signed by Judge Henry H. Kennedy on 12/21/07. (tj ) (Entered: 01/02/2008) |
| 01/08/2008 | | Reset Deadlines/Hearings: Discovery due by 3/11/2008; Dispositive Motions due by 4/1/2008; Response to Dispositive Motions due by 4/15/2008; Reply to Dispositive Motions due by 4/21/2008; Status Conference set for 7/11/2008 @ 10:00 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 01/08/2008) |
| | | |

| | | |
|---|---|---|
| 02/07/2008 | 24 | Unopposed MOTION to Withdraw as Attorney *Jeffery C Taylor* by IONA D. CALHOUN (Taylor, Jeffery) (Entered: 02/07/2008) |
| 02/07/2008 | | MINUTE ORDER granting 24 Unopposed Motion for Withdrawal of Counsel. Signed by Judge Henry H. Kennedy, Jr. on February 7, 2008. (NP) (Entered: 02/07/2008) |
| 03/03/2008 | 25 | NOTICE of Appearance by James Lawrence Fuchs on behalf of IONA D. CALHOUN (Fuchs, James) (Entered: 03/03/2008) |
| 03/03/2008 | 26 | MOTION for Extension of Time to Complete Discovery by IONA D. CALHOUN (Attachments: # 1 Text of Proposed Order Order Granting Motion to Extend Discovery, # 2 Declaration motion to extend discovery)(Fuchs, James) (Entered: 03/03/2008) |
| 03/03/2008 | | MIINUTE ORDER granting 26 Motion to Extend Discovery and Dispositive Motion Deadlines by 45 days. Accordingly, discovery will close on April 25, 2008; dispositive motions are due on May 13, 2008; oppositions to dispositive motions are due on May 27, 2008; and replies to dispositive motions are due on June 5, 2008. Signed by Judge Henry H. Kennedy, Jr. on March 3, 2008. (NP) (Entered: 03/03/2008) |
| 03/03/2008 | | Reset Deadlines: Discovery due by 4/25/2008. Dispositive Motions due by 5/13/2008. Responses to Dispositive Motions due by 5/27/2008. Replies to Dispositive Motions due by 6/5/2008. (NP) (Entered: 03/03/2008) |
| 04/15/2008 | 27 | MOTION for Extension of Time to Complete Discovery by IONA D. CALHOUN (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Exhibit Three, # 4 Exhibit Four, # 5 Exhibit Five, # 6 Exhibit Six, # 7 Exhibit Seven, # 8 Exhibit Eight, # 9 Text of Proposed Order)(Taragin, Ari) (Entered: 04/15/2008) |
| 04/15/2008 | 28 | MOTION to Compel by IONA D. CALHOUN. (See Docket Entry 27 to view document). (nmw, ) (Entered: 04/16/2008) |
| 04/16/2008 | | MINUTE ORDER denying without prejudice 27 and 28 Motion to Extend Discovery and Dispositive Motion Deadlines; or, in the alternative, to Compel the Deposition of Carol S. Anadale and to Compel Responses to Interrogatories and to Requests for the Production of Documents. The motion is denied withour prejudice because it does not indicate that consent was sought from opposing counsel as required by the local rules. Signed by Judge Henry H. Kennedy, Jr. on April 16, 2008. (NP) (Entered: 04/16/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/27/2008 16:21:24 | | | |
| **PACER Login:** | sn0688 | **Client Code:** | calhoun |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-01441-HHK |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |