**James Fuchs**

**From:** Whitaker, Claire (USADC) [Claire.Whitaker@usdoj.gov]
**Sent:** Monday, May 05, 2008 8:07 PM
**To:** James Fuchs
**Subject:** RE:

James,

I assume you are speaking here of the Calhoun case and not the Smith case.

Defendant will not agree to an extension of time. However, we will agree to the depositions of Ms. Anadale and plaintiff's doctor and, as I indicated, we are willing to work with you regarding viewing any additional documents that may be relevant and responsive to plaintiff's production request.

I note that you have not provided any of the missing discovery documents identified by Ms. Calhoun as in her poession at her deposition of April 10. If she just thought she had documents, please so advise. Also, please confirm in writing that Ms. Calhoun refuses to permit defendant to depose her doctor.

Finally, should you wish to write a letter to me instead of responding to my emails, I would appreciate it if your assistant would paste the text of the letter into an email to me instead of simply attaching a document.

Thanks you and look forward to your phone call.

Claire
202-514-7137

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Monday, May 05, 2008 7:36 PM
**To:** Whitaker, Claire (USADC)
**Cc:** oniecal@comcast.net
**Subject:** RE:

Claire,

I have spoken to my client, who, understandably, has run out of patience.

We ask that you make a motion to extend the discovery deadline, and that the documents that we are seeking be available for inspection in our office by May 15, 2008.

James Fuchs

**From:** Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
**Sent:** Monday, May 05, 2008 6:32 PM
**To:** James Fuchs
**Subject:** RE:

Please call 3:15 pm

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Wednesday, April 09, 2008 6:29 PM
**To:** Whitaker, Claire (USADC)
**Subject:**

5/6/2008