EXHIBIT D

## James Fuchs

**From:** James Fuchs
**Sent:** Monday, May 26, 2008 12:44 PM
**To:** 'Whitaker, Claire (USADC)'
**Subject:** RE: Outstanding cases

Claire,

I must protect my client's interests. Unless we have all of the documents that we have requested, and answers to all of the Interrogatories, in our office by 4:00 p.m. tomorrow, May 27, 2008, we will have no choice but to renew the motion to extend discovery and/or compel. Thank you.

James Fuchs

-----Original Message-----
From: Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
Sent: Sunday, May 25, 2008 11:39 AM
To: James Fuchs
Subject: RE: Outstanding cases

James, I do have news for you. Sorry we couldn't connect. Claire

-----Original Message-----
From: James Fuchs [mailto:jfuchs@sniderlaw.com]
Sent: Saturday, May 24, 2008 10:33 PM
To: Whitaker, Claire (USADC)
Subject: Re: Outstanding cases

Claire,

Your client has placed me in a very diddicult position, and I blame your client, and certainly not you, personally. However, as you know, the motion to extend and/or compel was placed in abeyance on the understanding that we would receive documents, that we would receive answers to interrogatories, and that we would be able to take Ms. Anadale's deposition. However, morre than three wereks after the motion has been put in abeyance, we have no evidence that the Agency has done anything. I asked in writing for news of progress, and you telephoned on a day in which I was not in the office. You were then essentially unavailable on a day when we were both in the office. My client, not unjustifiably, refuses to pay for continued phone calls and emails that, after over three weeks, have brought us nothing. You and your client understood why the motion was put in abeyance, and I believe that your client has taken advantage.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "Whitaker, Claire \(USADC\)" <Claire.Whitaker@usdoj.gov>

Date: Fri, 23 May 2008 17:58:02
To:"James Fuchs" <jfuchs@sniderlaw.com>
Subject: RE: Outstanding cases


Hi James, I did get back to you, but the system that is on does not give an option to dial in you name. If you are still there, call me on my cell 240-5060-0502. claire



From: James Fuchs [mailto:jfuchs@sniderlaw.com]
 Sent: Thursday, May 22, 2008 8:08 PM
 To: Whitaker, Claire (USADC)
 Subject: Outstanding cases

Claire, I am back in my office, and tried to reach you. I received that artificial

1

intelligence message that does not allow me to leave a voicemail.    Since I presume that we will talk tomorrow, I will not try you on the cell phone.  I would be grateful if we could speak tomorrow, however.

Thanks,

James Fuchs