UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                              *

       Plaintiff,                              Case No. 06-1441-HHK

v.                                            *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

       Defendant                               *

**ERRATA**

On May 27, 2008, when filing Plaintiff's Resubmitted Motion to Extend Discovery and Dispositive Motion Deadlines; or, in the Alternative, to Compel the Deposition of Carol S. Anadale, and to Compel Responses to Interrogatories and Requests for the Production of Documents ("Plaintiff's Resubmitted Motion), I forgot to attach the first part of Exhibit A, which is Plaintiff's original Motion:  to wit, Plaintiff's Motion to Extend Discovery and Dispositive Motion Deadlines; or, in the Alternative, to Compel the Deposition of Carol S. Anadale, and to Compel Responses to Interrogatories and Requests for the Production of Documents ("Plaintiff's Original Motion").  I did not, however, fail to attach Exhibits 1-8 of Plaintiff's Original Motion (Exhibits 1-8 constitute the second part of Exhibit A to Plaintiff's Resubmitted Motion).

On May 27, 2008, I also failed to attach the Certificate of Service (I did file Plaintiff's Original Motion (which, again, is the first part of Exhibit A to Plaintiff's Resubmitted Motion) and the Certificate Service separately, but this was in error).

I am therefore filing, with this Errata Sheet, the first part of Exhibit A to Plaintiff's Resubmitted Motion (which, again, is Plaintiff's Original Motion).  I am also filing, with this Errata Sheet, the Certificate of Service.

This Errata Sheet, along with the aforesaid attachments, was served on defendant's counsel by electronic filing, or this means should fail, by mail, postage prepaid, and addressed as follows:

Claire Whitaker, Esq.
Assistant United States Attorney
Judiciary Center Building, Rm. E-4-4
555 Fourth Street, N.W.
Washington, D.C.  20530

                                                              _____/s/_____

                                                       James L. Fuchs, Esq.
                                                       Law Offices of Snider & Associates, LLC
                                                       104 Church Lane Suite 100
                                                       Baltimore, Maryland 21208
                                                       410-653-9060 Phone
                                                       410-653-9061 Fax
                                                       jfuchs@sniderlaw.com