UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                                *

       Plaintiff,                               Case No. 06-1441-HHK

v.                                              *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

       Defendant                              *

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Resubmitted Motion to Extend Discovery and Dispositive Motion Deadlines; or, in the Alternative, to Compel the Deposition of Carol S. Anadale, and to Compel Responses to Interrogatories and Requests for the Production of Documents, along with Exhibit A (Motion to Extend Discovery and Dispositive Motion Deadlines; or, in the Alternative, to Compel the Deposition of Carol S. Anadale, and to Compel Responses to Interrogatories and Requests for the Production of Documents, along with 8 Exhibits), Exhibit B (Docket Sheet), Exhibit C (Email), and Exhibit D (Email),  was served on defendant's counsel by electronic filing, or this means should fail, by mail, postage prepaid, and addressed as follows:

Claire Whitaker, Esq.
Assistant United States Attorney
Judiciary Center Building, Rm. E-4-4
555 Fourth Street, N.W.
Washington, D.C. 20530

                                                    _____/s/_____

                                                    James L. Fuchs, Esq.
                                                    Law Offices of Snider & Associates, LLC
                                                    104 Church Lane Suite 100
                                                    Baltimore, Maryland 21208
                                                    410-653-9060 Phone
                                                    410-653-9061 Fax
                                                    jfuchs@sniderlaw.com