UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID L. BIBB, Acting Administrator,<br>General Services Administration,<br><br>　　　　　　Defendant. | Civil Action 06-01441 (HHK) (JMF) |

ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE

It is this 29th day of May 2008, hereby

**ORDERED** that plaintiff's "Resubmitted Motion to Extend Discovery and Dispositive Motion Deadlines; or, in the Alternative, to Compel the Deposition of Carol S. Anadale, and to Compel Responses to Interrogatories and to Requests for the Production of Documents" [# 29, 33], as well as all further motions relating to discovery or discovery-related disputes, are referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Facciola, "JMF," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge