REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-H

Co 299 (Revised-DC 03/00)

CAUSE OF ACTION: 42:2000e Job Discrimination (Employment)

| CASE NO: 06-cv-01441 | DATE REFERRED: MAY 29, 2008  DISPOSITION DATE: | PURPOSE: REFERRAL OF MOTION (DOC #29) | JUDGE: HENRY H. KENNEDY, JR. | MAG. JUDGE JOHN M. FACCIOLA |
|---|---|---|---|---|

| PLAINTIFF(S): IONA D. CALHOUN | DEFENDANT(S): LURITA A. DOAN Administrator, United States General Services Administration |
|---|---|

ENTRIES: