UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LURITA A. DOAN,<br><br>　　Defendant. | Civil Action No. 06-1441 (HHK/JMF) |

## ORDER

　　Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **motion to compel [#29].**

　　In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

　　Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. All matters in the above captioned case should be addressed to the law clerk assigned to this action: **Sara B. Podger, Esq. at 202/354-3131.**

June 10, 2008                                         /S/
cc:　Counsel                              JOHN M. FACCIOLA
　　　Judge                               UNITED STATES MAGISTRATE JUDGE
　　　Files
　　　Chambers