# Attachment 1

**Whitaker, Claire (USADC)**

**From:** James Fuchs [jfuchs@sniderlaw.com]
**Sent:** Monday, May 05, 2008 8:26 PM
**To:** Whitaker, Claire (USADC)
**Subject:** RE:

Claire,

I am speaking about the Calhoun case.

I have actually been quite responsive to your questions, and I will send you our information concerning documents.

The inspection of documents in the Agency's office is not acceptable to my client. It involves time and expense, and she has been trying to get documents from the Agency for over three years. However cooperative you may attempt to be, I do not get the impression, based upon your Agency representative's representations on the phone and at Ms. Calhoun's deposition, that he will cooperate.

We will fax letters, but I am puzzled. Other Assistant District Attorneys communicate with us in this way all the time.

James

---

**From:** Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
**Sent:** Monday, May 05, 2008 8:07 PM
**To:** James Fuchs
**Subject:** RE:

James,

I assume you are speaking here of the Calhoun case and not the Smith case.

Defendant will not agree to an extension of time. However, we will agree to the depositions of Ms. Anadale and plaintiff's doctor and, as I indicated, we are willing to work with you regarding viewing any additional documents that may be relevant and responsive to plaintiff's production request.

I note that you have not provided any of the missing discovery documents identified by Ms. Calhoun as in her poession at her deposition of April 10. If she just thought she had documents, please so advise. Also, please confirm in writing that Ms. Calhoun refuses to permit defendant to depose her doctor.

Finally, should you wish to write a letter to me instead of responding to my emails, I would appreciate it if your assistant would paste the text of the letter into an email to me instead of simply attaching a document.

Thanks you and look forward to your phone call.

Claire
202-514-7137

---

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Monday, May 05, 2008 7:36 PM
**To:** Whitaker, Claire (USADC)
**Cc:** oniecal@comcast.net
**Subject:** RE:

1

Claire,

I have spoken to my client, who, understandably, has run out of patience.

We ask that you make a motion to extend the discovery deadline, and that the documents that we are seeking be available for inspection in our office by May 15, 2008.

James Fuchs

---

**From:** Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
**Sent:** Monday, May 05, 2008 6:32 PM
**To:** James Fuchs
**Subject:** RE:

Please call 3:15 pm

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Wednesday, April 09, 2008 6:29 PM
**To:** Whitaker, Claire (USADC)
**Subject:**

2

**Whitaker, Claire (USADC)**

| | |
|---|---|
| **From:** | James Fuchs [jfuchs@sniderlaw.com] |
| **Sent:** | Wednesday, May 07, 2008 2:02 PM |
| **To:** | Whitaker, Claire (USADC) |
| **Subject:** | RE: |

Claire, thank you for calling. I hope we can work this out. Here is the letter, as promised.
James


April 9, 2008


By Hand

Claire Whitaker, Esq.
Assistant United States Attorney
United States Attorneys' Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, DC 20530

  Re: Calhoun V. Doan, Civil Action No. 06-1441 (HHK)

Dear Ms. Whitaker:

  I am writing this letter in response to my telephone conversation with you and the Agency's representative, F. Allen Phaup II, on August 9, 2008.

Mr. Phaup represented that he would answer Interrogatories to which the Agency had not provided answers if we could identify the positions in question. The Agency's responses to Interrogatories also stated that the Agency would do as much. Below are listed the positions in questions. We expect that Mr. Phaup will be able to answer these Interrogatories (which are: Interrogatories 3, 4, 5, 6, 7, 9, and 10) within the discovery deadline; and that, if he cannot, he or you will inform us by email and/or letter by April 17, 2008. The positions in question are as follows:

Vacancy Announcement Number: 040035103MP*
Position: Program Expert, GS-0301Y-14
Opening Date: May 18, 2004, Closing Date: June 2, 2004

Vacancy Announcement Number: 04110071
Position: Director of Human Resources Services, Series/Grade: ES-02-1F-00/00
Open Date: 04/06/2004, Closing Date: 05/05/2004

Vacancy Announcement Number: 04110051
Position: Deputy Associate Administrator for Real Property
Series/Grade, ES-0340D-00/00
Opening Period: 03/12/2004 - 04/12/2004

1

Announcement Number: 040019503MP*
Position: Program Expert, GS-301Y-14
March 2003

Announcement Number: 030046317MP
Vacancy Description: Courthouse Program Liaison Specialist, GS-301-14
Opening Date: 07/08/2002, Closing Date: 07/21/2002

Vacancy Announcement Number: 010004103*
Position: GS-0343-14, Computer Specialist
Opening Date: 12/15/2000   Closing Date:   12/21/2000

Vacancy Announcement Number: 010011203
Vacancy Announcement Position: Supervisory Computer Specialist, GS-0334-14/15
Opening Date: 09/20/2000   Closing Date: 10/19/2000

Vacancy Announcement Number: 990002403
Position: Program Analyst, GS-0343-14
Opening Period: 12/30/98 - 01/13/99

In view of this information, the Agency is now in a position to answer Interrogatories 3, 4, 5, 6, 7, 9, and 10.

There are, however, seven Interrogatories in which, rather than answering the question, the Agency simply refers to documents. This is unacceptable. In other cases in which I have dealt with your office, your office has insisted that referring to documents, even when they have produced, is not an acceptable alternative to answering Interrogatories. That logic, which I believe that a court would support, applies, a fortiori, to documents that the Agency has merely offered to make available for inspection. The Interrogatories in question are Interrogatories 14, 15, 15, 17, 18, 19, 20, 21, 22, 23. Kindly answer those questions by April 17, 2008, or we will have no alternative but to seek the court's intervention.


Very truly yours,


James L. Fuchs


---

**From:** Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
**Sent:** Wednesday, May 07, 2008 12:57 PM
**To:** James Fuchs
**Subject:** RE:

James, Are you there? I can call you now. Is now good?

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Wednesday, May 07, 2008 11:29 AM
**To:** Whitaker, Claire (USADC)
**Subject:**

2

Claire, I just tried to reach you concerning Calhoun, and you did not pick up. Please telephone me at your earliest convenience.

Thank you.

James Fuchs