UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN,            )<br>                                              )<br>        Plaintiff,              )<br>                                              )<br>   v.                                      )<br>                                              )<br>DAVID L. BIBB, Acting Administrator, )<br>GENERAL SERVICES ADMINISTRATION, )<br>                                              )<br>        Defendant.             )<br>_____) | Civil Action No.  06-1441 |

ORDER

Upon consideration of Plaintiff's Motion to Extend Discovery and Dispositive Motion Deadline; or to Compel the Deposition of Carol S. Anadale, and Responses to Interrogatories and Requests for the Production of Documents, and defendant's response thereto, it is this _____ day of _____, 2008,

ORDERED, that the following schedule is entered:

| | |
|---|---|
| Document production of Plaintiff's Medical Records | July 1, 2008 |
| Interrogatories responses to Target Information<br>    See Attachment 1 at May 7, 2008 (letter of 4/9/08) | July 1, 2008 |
| Document production by Defendant<br>    (if additional documents found) | July 1, 2008 |
| Documents identified by Ms. Calhoun at deposition | July 15, 2008 |
| Depositions of Anadale and McNeil | July 20, 2008 |
| Dispositive Motions | August 18, 2008 |
| Oppositions | September 8, 2008 |
| Replies | September 15, 2008 |

_____
UNITED STATES MAGISTRATE JUDGE