

LAW OFFICES OF
SNIDER & ASSOCIATES, LLC

May 23, 2008

**By Facsimile and U.S. Mail:**  (202) 514-8780

Claire Whitaker, Esq.
Assistant United States Attorney
United States Attorneys' Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, DC  20530

     Re:    Calhoun V. Doan, Civil Action No. 06-1441 (HHK)

Dear Ms. Whitaker:

     I telephoned you on Friday, May 23, 2008 (on both your office and cell phones), in an effort to resolve our outstanding discovery disputes.  You had promised to get back to me in 10 minutes, but failed to do so.  I had also telephoned you on May 2, 2008, three weeks prior, in order to resolve our outstanding discovery disputes.  In the interim, despite our oral agreements to attempt to work this out, and despite assurances that Agency's counsel would be producing the documents that we have requested, it does not appear that anything has been done.  The next working day, May 27, 2008, will be 25 days *after* that telephone call of May 2, 2008.

     This continued delay has greatly prejudiced my client, and it is my responsibility to make certain that my client's interests are not prejudiced.  As a result, I must insist that the documents that we have requested be in this office by May 30, 2008.  Otherwise, we will renew the motion to extend discovery and/or to compel.

              Very truly yours,

              James L. Fuchs