**S&A** LAW OFFICES OF **SNIDER & ASSOCIATES,** LLC

May 4, 2008

**By Facsimile and U.S. Mail:** (202) 514-8780

Claire Whitaker, Esq.
Assistant United States Attorney
United States Attorneys' Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, DC 20530

     Re:    Calhoun V. Doan, Civil Action No. 06-1441 (HHK)

Dear Ms. Whitaker:

     I telephoned you on Friday, May 2, 2008, in an effort to resolve our outstanding discovery disputes. Unfortunately, as I continue to ponder this case, I see think that we will have difficulty resolving the outstanding discovery issue, which is your client's failure to respond to Interrogatories and to provide Documents.

     As I have previously explained, my client believes that there are emails to and from Mr. Langfeld and from Mr. Wagner, which pertain to my client, and which were never produced. In addition, Defendant did not provide specific answers to numerous Interrogatories, and merely said that it would make documents available that are responsive to those Interrogatories.

     We have previously asked for an affidavit, but, as I continue to review this case, I seriously question the value of an affidavit by an Agency counsel who does not appear to know what is in his own documents.

     In closing, I will note that your representation that we did not consult you concerning a Motion to Compel is inaccurate. In two letters and one email, we raised this possibility, and Defendant's response has merely been to stall.

                        Very truly yours,

                        James L. Fuchs

104 Church Lane • Suite 100 • Baltimore, Maryland 21208
410 653-9060 phone • 410 653-9061 fax • 1-800-DISCRIMINATION℠ • www.sniderlaw.com