## James Fuchs

**From:** James Fuchs
**Sent:** Wednesday, May 21, 2008 12:53 PM
**To:** 'Whitaker, Claire (USADC)'
**Subject:** Calhoun

Claire, I know that you called the day that you returned from California.

Please let me know what progress has been made with respect to the outstanding discovery issues in this case.

I will be away for a hearing, but plan to be back in my office on Friday.

Thanks,

James Fuchs

6/24/2008