**James Fuchs**

| | |
|---|---|
| From: | James Fuchs |
| Sent: | Sunday, May 25, 2008 3:08 PM |
| To: | 'Whitaker, Claire (USADC)' |
| Subject: | RE: Outstanding cases |

Claire,

I have no doubt that you have been busy, as I have been. The problem is that we have been contending over discovery not since last week but since the middle of last month (and we are now close to the end of this month). Since we are both here, please provide me in writing, before you go home today, something that I can show my client in terms of what the Agency has done with respect to our demands. It does appear that the Agency counsel's oral representations are inconsistent with his responses to Interrogatories. It is also true that we still don't have Ms. Anadale's address.

I sent you the attorney's fees on the understanding that the Agency would make an offer. My client believes that the Agency is simply stalling. During my own encounters with the Agency's counsel, over the phone and in person, I noted that he immediately made excuses as soon as I called his bluff and offered to inspect documents at the Agency. This is not the type of posture that fosters confidence.

In any event, I have spoken to my client. It is her position that, in the last three weeks--or, since that time when I again informed you that I would be refilling the motion to amend/compel--nothing has happened. Unless I have something concrete today to show her in terms of documents and responses to interrogatories, I will have no choice but to renew the motion.

Thank you,

James

-----Original Message-----
From: Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
Sent: Sunday, May 25, 2008 12:43 PM
To: James Fuchs
Subject: RE: Outstanding cases

James,

Just so you know, I went to SF, CA, on Thursday 5/15, early morning and came back on Monday, 5/20. My daughter got married. Then, I had depositions on Tuesday and Wednesday, in addition to a oppo to a PI, a Dispositive motion and another motion on Friday. I have consulted with Alan re your letter a several occasions. We simply haven't been able to connect. We have given you reams discovery material and you have given us none. If necessary, I will point this out to the Court.

In any event, if you want to try mediation again or just give me an offer, I'll discuss it with the agency and my superiors.

Claire



-----Original Message-----
From: James Fuchs [mailto:jfuchs@sniderlaw.com]
Sent: Saturday, May 24, 2008 10:33 PM
To: Whitaker, Claire (USADC)
Subject: Re: Outstanding cases

Claire,

Your client has placed me in a very diddicult position, and I blame your client, and

1

certainly not you, personally.  However, as you know, the motion to extend and/or compel was placed in abeyance on the understanding that we would receive documents, that we would receive answers to interrogatories, and that we would be able to take Ms. Anadale's deposition.  However, morre than three wereks after the motion has been put in abeyance, we have no evidence that the Agency has done anything.  I asked in writing for news of progress, and you telephoned on a day in which I was not in the office.  You were then essentially unavailable on a day when we were both in the office.  My client, not unjustifiably, refuses to pay for continued phone calls and emails that, after over three weeks, have brought us nothing.  You and your client understood why the motion was put in abeyance, and I believe that your client has taken advantage.


Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "Whitaker, Claire \(USADC\)" <Claire.Whitaker@usdoj.gov>

Date: Fri, 23 May 2008 17:58:02
To:"James Fuchs" <jfuchs@sniderlaw.com>
Subject: RE: Outstanding cases


Hi James, I did get back to you, but the system that is on does not give an option to dial in you name.  If you are still there, call me on my cell 240-5060-0502.  claire



From: James Fuchs [mailto:jfuchs@sniderlaw.com]
 Sent: Thursday, May 22, 2008 8:08 PM
 To: Whitaker, Claire (USADC)
 Subject: Outstanding cases

Claire, I am back in my office, and tried to reach you.  I received that artificial intelligence message that does not allow me to leave a voicemail.   Since I presume that we will talk tomorrow, I will not try you on the cell phone.  I would be grateful if we could speak tomorrow, however.

Thanks,

James Fuchs