## James Fuchs

**From:** Whitaker, Claire (USADC) [Claire.Whitaker@usdoj.gov]
**Sent:** Monday, April 14, 2008 8:26 PM
**To:** James Fuchs
**Subject:** RE: Smith case/Bob Stevens

James,

If you are still in the office, call me on my cell. I did not realize that the whole week was Passover. I realized that Ms. Calhoun may call Dr. McNeill and I wanted to take his deposition during the last week of our extended discovery period. I don't think there is anything wrong with that. Again, if it is Passover and Mr. Taragin will also not available, that's fine. Just let me know.

Claire

---

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Monday, April 14, 2008 5:58 PM
**To:** Whitaker, Claire (USADC)
**Subject:** RE: Smith case/Bob Stevens

Claire,

You were supposed to get back to me concerning Ms. Anadale, and you have not.

You gave me no notice concerning this, and you have had several weeks of notice that I was leaving the country tomorrow.

Our office is closed for Passover, so no other attorney will be available. If you want to request that a District Court Judge force Orthodox Jewish lawyers to work during Passover, that is a decision you will have to make.

Despite your protestations about wanting to work things out without the Court's intervention, you have provided us with no choice.

I was also in the office all day Friday and this morning, as you were aware.

I will look forward to reading your papers, just as you can look forward to reading mine.

James

---

**From:** Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
**Sent:** Monday, April 14, 2008 2:37 PM
**To:** James Fuchs
**Subject:** RE: Smith case/Bob Stevens

James,

Please provide the name of the attorney that will be handling the Calhoun case while you are gone. We will want to have a deposition of plaintiff's doctor, John McNeill, on April 24, 2008, commencing at 10 am. Also, please insure that Dr. McNeill receives the attached HIPPA releases, with a copy to me. Thank you.

Claire

6/24/2008