UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,      *

      Plaintiff,      Case No. 06-1441-HHK

v.      *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

      Defendant      *

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Reply re Resubmitted Motion to Extend Discovery and Dispositive Motion Deadlines; or, in the Alternative, to Compel the Deposition of Carol S. Anadale, and to Compel Responses to Interrogatories and Requests for the Production of Documents, along with Attachments 1-6was served on defendant's counsel by electronic filing, or this means should fail, by mail, postage prepaid, and addressed as follows:

Claire Whitaker, Esq.
Assistant United States Attorney
Judiciary Center Building, Rm. E-4-4
555 Fourth Street, N.W.
Washington, D.C. 20530

    /s/
_____

James L. Fuchs, Esq.
Law Offices of Snider & Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax
jfuchs@sniderlaw.com