

June 26, 2008

**By ECF:**

Hon. Henry H. Kennedy, Jr.
United States District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Hon. John M. Facciola
United States District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

    **Re:** *Calhoun v. Doan*, Civil Action No. 06-1441 (HHK)

Dear Judge Kennedy and Judge Facciola:

  This office represents Iona Calhoun in her action against the Agency.

  The parties' attorneys are scheduled to appear at a conference before Judge Kennedy on June 10, 2008 at 10:15 a.m. This Court had scheduled this conference, originally set for June 11, 2008, several months before.

  As this Court is aware, Defendant's counsel has requested a conference with Judge Facciola, which has been scheduled for July 7, 2008. Defendant's counsel has also expressed her intention of seeking an extension of the conference before Judge Kennedy.

  While Plaintiff's counsel will gladly participate in all conferences, Plaintiff's counsel does not believe that the conference, scheduled to take place before Judge Kennedy, should be postponed. From Plaintiff's perspective, Defendant has already delayed this case, as described in Plaintiff's Motion to Extend and/or compel and in Plaintiff's Reply. In addition, Plaintiff would not ask this Court to postpone consideration of the pending discovery motion presently before Judge Facciola, simply because Defendant's counsel has requested an additional conference.

      We thank Your Honors for attending to these matters.

                               Respectfully submitted,


                            _____/s/_____


                            James L. Fuchs, Esq.
                            Law Offices of Snider & Associates, LLC
                            104 Church Lane Suite 100
                            Baltimore, Maryland 21208
                            410-653-9060 Phone
                            410-653-9061 Fax
                            jfuchs@sniderlaw.com


cc by ECF: Claire Whitaker, Esq.