EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, D.C. 20507

```
- - - - - - - - - - - - - - - - - x
IONA CALHOUN                       :
                                        EEOC CASE NO.
        Complainant                :    100-2004-00691X

    vs                             :    AGENCY CASE NO.
                                        04-COOGPIC-1
STEPHEN A. PERRY, ADMINISTRATOR    :
GENERAL SERVICES ADMINISTRATION
                                   :
        Agency
                                   :
- - - - - - - - - - - - - - - - - x
```

COPY

August 12, 2005

PURSUANT TO NOTICE, the following Deposition of WANDA PETERSON-PARKER, was taken before me, Daniel Wilson, Notary Public, in and for the State of Maryland, at the Law Offices of Snider & Associates, 104 Church Lane, Suite 201, Baltimore, Maryland 21208, commencing at 11:00 a.m., when were present on behalf of the respective parties:

*ELITE REPORTING COMPANY*
*67 Saint Andrews Road*
*Severna Park, Maryland 21146*
*987-7066     800-734-3337*



GOVERNMENT EXHIBIT

Page 12

1 within GSA, and that's how I knew Ms. Calhoun.
2    Q. Okay. And how long did you work -- I
3 don't know if it was with her or on the same
4 projects with her?
5    A. Directly and indirectly, I'm going to say
6 at least 10 years.
7    Q. Okay. And what was your -- what did you
8 think of her as an employee? Was she a good
9 employee, bad, decent; how would you say she was
10 as an employee?
11    A. Okay. This is not just a yes or no
12 answer, but given our program area, we were a
13 tightly-knit group. Everyone knew what everyone
14 else was doing. We had to work as a team. My
15 observation of her was that she was very
16 conscientious, she cared very much about what she
17 did, very professional, well-spoken person before
18 groups, because all of us at the 14 -- well, she
19 wasn't at the 14 level, but all of us were
20 required to speak before various groups, and she
21 carried all of those responsibilities out well.

Page 13

1    Q. Okay. I just want to hone in on
2 something you just said. When you were working
3 with her in that time, everybody was 14's?
4    A. Well, granted I've been a 14 for awhile,
5 and even when you're a 12 or a 13 or a 14, there
6 were certain expectations of a 14, even before
7 getting to that level. And in my opinion, she was
8 working at that level.
9    Q. At the 14 level?
10    A. Yes.
11    Q. On par with the other people in the group
12 that were working at the 14 level?
13    A. Correct.
14    Q. She was doing the same kind of work, same
15 job duties?
16    A. In my opinion, yes.
17    Q. Okay. Did you ever supervise Ms. Tokey
18 Bradfield?
19    A. Yes.
20    Q. And when did you supervise her?
21    A. During that 2000 time frame. In

Page 14

1 addition, I knew Tokey approximately 10 years as
2 well, from the time that she was a secretary and
3 did data entry type work, so on and so forth. I
4 was very much aware and I still am, because we're
5 in the same organization, of the types of work she
6 was called to do.
7    Q. Okay. I'm just trying to clear this up.
8 So you actually supervised Ms. Bradfield -- Ms.
9 Calhoun just worked there, but you didn't actually
10 supervise her?
11    A. Correct.
12    Q. Okay. I want to focus -- and I'm going
13 to pull out an exhibit of the position in
14 question, why we're here today. I'm just going to
15 pull out the exhibit. This is in the ROI, and
16 I'll just mark it as Plaintiff's Exhibit A. It's
17 the Vacancy Announcement for the position why
18 we're here. And we can go off the record for a
19 minute or two so you can review that.
20       (Whereupon, Plaintiff's Deposition
21 Exhibit A was marked for identification.)

Page 15

1       (Whereupon, there was a discussion off
2 the record.)
3       (Witness reviewing document.)
4       BY MR. TARAGIN:
5    Q. What I've just handed to you, do you
6 recognize what that is?
7    A. I do.
8    Q. And what is that?
9    A. Vacancy Announcement for Computer
10 Specialist, Grade 14, within the division I worked
11 at that time, December 15th, 2000.
12    Q. Okay. And that position is --
13    A. Announcement Number 01004103.
14    Q. Okay. That's on the top right-hand.
15    A. Yeah.
16    Q. Okay. Were you the selecting official on
17 this position?
18    A. I did not generate the paperwork, but a
19 couple of days before the vacancy closed, I was
20 asked to make the selection.
21    Q. Okay. The vacancy was opened 12/15/2000

Page 16

1 and closed 12/21/2000; is that correct? Do you
2 see where I'm talking about; it says on the top
3 right-hand?
4   A. That's what it says, and if I recall
5 correctly, that was the case, yes.
6   Q. Okay. Was that normal for a position to
7 be open for so long or for so short?
8   A. Not usually. Well, my understanding -- I
9 don't have a strong HR background, other than my
10 own individual experience -- most vacancies are
11 open for two weeks; that's what we're told.
12   Q. Okay. So you said, at some point, you
13 were called in by Mr. Whitson?
14   A. Yes.
15   Q. And that would have been before the
16 closing date of the position?
17   A. Yes. Paul was going on vacation, he was
18 telling me, and that there was a vacancy out, and
19 he told me that he thought that Tokey was the best
20 qualified for that position.
21   Q. Okay. And that was before the position

Page 17

1 actually closed?
2   A. Correct.
3   Q. So there could have been applications
4 that could have come in after he told you that Ms.
5 Bradfield --
6   A. Correct. Correct.
7   Q. And what exactly did he tell you, if you
8 remember?
9   A. I remember, because I was very
10 uncomfortable, and I can turn a shade of red. I
11 felt hot, so I'm sure I became flush, but we were
12 the only two in the office. He brought me in. He
13 closed the door. He said, "I have this Vacancy
14 Announcement out," and he looked me straight in
15 the eye and he said, "I think Tokey is best
16 qualified for this position." That was a
17 statement.
18   Q. And you say you turned red or you were
19 upset.
20   A. I said, "Okay." To me, I took it as a
21 direction.

