\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IONA CALHOUN
        Complainant,                  Case # 04-COOGPIC-1
   vs.
U.S. GENERAL SERVICES ADMINISTRATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF PAUL G. WHITSON

Q: Please state your current title and grade?
A: Retired, previously GS-15 Division Director.

Q: This complaint concerns the following allegations:
The Complainant alleged that she was discriminated against based on her race (African American), sex (female) and retaliation when she was not selected for a Computer Specialist, GS-334-14 position that was announced under Vacancy Announcement #01004103. Are you aware of this claim?
A: Yes.

Q: Because this claim is based on race and sex, please state your race and gender for the record.
A: Caucasian, Male.

Q: Are you aware of any prior EEO activity on the part of the Complainant? If so, please explain.
A: No.

Q: For the record, please briefly describe your career as a Federal employee.
A: 33 Years, 10 Months total; 29 Years, 10 Months with GSA in various positions in Region 2, New York and Washington, DC. I began as a GS-9 Management Intern and retired in December 2001 as a GS-15 Division Director.

Q: In what positions were you and Ms. Peterson-Parker serving at the time of this selection?
A: I was a GS15 Division Director and Ms. Peterson-Parker was a GS 14 Analyst in my division.

Q: Please explain the term, "Virtual Deputy".
A: Ms. Peterson-Parker, as the senior analyst in my division, acted for me in my absence.



1

7

Q: How long had Ms. Peterson-Parker served as Virtual Deputy, at the time of this selection?
A: I am not sure; perhaps a year or so.

Q: Please describe your relationship with the Complainant.
A: Ms. Iona Calhoun and I worked in the same organization over a period of several years.

Q: What is you impression as the quality of the Complainant's work?
A: To the best of my recollection, Ms. Calhoun's work was satisfactory.

Q: Who was the selecting official for vacancy announcement #01004103?
A: I believe it was Ms. Peterson-Parker, acting for me.

Q: Who was the reviewing official?
A: I do not recollect.

Q: Was a selection made? If so, please state the name, race and gender of the selectee.
A: A selection was made. The selectee was Tokey Bradfield, an Asian female.

Q: Has the selectee ever, to the best of your knowledge, been involved in EEO activity? If so, please explain.
A: No.

Q: Please describe the selection procedures.
A: I believe that three qualified female candidates were referred to the selecting official by GSA's Office of Personnel. Ms. Bradfield was selected from the referral list as the best-qualified individual for the position.

Q: The position was advertised from December 15, 2000 until December 21, 2000. Please explain why the vacancy was advertised for such a short period of time?
A: I do not remember the reason for the time period selected.

Q: Was there a panel?
A: I do not believe there was a panel. I believe that the number of applicants was limited and therefore Personnel referred all of them to the selecting official.

Q: Ms. Peterson-Parker signed the certificate as the selecting official, however, she stated that you were the selecting official and she signed in your absence. Please comment.
A: Ms. Peterson-Parker was acting in my absence and I believe we discussed the selection via telephone.

Q: Please explain how you determined which applicant to select?

2

A: Ms. Tokey Bradfield worked for me for several years in increasingly responsible positions. Her work was always exemplary, and I believe I consistently rated her performance as Outstanding. Ms. Bradfield had demonstrated the ability to perform the work of the GS-14 position by previously performing comparable work at the GS-13 level. I had absolute confidence in her ability to perform at the GS-14 level and as such, I judged her to be the best-qualified candidate for the GS-14 position.

Q: Do you believe that the selectee was the candidate best suited for the position?
A: Absolutely, based on my personal observation of her performance over several years.

Q: Please explain why you believe that the selectee was better suited for the position than the Complainant.
A; Ms. Bradfield had performed work similiar to the work required by the announced position, but at a lower grade level. She always performed this work in an outstanding manner with minimal guidance. She was clearly ready and able to undertake similar work at the higher grade level. The nature of the work was of critical inportance to the organization and required that the selectee be able to "hit the ground running." In my opinion, Ms. Bradfield would be able to do this. I believe that the Complainant's qualifications for the job were based primarily on education and that she did not have the depth of experience that the selectee had. In my opinion, Ms Bradfield was the standout candidate for this position.

Q: Have you ever made any comments or taking actions, regarding any employee, which were motivated by discriminatory factors such as race, sex, or retaliation? Please explain.
A: No.

Q: Was this selection in any way impacted by race, gender or retaliation? Please explain.
A: No.

Q: Do you have anything further to add?
A: No.

3

I have read this statement consisting of __4_ pages, and it is true and correct. I have signed or initialed each page. I have been given an opportunity to make any corrections or additions, which I have initialed. I understand that the information I have given is not to be considered confidential; that it may be shown to the interested parties; and that it may be used in evidence.

I hereby swear that the foregoing is accurate to the best of my knowledge.

_/s/ Paul G. Whitson_
Paul Whitson

Sworn and subscribed on _March 12, 2004_

_/s/ Michelle Mock_
Michelle Mock

4