*Mushille Bucks*
*(703) 250-5548*

# MERIT PROMOTION REFERRAL

| | |
|---|---|
| **DATE** | December 22, 2000 |
| **VACANCY ANNOUNCEMENT NUMBER** | 010004103 |

| (Name) | Address (include office mailing symbol) | |
|---|---|---|
| Joan C. Steyaert/Dep Assoc Adm | Office of Governmentwide Policy | |
| (Name) atricia Lewis, Personnel taffing Specialist | Address (include office mailing symbol) CPSS/Room 1100 | 501-1435 |

| POSITION TITLE OF VACANCY | GRADE |
|---|---|
| Computer Specialist | GS-334-14 |
| **OFFICE** (MKB) | **LOCATION** Washington, DC |

In accordance with the GSA Merit Promotion Plan, the candidates referred below have been determined best qualified of those who applied for the above position. Information related to their qualifications is attached. You should consider GSA's affirmative action goals when filling this vacancy. If you make no selection, indicate under Remarks what further action your desire.

| CANDIDATE | SELECTED | CANDIDATE | SELECTED |
|---|---|---|---|
| Boddie, Leticia | | | |
| Bradfield, Yong | ✓ | | |
| Calhoun, Iona | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**REMARKS**

| SELECTING OFFICIAL (Signature) | DATE 26 Dec 2000 | IF REQUIRED - REVIEWING OFFICIAL (Signature) | DATE |
|---|---|---|---|
| GENERAL SERVICES ADMINISTRATION | | | GSA FORM 1029 (REV. 10-84) |


GOVERNMENT EXHIBIT 6

10c