

GSA Office of Civil Rights

December 3, 2003

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

Ms. Iona Calhoun


Dear Ms. Calhoun:

This letter acknowledges receipt of your formal complaint of discrimination that was dated and received in my office on January 29, 2001. On August 28, 2002, the agency issued a Final Order dismissing your individual complaint for untimely contact with an EEO counselor. You appealed that decision to the Equal Employment Opportunity Commission (EEOC) on September 28, 2002. By letter dated October 9 that was received in the agency on October 15, 2003, the EEOC **remanded** the case back to the agency for processing (**Appeal #01A30106, Hearing #100-A2-7198X**). This notice also provides you with written notice of your rights and timeframes for exercising those rights. The issue remanded and now being accepted for investigation is:

**Whether you were discriminated against based on your race (African American) and sex (female) when you were non-selected for a Computer Specialist, GS-334-14 position that was announced under Vacancy Announcement #010041.03.**

If the issue cited above is not identified correctly, please notify us within five (5) calendar days of your receipt of this letter. Please specify why it is not identified correctly.

Voluntary attempts to settle your complaint will be made throughout the administrative process. If a settlement is reached, the terms of the settlement will be stated in writing and you will receive a copy.

The agency is required, pursuant to 29 C.F.R. Part 1614, to conduct a complete and fair investigation of the complaint within 180 calendar days of the filing of the complaint unless you and the agency agree, in writing, to extend the time for an additional 90 calendar days. Your claim has been assigned to the contract firm of **Lee Kramer Associates** to conduct the investigation.



U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0002
www.gsa.gov

3

Upon completion of the investigation under Part 1614, you will have the right to a final decision with or without a hearing. If you request a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ), you should notify Madeline C. Caliendo, Associate Administrator, Office of Civil Rights, General Services Administration, 18th & F Streets, NW, Washington, DC 20405, in writing, within 30 calendar days of receipt of this notice. Within 60 calendar days of receiving the findings and conclusions of the AJ, the agency will issue the final decision.

If you request a hearing, you are expected to proceed without delay in presenting your complaint before the assigned EEOC AJ. Therefore, if you plan to have a representative, you should immediately obtain representation, and should also begin preparing a list of proposed witnesses, with a summary of the testimony you believe each will present at the hearing. The AJ will request this list after being assigned your case. Failure to prosecute your complaint in a timely fashion may be grounds for the AJ to return your case to the agency. The agency will issue a final decision based on the evidence presented in your investigative and complaint files.

However, if you request that an immediate final decision be rendered on the merits of each allegation contained in your complaint, based on the investigative file, the Associate Administrator for Civil Rights will render a decision without a hearing. A request for a final decision without a hearing must be made to Ms. Caliendo within 30 calendar days from the day you receive the notice of final action. In the absence of any response from you, upon the expiration of the 30-day notice period as to your options to a decision with or without a hearing, the agency will, within 60 calendar days, issue a final decision.

If you are dissatisfied with the final decision with or without a hearing, you may appeal to the EEOC. An appeal to the EEOC must be postmarked or, absent a postmark, received by the Commission within 30 calendar days of your receipt of the final decision. The 30-day period for filing a Notice of Appeal begins to run on the day after you receive the final decision. However, if an attorney represents you, the 30-day timeframe begins to run on the day after your attorney acknowledges receipt of the final decision. Any statement or brief in support of an appeal may be submitted to the Commission, with copies to the agency, within 30 calendar days from the date the appeal is filed. You must certify the date and method by completing the enclosed EEOC Form 573, and

must indicate what it is you are appealing and why. In addition, appeals to the Commission should be sent to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, DC 20036.

In addition, with respect to claims filed under Title VII, a civil action may be filed in the appropriate federal district court in any of the following circumstances:

A. Instead of appealing GSA's final decision to the EEOC, you may file a civil action in an appropriate United States District Court. If you choose to file a civil action, you must do so within 90 calendar days from the day you receive the final decision.

B. If you appeal GSA's final decision to the EEOC and the EEOC renders a decision on your appeal, you may appeal the EEOC decision by filing a civil action within 90 calendar days from the day you receive the EEOC decision on your appeal.

C. If GSA has not issued a final decision after 180 days have elapsed from the date you filed your formal complaint, you may file a civil action.

D. If the EEOC has not issued a decision on your appeal within 180 calendar days from the date of filing the appeal.

Moreover, with respect to complaints alleging violations of the Equal Pay Act, the time limit for filing a civil action is as follows, regardless of whether any administrative complaint processing was pursued:

1. <u>Within two (2) years</u> of the date of the alleged violation; or

2. <u>Within three (3) years</u> of the date of the alleged violation, if the violation was willful.

If you choose to file a civil action, and you do not have or are unable to obtain the services of a lawyer, you may request the court to appoint a lawyer to represent you. In such circumstances as the court may deem just, the court may appoint a lawyer and may authorize the commencement of the action without the payment of fees, costs or security. Any such request must be made within the above referenced 30-day time limit for filing suit and in such form and manner as the court may require.

Finally, please note that if you file a civil action, you must name the head of the agency, Stephen A. Perry, Administrator, as the defendant. Failure to name Mr. Perry may result in the loss of any judicial redress to which you may be entitled.

Sincerely,

*Bernadette Butler*

Bernadette S. Butler
Central Office EEO Officer


Enclosure – EEOC Form 573

cc: Compliance Officer
    Office of Federal Operations
    Equal Employment Opportunity Commission
    P.O. Box 19848
    Washington, DC  20036