**Appraisal Institute™**
*Professionals Providing Real Estate Solutions*

550 W. Van Buren St.
Suite 1000
Chicago, IL 60607

T 312-335-4100
F 312-335-4400
www.appraisalinstitute.org

# Official Academic Record for Appraisers

This document certifies that

Iona Calhoun

has successfully completed the Appraisal Institute's course I110 - Appraisal Principles at Johns Hopkins Downtown Center in Baltimore, MD on 09/23/2002 - 09/28/2002.

Classroom hours: 36.0             Exam hours: 3.0

Attendance was 90% or better with a passing grade

Verified by  *Larisa Phillips*  on 10/10/2002.

Larisa Phillips
State Certification/Licensing

KH



GOVERNMENT EXHIBIT 12



# Certificate of Training

This is to certify that

## IONA CALHOUN

Has successfully completed

### PERFORMANCE BASED SERVICE CONTRACTING
(40 Hours)

Location __Washington, D.C.__   Date __May 19 - 23, 2003__

Presented by Business Management Research Associates, Inc
11350 Random Hills Road, Suite 440
Fairfax, Virginia 22030

Michael F. Miller
Vice President





**Stanley C. Langfeld**
07/29/03 04:43 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
Subject: Re: GSA Update 07/28/03

Iona:

Earlier today you sent Dennis Goldstein a request to attend the GSA Office of Civil Rights sponsored Conflict Resolution course as described below:

### Office of Civil Rights Invites Associates to Attend Conflict Resolution Course

The Office of Civil Rights invites associates to attend a course on conflict resolution Wednesday, August 6, in Washington, D.C. The three-hour course is sponsored by the International Broadcasting Bureau (part of the Broadcasting Board of Governors). The course will focus on negotiating across cultures. Participants will learn to find the win/win in tough disputes, manage emotions to respond appropriately in negotiations, identify biases that hinder the negotiation process, and assess communication preferences and conflict-handling styles. Two sessions are offered: from 9 a.m. until noon, or 1 p.m. until 4 p.m., in Room 1608 of the Mary Switzer Building, 330 C Street, SW, Washington, D.C. The training is free, but space is limited. To attend, secure your supervisor's approval first and call (202) 619-5151 to reserve a space. For information on the International Broadcasting Bureau, go to http://www.ibb.gov/. Contact: Linda Luckett (202) 501-0767.

I would think that this course would assist you with your duties as President of the NFFE Local 1705. Accordingly, you request is approved.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**
07/29/03 02:49 PM

To: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
cc: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
Subject: GSA Update 07/28/03

Hi Dennis,

GSA's Office of Civil Rights extended an invitation to Associates to attend the free Conflict Resolution Course described below. I believe this is good training for my personal development and request your approval to attend the training.

Iona

---- Forwarded by Iona D. Calhoun/MP/CO/GSA/GOV on 07/29/2003 02:26 PM ----



**GSA INFO**
Sent by: GSA Info

To: &All RCO Users II
cc:
Subject: GSA Update 07/28/03


**Stanley C. Langfeld**
09/22/2003 02:43 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV
cc:
Subject: Travel voucher GS1123CM558871 ready for approval

Memo to the File:

This date I approved reimbursement of Iona Calhoun's travel expenses in connection with attending BIG Conference in Denver, CO, from August 24 to 30, 2003, including $777.58 voucher total (which includes airfare of $453.00) abd $806.88 bankcard total, for total of $1,584.46.

SCL, 9/22/03.

------ Forwarded by Stanley C. Langfeld/MPR/CO/GSA/GOV on 09/22/2003 02:38 PM ------


FEDdesk.Notification@gsa.gov
09/22/2003 01:38 PM

To: stanley.langfeld@gsa.gov
cc:
Subject: Travel voucher GS1123CM558871 ready for approval

```
Travel voucher number GS1123CM558871, created by IONA CALHOUN,
was submitted to you for approval.

Please review this voucher as soon as possible.

http://FEDdesk.gsa.gov

This message is system generated.  Please do not reply.
```



**Stanley C. Langfeld**
11/18/2003 09:29 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA
Subject: Re: Appraisal Procedures 120

Iona:

As soon as you receive your grade, please let me know the outcome.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**
11/18/2003 08:41 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA
Subject: Re: Appraisal Procedures 120

Stanley,

I have not received my grade.

