

GSA Office of Civil Rights

**March 3, 2003**

Mr. Jonathan Draughn
DRAUGHN & ASSOCIATES
815 Thayer Avenue, Suite 1616
Silver Spring, MD  20910

Dear Mr. Draughn:

Per our discussion this afternoon, I am forwarding to you e-mail messages from Ms. Iona Calhoun alleging discrimination. The issue being raised by Ms. Calhoun appears to be like and related to the claim already being investigated by Ms. Brenda Smith (Denial of Training -- Case #02COMPRIC-1).

Therefore, I am amending Ms. Calhoun's complaint to include the following instance:

> **You alleged that you were discriminated against based on reprisal (prior EEO activity) when you were directed not to attend the FOSE Expo (Information Technology Tradeshow).**

The issue(s) accepted in our acceptance letter dated November 12, 2002, remain the same. However, the instance of discrimination where Ms. Calhoun was issued an Official Reprimand on March 8, 2002, for insubordination for attending training that had been denied her has been **DISMISSED.**  Please note that the timeframe for completing this investigation has been extended for an additional 15 calendar days **(Due March 31, 2003).**

Your assistance in this matter is greatly appreciated.

Sincerely,

*Bernadette Butler*
Bernadette S. Butler
Central Office EEO Offier

Enclosure -- e-mail messages    000092

GOVERNMENT EXHIBIT 16
PAGE 1 OF 1 PAGES

U.S. General Services Administration
1800 F Street, NW
Washington, DC  20405-0002
www.gsa.gov