# FORMAL COMPLAINT OF DISCRIMINATION
(Read information on the back of Copy 3 carefully before completing this form.)

NOTE: IF YOU WISH TO FILE A FORMAL COMPLAINT OF DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL, COMPLETE THIS FORM.

## 1. COMPLAINANT INFORMATION

a. NAME (Last, First, MI): Calhoun, Iona D.

b. HOME ADDRESS (Street, City, State, ZIP Code): [redacted]

c. HOME TELEPHONE NUMBER: [redacted]

d. SOCIAL SECURITY NUMBER: [redacted]

3. POSITION TITLE/SERIES/GRADE:

## 2. EMPLOYMENT INFORMATION

a. TYPE (Check one): [X] GSA  [ ] FORMER GSA  [ ] FEDERAL  [ ] NON-FEDERAL

b. NAME OF PROGRAM OFFICE: OGP/Office of Real Property Policy

c. OFFICE ADDRESS: 1800 F Street, NW. Washington, D.C. 20405-0002

d. OFFICE TELEPHONE NO.: (202) 501-0821

## 4. CHECK BASIS(ES) YOU BELIEVE CAUSED THE DISCRIMINATION

[X] a. RACE — African American
[X] b. COLOR — Black
[ ] c. RELIGION
[ ] d. NATIONAL ORIGIN
[X] e. SEX — [X] FEMALE [ ] MALE  [X] EQUAL PAY  [ ] SEXUAL HARASSMENT
[ ] f. HANDICAP — [ ] PHYSICAL  [ ] MENTAL
[X] g. AGE: 59
DATE OF BIRTH: [redacted]
[X] k. REPRISAL

## 5. DESCRIPTION OF DISCRIMINATION

See attachment: Denial of Training, October 3, 2003
Denial of BOMA Conference, October 20, 2003
Non-selection for Promotion, #03008903MP

6a. NAME OF EEO COUNSELOR: Lee Kramer
6b. TELEPHONE NUMBER: ( )

## 7. REPRESENTATION

a. NAME OF REPRESENTATIVE: Bruce Ransom, Jr.
b. TITLE: Attorney
c. TELEPHONE NUMBER: (301) 649-4870
d. ADDRESS: 1131 University Blvd, #804, Silver Spring, MD

## 8. STATE REMEDY SOUGHT IN THIS COMPLAINT

See attachment

9a. SIGNATURE OF COMPLAINANT: Iona D. Calhoun
9b. DATE: March 12, 2004

DO NOT WRITE BELOW THIS LINE (For Agency Use Only)

AGENCY DOCKET NUMBER:
NAME OF COMPLAINANT:
SIGNATURE OF RECEIVING OFFICIAL:
DELIVERED BY: [ ] MAIL  [ ] HAND DELIVERY  [ ] OTHER
DATE OF DELIVERY:

GENERAL SERVICES ADMINISTRATION
1. REGIONAL EEO OFFICE
GOVERNMENT EXHIBIT 18
GSA FORM 3467 (Rev. 8-93)

5. **DESCRIPTION OF DISCRIMINATION** (Explain briefly, how you believe you were discriminated against (that is, treated differently from other employees or applicants because of your race, color, religion, sex, national origin, age, mental or physical handicap, or reprisal). If your complaint involves more than one allegation of discrimination: (1) list each allegation: (2) provide the dates(s) of alleged discriminatory act(s): and (3) furnish specific factual information in support of each. Use additional blank sheets of paper, if necessary. See responses below.

**4. a. Race - African American:** My complaint filed on November 11, 2003, is based on the events of October 7, 2003 (denied training), October 21, 2003 (denied attendance at the Building Owners and Managers Association (BOMA) Conference), October 20, 2003, (non-selection for promotion). Since August 2001, I have performed the work of GS-14 employees similarly situated in the Office of Real Property (MP). I am still denied a promotion despite making the Best Qualified List for vacancy announcement # 03008903MP announced for the MP division. I also filed other complaints for denial of training requests, i.e., April 24, 2002, for denied attendance at the Armed Forces Communications and Electronics Association luncheon to hear GSA's Administrator Stephen Perry's speech on Expanded Electronic Government. The denial of training and non-selection for promotion are ongoing issues. I have applied for nearly 200 vacancy positions in 26 years as a GSA professional employee and have never obtained a competitive promotion.

