

**Iona D. Calhoun**
05/28/03 06:01 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc:
Subject: Re: MP Strategic Portal Plan

Okay!

Stanley C. Langfeld



**Stanley C. Langfeld**
05/28/03 05:00 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: McDonald Peoples/MPR/CO/GSA/GOV@GSA, David L. Bibb/MP/CO/GSA/GOV@GSA, Carol S. Anadale/MPR/CO/GSA/GOV@GSA, Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
Subject: MP Strategic Portal Plan

Iona:

I understand there was an MP Portal Meeting this morning which McDonald Peoples attended; however, you were teleworking. As I stated to you in my May 21, 2003, E-Mail (below), you need to stay actively engaged with the MP Portal Meetings, which includes skipping a telework day as needed to attend MP Portal Meetings. McDonald usually teleworks on Wednesdays, and he gave up this telework day to assist Theresa Noll in the MP Portal efforts to transition to the new GSA Portal. You need to do the same. The fact that you sent out an E-Mail to MPR staff on the content of our MPR portion of the MP Portal is not enough, since your personal attendance and engagement in these meetings is essential to our success in MP's transition to the new GSA Portal.

Thank you, Stanley Langfeld.

----- Forwarded by Stanley C. Langfeld/MPR/CO/GSA/GOV on 05/28/03 04:50 PM -----



**Stanley C. Langfeld**
05/21/03 02:12 PM

To: McDonald Peoples/MPR/CO/GSA/GOV@GSA, Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Theresa M. Noll/MPW/CO/GSA/GOV@GSA, David L. Bibb/MP/CO/GSA/GOV@GSA
Subject: MP Strategic Portal Plan

McDonald and Iona:

I would like to request that you attend future MP Portal Meetings in support of MP/MPR's on the newly redesigned GSA Portal. I know that Iona was in class today and McDonald was teleworking. However, if a MP Portal Meeting is on any day that either of you are planning to telework, please come into the office and help out Theresa. If you are attending a previously scheduled class, that is okay. My main point is that both of you as the MPR representatives need to do everything humanly possible to support MP's efforts and Theresa's leadership of the transition to the new GSA Portal.

Thank you, Stanley Langfeld.

GOVERNMENT EXHIBIT 21

----- Forwarded by Stanley C. Langfeld/MPR/CO/GSA/GOV on 05/21/2003 02:07 PM -----

**Theresa M. Noll**
05/21/2003 01:25 PM

To: mike.atkinson@gsa.gov, iona.calhoun@gsa.gov, chris.coneeney@gsa.gov, haydee.iglesias@gsa.gov, joanne.shore@gsa.gov, mcdonald.peoples@gsa.gov, ray.wynter@gsa.gov, theresa.noll@gsa.gov
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, stan.kaczmarczyk@gsa.gov, Marjorie L. Lomax/MPE/CO/GSA/GOV@GSA, Stanley C.



**Iona D. Calhoun**
03/13/2003 04:50 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA, Bernadette S. Buller/AK/CO/GSA/GOV@GSA, Shirley A. Dade/AK/CO/GSA/GOV@GSA, Regina M. Budd/LG/CO/GSA/GOV@GSA
cc: Carol S. Anadale/MPR/CO/GSA/GOV@GSA, David L. Bibb/MP/CO/GSA/GOV@GSA, Helen C. Maus/LG/CO/GSA/GOV@GSA, John D. Thomas/WPQ/RW/GSA/GOV@GSA, Lena E. Fant/CPSE/CO/GSA/GOV@GSA, Marcia L. Smart/LG/CO/GSA/GOV@GSA, Sharon J. Pomeranz/LG/CO/GSA/GOV@GSA, Sheldon Greenberg/MPR/CO/GSA/GOV@GSA, McDonald Peoples/MPR/CO/GSA/GOV@GSA
Subject: Re: 9AM Portal Meeting Today

Stanley,

The meeting with the EEO Investigator was made *several days in advance* of Theresa's notice which was sent out early this morning. The Office of Civil Rights called in the EEO investigator who is a paid contractor. I will not cancel an EEO meeting at the last minute. Based on your direct instructions, you may cancel an EEO meeting by informing the Office of Civil Rights, the names are included in this email.

I saw Theresa Noll as soon as I returned from the meeting. I am up to date on what the group is doing and what is expected.

