MEMORANDUM FOR:    IONA CALHOUN
PROGRAM ANALYST, REAL PROPERTY POLICY DIVISION
OFFICE OF REAL PROPERTY - MPR

FROM:    STANLEY C. LANGFELD
DIRECTOR, REAL PROPERTY POLICY DIVISION
OFFICE OF REAL PROPERTY – MPR

SUBJECT:    Official Reprimand

You are hereby officially reprimanded for insubordination by your refusal to comply with authorized instructions issued by me as your supervisor to return to your work station during a break in the HRM Training offered to Office of Governmentwide Policy managers/supervisors and team leaders; and by your refusal to comply with authorized instructions issued by Ms. Lovie Leach of the Labor Relations Branch of the Office of Human Resources and my verbally instructing you as your supervisor to follow these instructions regarding the fact that since you are neither a manager/supervisor nor team leader, that you were not entitled to attend the HRM Training.

By way of background, by E-Mail on February 6, 2002, Ms. Leach informed you that the National Agreement Between the General Services Administration and the National Federal of Federal Employees pertaining to union sponsored labor relations training does not apply in this situation to your status as a union representative nor mandate that union representatives, at free will, attend training designated for supervisors and managers. The HRM Training was specifically designed for supervisors/managers and team leaders, and your current position as Program Analyst does not fit within these categories. Accordingly, you are not entitled to attend such training, unless invited by management. When I spoke with you on February 6, I verbally instructed you not to attend the HRM Training for the reasons stated in Ms. Leach's E-Mail to you.

Then, at about 9:45 AM on February 12, 2002, I learned that you were attending the HRM Training, which was unauthorized; and that you had submitted a leave slip to your team leader requesting that I place you on annual leave from 8:00 AM to 12:00 Noon so that you could attend the training on your own time. As a result, I visited you at 9:55 AM during the break in the HRM Training Class to request that you return to your work station and that your conduct that morning constituted insubordination. I made these remarks in front of your team leader. You responded by saying, "Okay." Later, I learned that you did not return to your work station as I requested, and that you remained in class for the remainder of the session. You took it upon yourself to continue to attend the course and deliberately refused to comply with my authorized instructions as your supervisor of record, which constitutes insubordination.

GOVERNMENT EXHIBIT 22

A copy of this reprimand will be placed in your personnel folder and will be withdrawn after 3 years. It may be withdrawn at my discretion, in which event, you will be notified in writing. You may submit a written statement or explanation for inclusion in your official personnel folder at any time. Also, you may protest the propriety of this penalty through the negotiated grievance procedure, within 30 calendar days. For further information about this procedure you may contact Ms. Lena Fant of the Employee Relations Branch of the Office of Human Resources.

An official reprimand is a serious penalty action. A future violation of acceptable standards of conduct could result in more serious disciplinary action up to including your removal from the Federal service. Nevertheless, you should note that this action is not a matter of permanent record. By good conduct in the future and attention to duty, you have the opportunity to attain a clear record.