# EMPLOYEE PERFORMANCE REVIEW AND RATING

## PART I. GENERAL INFORMATION

| EMPLOYEE'S NAME | | SOCIAL SECURITY NUMBER | CORRESPONDENCE SYMBOL | PAY | |
|---|---|---|---|---|---|
| | | | | PLAN | GRADE |
| FIRST | M | | MPR | GS | 13 |
| Calhoun  Iona | | | | | |

| OF RATING | REVIEW PERIOD | TYPE OF POSITION |
|---|---|---|
| | FROM | TO | SUPERVISORY ☐   NON-SUPERVISORY ☒ |
| ANNUAL ☐ INTERIM | 10/01/02 | 9/30/03 | |

## PART II. CRITICAL ELEMENT RATING (Attach performance plan) (Use additional forms if there are more than 7 critical elements)

| CRITICAL ELEMENT | RATING (Check one) | | COMMENT ON THE EMPLOYEE'S PROGRESS TOWARD MEETING THE PERFORMANCE STANDARD FOR EACH CRITICAL ELEMENT (Use additional pages if necessary) |
|---|---|---|---|
| | SUCCESSFUL | UNACCEPTABLE | |
| 1. | X | | Iona contributed to developing policies, protocols and procedures for the FRPP and FIRM by assisting in the preparation of the monthly RAG Reports (Stop Light Reports) for FIRM and FRPP. Iona has improved in her ability to independently compile information, which was reviewed by her Team Leader. |
| 2. | X | | Iona provided some technical advice, guidance and solutions to the production of the FRPP Tent Card by working with her Team Leader and by serving as the liaison to the GSA Graphics Staff. Iona processed and walked around the Request for Requisition Services (GSA Form 50), and her Team Leader developed the content of the FRPP Tent Card. |
| 3. | X | | Iona did a good job in preparing the special report on Analysis of DOD Reports on Installations and Facilities. She researched material and wrote a well written report in a timely manner. |
| 4. | X | | Iona worked on the specific assignment related to the Real Property Policy Division portion of the GSA Portal by attending meetings, frequently keeping fellow associates and supervisor informed, and serving as Real Property Policy Division liaison to the Office of Real Property's Portal efforts. She should take a more proactive role in the Real Property Policy Division's activities related to the GSA Portal. |
| 5. | | | |
| 6. | | | |
| 7. | | | |

## PART III. SUMMARY RATING

SUCCESSFUL ☐   UNACCETABLE ☐

## PART IV. PROGRESS REVIEW CERTIFICATION

☐ PROGRESS REVIEW COMPLETED     DATE

GENERAL SERVICES ADMINISTRATION

GSA FORM 3440 (REV. 3-97)
Prescribed by OAD 8430.2

GOVERNMENT EXHIBIT 24

### PART V. COMMENTS ON OVERALL PERFORMANCE

COMMENT ON THE EMPLOYEE'S OVERALL PERFORMANCE CITING SPECIFIC EMPLOYEE PROJECTS OR OUTPUTS. USE ADDITIONAL PAGES, IF NECESSARY.

As evidenced by Iona's work in preparing the special report on Analysis of DOD Reports on Installations and Facilities, she has demonstrated that she has the knowledge, skills and abilities to write a good report. Iona should take these knowledge, skills and abilities to a higher level by becoming more engaged in the Real Property Policy Division's programs.

For the future, Iona should work to use her analytical and writing skills to contribute more to the Real Property Policy Division mission. The Division has many innovative and interesting real property related initiatives, and Iona needs to broaden her knowledge and involvement in these areas.

I, Iona D. Calhoun, disagree with Stanley Langfeld's written comments on my Performance Review & Rating for the following reasons:

**Part II. Critical Element Rating**
1. I *independently prepared* the financial RAG/Stoplight Reports for the Federal Real Property Profile/Worldwide Inventory (WWI) and the Foundation Information for Real Property management (FIRM). The project Team Leader reviewed the reports.
2. I revamped and rewrote a Real Property Policy document to be submitted as a tent card.
3. I researched and wrote an *excellent* report on the Analysis of DoD Reports on Installations and Facilities that contained nearly two hundred pages of documentation. This analysis involved four very technical real property reports covering facilities recapitalization front-end assessment, installation readiness, real property inventory, and facilities cost factor.
4. I *am proactive*, in addition, I provided advice and guidance to MP's Portal Team Leader and attended the Content Managers' meetings.
5. I am the GSA real property liaison to the Small Business Administration (SBA), in this capacity; I provided technical advice, guidance, and solutions and worked with GSA and SBA's officials to resolve real property issues.

**Part VI. Training and Development**
I requested the Building Owners and Managers Association (BOMA) real estate training conference, and an OPM leadership training course, as my *two* training courses for FY 2004.
NOTE: Below date of 10/07/03 signed by Stanley Langfeld is incorrect, when in fact, Stanley Langfeld provided me this rating on October 20, 2003, witnessed by Dennis Goldstein, Senior Realty Specialist.

