February 25, 2003

Ms. Madeline Caliendo
Associate Administrator
Office of Civil Rights (AK)
General Services Administration
18th & F Streets, NW
Washington, DC 20405

Subject: **GSA Form 3467, Formal Complaint of Discrimination**

Dear Ms. Caliendo:

This is my Formal Complaint of Discrimination on the annual Performance Review and Rating that I received from Stanley Langfeld (MPR) for the period of October 1, 2001 through September 30, 2002. This complaint will be amended after I review the EEO Counselor's Report. The report will be included as part of my file for the (amended) Formal Complaint of Discrimination.

Sincerely,

*Iona D. Calhoun*

Iona D. Calhoun
GSA Associate (MPR)

(202) 501-0821 (W)

Enclosure:
GSA Form 3467, Formal Complaint of Discrimination

000393

GOVERNMENT EXHIBIT 26
PAGE 1 OF 2 PAGES

# FORMAL COMPLAINT OF DISCRIMINATION
(Read information on the back of Copy 3 carefully before completing this form.)

NOTE: IF YOU WISH TO FILE A FORMAL COMPLAINT OF DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL; COMPLETE THIS FORM.

## 1. COMPLAINANT INFORMATION

a. NAME (Last, First, MI): Calhoun, Iona D.

b. HOME ADDRESS: [redacted]

c. HOME TELEPHONE NUMBER: [redacted]

d. SOCIAL SECURITY NUMBER: [redacted]

e. POSITION TITLE/SERIES/GRADE: [redacted]

## 2. EMPLOYMENT INFORMATION

a. TYPE (Check one): [X] GSA  [ ] FEDERAL  [ ] FORMER GSA  [ ] NON-FEDERAL

b. NAME OF PROGRAM OFFICE: Office of Real Property (MP)

c. OFFICE ADDRESS: General Services Administration (OGP), 1800 F Street, N.W., Washington, D.C. 20405

d. OFFICE TELEPHONE NO.: (202) 501-0821

## 4. CHECK BASIS(ES) YOU BELIEVE CAUSED THE DISCRIMINATION

[X] a. RACE — African American
[X] b. COLOR — Black
[ ] c. RELIGION
[ ] d. NATIONAL ORIGIN
e. SEX: [X] FEMALE  [ ] MALE  [X] EQUAL PAY  [ ] SEXUAL HARASSMENT
[ ] f. HANDICAP — PHYSICAL / MENTAL
[X] g. AGE — 58
[X] k. REPRISAL

DATE OF BIRTH: [redacted]

## 5. DESCRIPTION OF DISCRIMINATION

To be amended upon review of the EEO counselor's report.

6a. NAME OF EEO COUNSELOR: Saundra G. Davis
6b. TELEPHONE NUMBER: (703) 684-7619

## 7. REPRESENTATION

a. NAME OF REPRESENTATIVE:
b. TITLE:
c. TELEPHONE NUMBER:
d. ADDRESS:

## 8. STATE REMEDY SOUGHT IN THIS COMPLAINT

000394

9a. SIGNATURE OF COMPLAINANT: Iona D. Calhoun
9b. DATE: Feb. 25, 2003

EXHIBIT 34

PAGE 2 OF 2 PAGES

GENERAL SERVICES ADMINISTRATION — 1. REGIONAL EEO OFFICE