Page 18

1   Q. Okay. And why were you upset at that?
2   A. Because, to me, it implied that I should
3 not consider anyone else for it. Now, Paul had
4 worked in what we call our front office before,
5 and, again, it's a tight-knit group, because even
6 though we had gone through reorganization, when we
7 try to morph ourselves into something else, the
8 base group stayed the same, so we knew everyone
9 within the group, their roles and
10 responsibilities, so on and so forth. Thus, Paul
11 knew any and everyone, at a minimum, within our
12 organization that was qualified to apply for that
13 job.
14   Q. So you were upset that he was telling you
15 -- I'm just trying to -- what upset you; the fact
16 that he --
17   A. Well, it was not my paperwork. It was
18 not something I developed. It was not an
19 opportunity I was making available for anyone. He
20 was leaving me with the hard work.
21   Q. Just for the record, what was Ms.

Page 19

1 Bradfield's race?
2   A. Tokey is Korean.
3   Q. And for the record, Ms. Calhoun is?
4   A. Ms. Calhoun is African-American.
5   Q. Okay. Do you know if there's any
6 interview process on the position?
7   A. Well, if -- the only thing I was told to
8 do was hire Tokey, because he felt she was the
9 best qualified. I had no experience, prior to
10 that, in working with recruitment. I had never,
11 to the best of my knowledge or prior to that
12 event, served on a review panel. I didn't know
13 what to do.
14   Q. And at some point, did you review the
15 Vacancy Announcement? Were you aware that it
16 existed?
17   A. I did get the -- I was aware that it
18 existed. I got a copy. I looked at it. I looked
19 at the applications, once Pat Lewis told me it was
20 available. And she told me it was available prior
21 to the time that the vacancy had actually closed,

## Page 52

1  with you?
2  A. No.
3  Q. Do you know how many applications came in
4  afterwards?
5  A. No.
6  Q. Now, I want to focus on exactly what he
7  told you, and I want to distinguish what he told
8  you from what you interpreted it to mean for these
9  series of questions. I believe you testified that
10 he said, "I believe Tokey is the most qualified";
11 is that what he said?
12 A. I think -- I believe Tokey is the most
13 qualified.
14 Q. I believe Tokey is the most qualified.
15 And did he say anything else?
16 A. No.
17 Q. That's all he said?
18 A. That's all he said.
19 Q. Did you say anything to him?
20 A. Okay.
21 Q. Okay. He didn't tell you, did he, that --

## Page 53

1  - you said you took it as a direction to hire
2  Tokey. He didn't direct you to hire Tokey, did
3  he, in words?
4  A. I took that as a direction, based upon my
5  knowledge in working with Paul and the experience
6  I have had with him.
7  Q. You took it to mean that. See, that's
8  why I said I want to distinguish between how you
9  took it and how you interpreted it.
10 A. I took it as a direction.
11 Q. I didn't ask you that. I want to know
12 what he said. I want to know the words that came
13 out of his mouth.
14 A. He said, "There's this vacancy. I think
15 Tokey is the best qualified."
16 Q. And he didn't order you to hire Tokey
17 though.
18 A. He was not going to be in the office, so
19 I would be the only one hiring Tokey.
20 Q. That didn't answer my question. The
21 final --

## Page 54

1  A. Is this a yes or no answer?
2  Q. No. Well, actually, it is. He didn't
3  direct you to hire Tokey, did he? He didn't say,
4  "Hire Tokey," did he?
5  A. I was acting in Paul's absence. He was
6  going on holiday vacation. I would be the hiring
7  official.
8  Q. And none of what you just said are quotes
9  from Mr. Whitson. That's why --
10 A. Right. Right. He's not here. I can't
11 quote him.
12 Q. Well, actually, he spoke to you, didn't
13 he?
14 A. Yes.
15 Q. And you remember that he said, "I believe
16 Tokey is more qualified."
17 A. Yes.
18 Q. So you remember words he said.
19 A. Yes.
20 Q. And that's why I want to focus -- and
21 you've testified already how you've interpreted

## Page 55

1  it.
2  A. Yes.
3  Q. And that's why I'm not asking you your
4  interpretation and I'm not asking you about
5  whether you were acting.
6  A. Right, right, right, right.
7  Q. I'm asking for the words he said.
8  A. He said, "I think Tokey is the best
9  qualified for that job."
10 Q. And he said nothing else?
11 A. No.
12 Q. Okay. You did not -- you said you felt
13 uncomfortable. Did you tell him you felt
14 uncomfortable?
15 A. No.
16 Q. Okay. Did you tell him that you didn't
17 believe Tokey was more qualified?
18 A. No.
19 Q. Did you tell him that you thought Ms.
20 Calhoun was the most qualified?
21 A. How could I tell him that, if I didn't