Iona

Stanley C. Langfeld



**Stanley C. Langfeld**
11/14/2003 06:03 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA
Subject: Appraisal Procedures 120

Iona:

From September 29 to October 4, 2003, you took Appraisal Procedures 120, from the Appraisal Institute in Baltimore, MD. This evening I approved your travel expenses totalling $1,723.88 for the course. How did you do in Appraisal Procedures 120?

Thank you, Stanley Langfeld.


**Stanley C. Langfeld**
04/04/2003 11:58 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, &MPR RCO
Subject: Re: Federal Buildings Expo Save the Date

Iona:

Your request to attend the Federal Buildings Expo scheduled for October 22-23, 2003, is granted. This Expo will provide you the opportunity to learn more about the latest developments in federal buildings and the real property related issues. Also, it will provide you with training related to the real property mission of the Real Property Policy Division in the Office of Real Property. Online registration will not be available until April 22, so you should register as soon as possible on or after that date.

Thank you, Stanley Langfeld.

Iona D. Calhoun


**Iona D. Calhoun**
04/04/2003 11:32 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, &MPR RCO
Subject: Re: Federal Buildings Expo Save the Date

Stanley,

I would like to attend the Federal Buildings Expo scheduled for October 22-23, 2003, at the new Washington, DC Convention Center.

Iona

Stanley C. Langfeld


**Stanley C. Langfeld**
04/04/2003 09:29 AM

To: &MPR RCO
cc: David L. Bibb/MP/CO/GSA/GOV@GSA
Subject: Federal Buildings Expo Save the Date

MPR Associates:

Please let me know if you would like to attend the Federal Buildings Expo scheduled for October 22-23, 2003, at the new Washington, DC Convention Center. This will be an opportunity to learn about the latest developments in federal buildings and real property related issues.

Thank you, Stanley Langfeld.


**"Kathryn Nanai"**
<kathryn@federalbuildings.com>
04/03/2003 04:53 PM

To: "david.bibb@gsa.gov" <david.bibb@gsa.gov>
cc:
Subject: Federal Buildings Expo Save the Date

```
Save the Date for Federal Buildings Expo 2003!

Federal Buildings Expo is building on last year's event
and constructing an enhanced training, education and
```



**Stanley C. Langfeld**
12/08/2003 10:00 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
Subject: Re: RETIREMENT & FINANCIAL PLANNING SEMINAR, CSRS Associates Only, January 13 - 15, 2004

Iona:

You may attend the January 13 to 15, 2004, Retirement and Financial Planning Seminar. Once you know you are going to attend, please let me know.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**
12/08/2003 09:53 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
Subject: RETIREMENT & FINANCIAL PLANNING SEMINAR, CSRS Associates Only, January 13 - 15, 2004

Stanley,

May I take the retirement course below in addition to my training courses?

Iona

---- Forwarded by Iona D. Calhoun/MP/CO/GSA/GOV on 12/08/2003 09:57 AM ----



**GSA INFO**
Sent by: GSA Info
12/01/2003 04:15 PM

To: &All RCO Users II
cc:
Subject: RETIREMENT & FINANCIAL PLANNING SEMINAR, CSRS Associates Only, January 13 - 15, 2004

## RETIREMENT & FINANCIAL PLANNING SEMINAR
### CSRS Associates Only
### January 13 - 15, 2004

The Employee Relations Branch in the Office of the Chief People Officer is sponsoring a seminar on retirement and financial planning for associates covered by the Civil Service Retirement System.

Among the many transitions we make in a lifetime, few are as important as the transition into some form of retirement. How successful that will be often depends on how well we plan. This course focuses on a number of critical issues including financial planning, legal and tax issues, CSRS and Social Security, perspectives on a new lifestyle, etc.

**BENEFITS:**



**Stanley C. Langfeld**
03/22/2004 04:10 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
Subject: Re: AFFIRM FOSE Breakfast - Program Update

Iona:

As I already told you on by E-Mail on March 3, 2003 (see below exhange of E-Mails):

"Iona:

As previously stated in my E-Mail to you at 2:42 PM today, you are authorized to attend the FOSE Conference for one day - - March 24, 2004 - - in order to cover "The Digital Edge: E-Government Making a Difference in Our Lives" Session and to prepare a report, since it may provide useful information relating to our new E-Federal Real Property Asset Management Initiative. Also, by attending the FOSE Conference on March 24 you can see the Exhibits.