**4. d. National Origin (Specify):** I am an African American employee who is subjected to ongoing discrimination and reprisal actions.

**4. e. Sex - Female:** Disparate treatment as compared to the white males in the Office of Governmentwide Policy and, in the Office of Real Property Policy. It should also be noted that my supervisors are white, younger males, with less service than I have, who are the ones who have denied me promotion(s) and job related training.

**e. Equal Pay:** I am entitled to equal pay (wages, training, monetary awards) for the years and months I have worked in a capacity equal to my GS-14 peers before this transfer and in this position. I am denied equal training opportunities afforded to the white male employees. I am alleging that GSA discriminates against me and that my career has been deliberately *sabotaged*. I believe I may be the only professional employee who has never received a competitive promotion for more than 25 years. During this time, I believe that I have provided GSA excellent performance.

I was transferred because the position I was in had the possibility of a GS-14 since my work functions and responsibilities were comparable to those of a GS-14. G. Marty Wagner, Associate Administrator, Office of Governmentwide Policy, transferred me from the Office of Information Technology (IT) to the Office of Real Property Policy, to deliberately put me at a disadvantage and in an office where I must compete with Real Property Specialists and a completely different job series. This management action was

to assure that I would still be denied a promoted because job experience would not be based on my previous experience and field of expertise in Information Technology.

**4. g. Age:** I am 59 years old. In August 2001, I was transferred out of the Office of Government-wide Policy, Office of Information Technology, Emerging IT Policy Division, to the Office of Real Property, Real Property Policy Division. When I was transferred, I was 56 years old with approximately 36 years of government service and almost 25 years as a GSA associate.

**4. k. Reprisal:** The reprisal is very obvious from the date of the incident of April 24, 2002. Management was discriminating against me on May 05, 2002 and May 07, 2002, which is continuing to date. My reprisal is based upon a previous EEO complaint that I filed on January 26, 2001 and an EEO complaint filed September 28, 2001. It is also reprisal because of my union activities involving employees who were exempted by the agency from falling under the Fair Labor Standards Act (FLSA), which would effect overtime within the agency and for the representation of employees by the Local officials in EEO complaints. It is reprisal to prevent me from the performance of my union activities and involvement as the President, National Federation of Federal Employees (NFFE), Local 1705, GSA Central Office, which would affect my representation duties, EEO cases, and other types of procedures.

It is reprisal when I was not informed that I was being transferred out of the Information Technology (IT) series as GS-334, Computer Specialist. No other employee was treated this way. In addition, I have worked in the Office of Governmentwide Policy since its inception performing functions and responsibilities comparable to the GS-14s. I am the only employee with a Master's of Science and Technology (1998) degree, working in the Office of IT Policy, who was not promoted to a GS-14. I believe the reprisal is due to prevailing in previous EEO complaints filed in June and August of 1991, and for filing EEO case C.A. No. 95-2397 around 1993, and a subsequent EEO complaint filed in 1996.

**Harm:** I suffer from high blood pressure and stress due to harassment and reprisal of working in a hostile environment, lost of IT skills, lost of pay, and an ongoing denial of career opportunities.

## 8. STATE REMEDY SOUGHT IN THIS COMPLAINT

- Promotion(s) with backpay
- Attendance at the BOMA International Conference 2004
- Immediate transfer (negotiable)
- Mr. Langfeld's removal as a supervisor, for his unfair, unethical, and disparate treatment.
- Payment of all legal fees and related costs
- Attendance at training seminars, conferences, training/classes without management's harassment and disparate treatment
- Other negotiable relief