I met with the EEO Counselor from 1:00 - 2:00 p.m. this afternoon. From 2:00 - 3:00 p.m. I had lunch, did paperwork and discuss union issues. I returned at 3:00 p.m. and sent you a message at 3:09, not at 3:90, that I had returned to my desk.

*Stanley*, is missing an internal Portal meeting --*an issue for Labor Relations/Personnel and Legal* (Lena E. Fant, Helen Maus, Marcia L. Smart,, and Sharon J. Pomeranz)*???*

*My goodness, my goodness!*

   Iona


Stanley C. Langfeld



**Stanley C. Langfeld**
03/13/2003 03:55 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: John D. Thomas/WPQ/RW/GSA/GOV@GSA, Carol S. Anadale/MPR/CO/GSA/GOV@GSA, Sheldon Greenberg/MPR/CO/GSA/GOV@GSA, David L. Bibb/MP/CO/GSA/GOV@GSA, Helen C. Maus/LG/CO/GSA/GOV@GSA, Sharon J. Pomeranz/LG/CO/GSA/GOV@GSA, Marcia L. Smart/LG/CO/GSA/GOV@GSA, Lena E. Fant/CPSE/CO/GSA/GOV@GSA
Subject: Re: 9AM Portal Meeting Today

Iona:

I spoke with John D. Thomas who informed me that he told you about the MP Portal Meeting at around 10:00 AM, and that instead of attending the Portal Meeting as part of the MP Team, you met with an EEO Investigator at 10:00 AM. Also, as a member of the MP Portal Team, you should already been generally aware that this meeting would be taking place sometime today, and left your calendar open so that you would be able to participate.. According to your



**Stanley C. Langfeld**
11/16/01 08:58 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc:
Subject: Re: Meeting of the Worldwide Inventory 11/15/01

Iona:

There is no standing meeting on the Worldwide Inventory, what you did not attend was the twice yearly WWI Users Group Meeting with our customer agencies governmentwide. I know that this meeting was mentioned at the MP Staff Meeting, and that you did not attend. We did not call you to remind you, since all of us were preoccupied with conducting and participating in the meeting.

In the future, I shall expect you to be more engaged in the MPR program. It is not incumbent upon each of us to remind you of meetings. Normally, associates in MPR are actively engaged in the Division's work, which includes attending meetings and taking an active role in the office initiatives.

In addition, I did not hang up on you, and I do not appreciate such a inaccurate statement by you. Iona, all you have to do is become actively engaged in the MPR work and become a proactive member of our team.

Thank you, Stanley Langfeld.

Iona D. Calhoun


**Iona D. Calhoun**
11/15/01 05:02 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc:
Subject: Meeting of the Worldwide Inventory 11/15/01

Stanley,

I appreciate the fact that you notified me a few minutes ago that I had missed a meeting "this morning" of the Worldwide Inventory. I checked my calendar, email, and voice mail messages. I did not received notification of this meeting.

If, the Worldwide Inventory group holds a standing meeting at the same time every week, I do not recall being informed of this fact. If, MPR has a calendar of events posted that I am suppose to review -- I have not been informed of this.

I was at my desk all morning, a courtesy call from someone would have been nice. No one called! This is something I would do for you or anyone else expected to attend a "working" meeting. I have tried to work diligently to understand real estate and provide the work needed because I thought I could make a contribution to MPR. Evidently -- this is not sufficient.

I do not appreciate the fact that you hung up on me while I was still taking to you. You are my supervisor -- I can respect that.

However -- Respect is a two-way street.

    Iona

  **Stanley C. Langfeld**  
01/21/2003 03:03 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV  
cc:  
Subject: SFLERP Training Meeting

Memo for the File:

Iona Calhoun walked into the previously scheduled MPR Staff Meeting at 2:25 PM, which is **25 minutes late**, even though below E-Mail stated she expected to return at 2:00 PM. **Hence, Iona Calhoun was 25 minutes late to the MPR Staff Meeting which was previously scheduled on January 14, 2003, at 9:48 AM.**

SCL, 1/21/03.

----- Forwarded by Stanley C. Langfeld/MPR/CO/GSA/GOV on 01/21/2003 03:03 PM -----

  **Iona D. Calhoun**  
01/21/2003 11:52 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA  
cc: John D. Thomas/MPR/CO/GSA/GOV@GSA  
Subject: SFLERP Training Meeting

Stanley,

I am leaving my desk to attend a SFLERP (Society of Federal Labor & Employee Relations Professionals) training luncheon. I expect to return around 2:00 p.m.

Iona