### PART VI. TRAINING AND DEVELOPMENT

DISCUSS PROFESSIONAL GROWTH NEEDS AND AVENUES WHICH THE EMPLOYEE CAN PURSUE TO MEET THESE NEEDS. USE ADDITIONAL PAGES, IF NECESSARY.

Iona should pursue the OPM Course, Developing/Communicating Leadership Competencies offered by the OPM Leadership Development Center in Shepherdstown, WV; and a Real Estate Law Course at one of the local universities participating in the Washington Consortium of Universities. During the preparation of the FY 2004 MPR Operating Budget and Training Plan, Iona requested these two courses and they are approved.

These two courses during FY 2004 will assist in Iona's future career development.

### PART VII. SIGNATURES

RATING OFFICIAL / NAME OF RATING OFFICIAL: Stanley C. Langfeld / DATE: 10/20/03, 10/3/03

REVIEWING OFFICIAL (Necessary only if rating is at the unacceptable level) / NAME OF REVIEWING OFFICIAL / DATE

Note: Below date provided by Iona Calhoun is a back-dating of the date to October 8, 2003; when in fact Iona Calhoun provided the above comments & signed this document on October 21, 2003.

EMPLOYEE (Indicate only that a copy of rating was received, not necessarily agreement with the rating.): Iona D. Calhoun (see comments in Part V.) / DATE: 10/08/03

GSA FORM 3440 (REV. 3-97) BACK

## PART V. COMMENTS ON OVERALL PERFORMANCE

COMMENT ON THE EMPLOYEE'S OVERALL PERFORMANCE CITING SPECIFIC EMPLOYEE PROJECTS OR OUTPUTS. USE ADDITIONAL PAGES, IF NECESSARY.

As evidenced by Iona's work in preparing the special report on Analysis of DOD Reports on Installations and Facilities, she has demonstrated that she has the knowledge, skills and abilities to write a good report. Iona should take these knowledge, skills and abilities to a higher level by becoming more engaged in the Real Property Policy Division's programs.

For the future, Iona should work to use her analytical and writing skills to contribute more to the Real Property Policy Division mission. The Division has many innovative and interesting real property related initiatives, and Iona needs to broaden her knowledge and involvement in these areas.

I, Iona D. Calhoun, disagree with Stanley Langfeld's written comments on my Performance Review & Rating for the following reasons:

**Part II. Critical Element Rating**
1. I ***independently prepared*** the financial RAG/Stoplight Reports for the Federal Real Property Profile/Worldwide Inventory (WWI) and the Foundation Information for Real Property management (FIRM). The project Team Leader reviewed the reports.
2. I revamped and rewrote a Real Property Policy document to be submitted as a tent card.
3. I researched and wrote an ***excellent*** report on the Analysis of DoD Reports on Installations and Facilities that contained nearly two hundred pages of documentation. This analysis involved four very technical real property reports covering facilities recapitalization front-end assessment, installation readiness, real property inventory, and facilities cost factor.
4. I ***am proactive***, in addition, I provided advice and guidance to MP's Portal Team Leader and attended the Content Managers' meetings.
5. I am the GSA real property liaison to the Small Business Administration (SBA), in this capacity; I provided technical advice, guidance, and solutions and worked with GSA and SBA's officials to resolve real property issues.

**Part VI. Training and Development**
I requested the Building Owners and Managers Association (BOMA) real estate training conference, and an OPM leadership training course, as my ***two*** training courses for FY 2004.

## PART VI. TRAINING AND DEVELOPMENT

DISCUSS PROFESSIONAL GROWTH NEEDS AND AVENUES WHICH THE EMPLOYEE CAN PURSUE TO MEET THESE NEEDS. USE ADDITIONAL PAGES, IF NECESSARY.

Iona should pursue the OPM Course, Developing/Communicating Leadership Competencies offered by the OPM Leadership Development Center in Shepherdstown, WV; and a Real Estate Law Course at one of the local universities participating in the Washington Consortium of Universities. During the preparation of the FY 2004 MPR Operating Budget and Training Plan, Iona requested these two courses and they are approved.

These two courses during FY 2004 will assist in Iona's future career development.

## PART VII. SIGNATURES

| RATING OFFICIAL | NAME OF RATING OFFICIAL | DATE |
|---|---|---|
| [signature] | Stanley C. Langfeld | 10/03/03 |

| REVIEWING OFFICIAL (Necessary only if rating is at the unacceptable level) | NAME OF REVIEWING OFFICIAL | DATE |
|---|---|---|
| Note: Below date provided by Iona Calhoun is a back-dating of the date to October 2, 2003; when in fact Iona Calhoun provided the above comments & signed this document on October 21, 2003. | [signature] 10-21-03 | |

| EMPLOYEE (Indicate only that a copy of rating was received, not necessarily agreement with the rating.) | | DATE |
|---|---|---|
| Iona D. Calhoun (see comments above in Part V.) | | 10/08/03 |

GSA FORM 3440 (REV. 3-97) BACK