I am not authorizing you to use official time to attend the March 23 Luncheon, since it does not appear to directly relate to MPR's real property mission.

Thank you, Stanley Langfeld."

In this regard, you may attend the FOSE Conference for one day on March 24, 2004 in order to cover "The Digital Edge: E-Government Making a Difference in Our Lives" Session and to prepare a report, since it may provide useful information relating to our new E-Federal Real Property Asset Management Initiative. Also, by attending the FOSE Conference on March 24 you can see the Exhibits.

Also, you may use your lunch period on March 23 to attend the March 23 Luncheon. However, I am not authorizing the use of official Government duty time for you to attend the FOSE Breakfast on March 23, espcially since it does not relate to the MPR's real property mission. Accordingly, your request to attend the FOSE Breakfast on March 23 is denied. Please do not send me any additional E-Mails on this subject matter.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**
03/22/2004 03:50 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA, Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
cc:
Subject: AFFIRM FOSE Breakfast - Program Update

Stanley/Dennis,

I am interested in attending the AFFIRM's breakfast meeting at FOSE. The speakers for the past few years have been very interesting. I thought it was too late to register because I forgot to send in a response before attending OPM's training but I received a call that I can still register to attend.

Iona

---- Forwarded by Iona D. Calhoun/MP/CO/GSA/GOV on 03/22/2004 03:54 PM ----



**Iona D. Calhoun**
04/20/2004 09:58 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, McDonald Peoples/MPR/CO/GSA/GOV@GSA
Subject: Re: Training Seminar, April 21, 2004

Stanley,

I will resume teleworking.

Thank-you.

Iona

Stanley C. Langfeld



**Stanley C. Langfeld**
04/20/2004 09:54 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, McDonald Peoples/MPR/CO/GSA/GOV@GSA
Subject: Re: Training Seminar, April 21, 2004

Iona:

Since this "Driving Performance and Accountability in the Public Sector" broadly relates to our MPR mission, you may attend. I presume you will be attending this training seminar and teleworking the remainder of Wednesday, April 21, 2004.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**
04/20/2004 08:38 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, McDonald Peoples/MPR/CO/GSA/GOV@GSA
Subject: Training Seminar, April 21, 2004

```
Stanley,

Per your request for your advance authorization to attend this (free) training
seminar to enhance my knowledge and personal skills regarding performance and
accountability which correlate with my present functions and responsibilities.
This information also correlates to the Performance Management work the Office
is performing.

"Driving Performance and Accountability in the Public Sector"
Wednesday, April 21, 2004
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue Northwest
Washington, DC 20004

FYI:  Wednesday is my telework day.

     Iona
```



**Stanley C. Langfeld**
06/07/2004 11:28 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, McDonald Peoples/MPR/CO/GSA/GOV@GSA
Subject: Re: The Executive Breakfast Seminar Series - "Delivery of the CRM Promise"

Iona:

You may attend the Unisys symposium on "Delivering on the Promise: The Importance of Business Intelligence in Your Customer Relationship Management," which is scheduled from 7:30 AM to 10:00 AM on June 9, 2004, since it indirectly relates to your work on the Federal Real Property Profile Team. You can either telework for the remainder of the day or come into the office since you will already be downtown.

Thank you, Stanley Langfeld

Iona D. Calhoun



**Iona D. Calhoun**
06/07/2004 10:15 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, McDonald Peoples/MPR/CO/GSA/GOV@GSA
Subject: The Executive Breakfast Seminar Series - "Delivery of the CRM Promise"

Stanley,

Per your request, for your advance authorization to attend the (free) training seminar listed below. This seminar will enhance my knowledge and personal skills regarding Customer Relationship Management (CRM) which correlate with my present functions and responsibilities with clients.

FYI: Wednesday is my Telework day.

Iona

[IMAGE]

---

**Delivering on the Promise - The Importance of Business Intelligence in Your CRM Strategy**

**A Unisys symposium**

Unisys invites you to join us for an executive breakfast seminar entitled, "Delivering on the Promise - The Importance of Business Intelligence in Your CRM Strategy" on **Wednesday, June 9, 2004, from 7:30 to 10:00 am** in the **Rotunda Room** at the **Ronald Reagan Building in Washington, D.C.** This seminar will review how organizations can leverage customer information to enhance behaviors, improve relationships with current customers and drive organizational effectiveness.