**U.S. General Services Administration**

Home | Buying Through GSA | Selling to the Government | About GSA | Contacts

# Vacancy Information



| | |
|---:|:---|
| Announcement Number: | 030008903MP |
| Vacancy Description: | Program Expert |
| Open Period: | 07/28/2003 - 08/08/2003 |
| Series/Grade: | GS-0301Y-14 |
| Salary: | $81,602.00 TO $106,086.00 |
| Promotion Potential: | GS-14 |
| Hiring Agency: | GSA, Office of Governmentwide Policy |
| Duty Locations: | 1 vacancy in Washington DC Metro Area, DC |
| For more information, Contact: | Karen Lomax, 202-501-0370 karen.lomax@gsa.gov |

## Additional Information

```
Office Location:  Office of Governmentwide Policy
                  Office of Real Property
                  Real Property Policy Division (MPR)
                  Washington, DC
```

AREA OF CONSIDERATION: GSA Associates who are currently serving under a career or career conditional appointment.

Bargaining Unit Status: NONE

The position will be filled on a permanent, full-time basis. Relocation expense will not be paid.

DUTIES OF THE POSITION: The incumbent of this position serves as an expert, having the responsibility for developing innovative real property policy related initiatives, and evaluating implementation and effectiveness of the practices and need for improvement. The incumbent performs special projects, conducts studies, and serves on special project teams relating to integrated workspace programs, and provides senior level review and critical analysis of issues and findings. Ensures full coordination is obtained from other technical experts regarding various aspects of innovative workplace program initiatives and practices. Coordinates, develops, and issues guidance and direction on all activities involving

GOVERNMENT EXHIBIT 27

innovative workplace strategies within MP facilities. Plans, directs and coordinates budgetary resource management activities for MP, including human resource issues. Provides guidance and direction on policy, which includes but is not limited to, reviewing and providing comments on various pieces of legislation. Reviews new procedures for implementation within the office, ensuring all MP employees are in accordance with current regulations, procedures and the law. Performs special projects and assignments of a non-recurring nature. Analyzes work procedures, processes and other activities to determine the need for policy adjustments. Serves as coordinator and representative for the Deputy Associate Administrator or other key management officials for major program issues and meetings involving other internal or external organizations providing advice, comments, and recommendations as appropriate. Coordinate with other recognized technical exerts within the agency to develop a unified approach to problems or areas within GSA, other Federal agencies, and the private sector.

SPECIALIZED EXPERIENCE: Professional or administrative expertise in the application of experimental theories and new developments to problems not susceptible to treatment by accepted methods and to make decisions or recommendations significantly changing, interpreting, or developing important real estate policies or programs; expert knowledge of real estate laws, regulations, methodologies and/or policies to provide sound and authoritative technical guidance on all issues related to assigned programs; knowledge of the agency's missions, programs and legislative history to develop and advise on policies and to implement program goals; and comprehensive analytical skills to apply a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness.

To be creditable, one of year of Specialized Experience must have been equivalent to grade GS-13. Time-in-grade restrictions are applicable. Applicants must meet all qualification and eligibility requirements for this position within 30 days after the closing date of this Announcement. EDUCATION WILL NOT BE SUBSTITUTED FOR SPECIALIZED EXPERIENCE.

Applicants will be rated on the extent and quality of their specialized experience relevant to the duties of this position. Eligible applicants will receive a numerical rating based on their responses to the application questions for this position submitted on-line via GSAjobs (Quickhire). These responses must be substantiated by the resume submitted. Applicants who must compete under Merit Promotion regulations and who are determined to be best qualified are referred to the Selecting Official in alphabetical order. Applicants who do not respond to the application questions will be rated ineligible.

SELECTIVE PLACEMENT FACTOR: None

APPLICATION PROCEDURES: Resumes/Applications MUST BE SUBMITTED via GSAjobs (https://jobs.quickhire.com/scripts/qhwebfed35gsa.exe) before midnight, Eastern Standard Time on the closing date (August 8, 2003). No extensions will be granted. If you fail to submit a COMPLETE on-line resume, you WILL NOT be considered for this position. In addition to submitting a complete resume, you will be required to answer a questionnaire. This questionnaire consists of a series of job related questions that are designed to identify the best qualified candidates. If applying on-line poses a hardship to any applicant, the servicing Human Resources Office listed in this Announcement will provide assistance to ensure that applications are submitted on-line by the closing date. Applicants MUST CONTACT the Servicing Human Resources Office PRIOR TO THE CLOSING DATE to speak to someone who can provide assistance for on-line submission.

All supplemental application material as outlined below must be received within 48 hours after the closing date (or by August 12, 2003). The documents must be FAXED to 202.219.0141 and MUST INCLUDE YOUR NAME AND THE VACANCY ANNOUNCEMENT NUMBER (030008903MP). No exceptions!

SUPPLEMENTAL APPLICATION MATERIAL: Please fax a Standard Form 50, Notification of Personnel Action, to show time served at highest grade level (i.e., appointment, promotion, with-in-grade increase), position occupied and tenure group.

GSA surplus or displaced employees requesting Special Selection Priority Consideration: If you are currently a GSA employee who has received a Reduction in Force (RIF) separation notice or a Certificate of Expected Separation you may be entitled to special priority selection under GSA's Agency Career Transition Assistance Program (CTAP). To receive this priority selection, you must submit proof that you meet the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, your most recent Performance Rating, and the most recent SF-50, Notification of Personnel Action, to identify your current position, grade, and duty station. CTAP/ICTAP eligibles will be considered "WELL-QUALIFIED" if they earn a minimum score of 85 (No credit will be allowed for Veteran's Preference). For more information on CTAP eligibility requirements, please visit the following site: http://www.opm.gov/ctap/index.htm.

Special Appointing Authorities: Applicants applying under a Special Appointing Authority are required to submit proof of eligibility. Information may be obtained at the following Office of Personnel Management web site: http:www.usajobs.opm.gov/b1.htm

CONDITIONS OF EMPLOYMENT: If selected, you may be required to complete Standard Form 450, Confidential Financial Disclosure Report, to determine if a conflict or an appearance of a conflict exists between your financial interest and your prospective position with GSA.

REASONABLE ACCOMMODATION: GSA provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application or hiring process, please notify us immediately. The decision on granting reasonable accommodations will be on a case-by-case basis.

TRAVEL/RELOCATION EXPENSES: The General Services Administration will not pay travel, transportation, and relocation expenses. Any travel, transportation, and relocation expenses associated with reporting for duty in this position will be the responsibility of the successful applicant.

This Vacancy Announcement does not preclude filling this position by other means such as a new appointment from an Office of Personnel Management certificate of eligibles, internal Delegated Examining Unit certificate of eligibles, reassignment, transfer, reinstatement, or noncompetitive action.

ALL APPLICANTS FOR FEDERAL EMPLOYMENT RECEIVE CONSIDERATION WITHOUT REGARD, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE (WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.

## This is a PREVIEW ONLY! To apply for the vacancy you will answer the questions online.

## Job Specific Questions

## All Grades

\* 1. You must have one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education.
   1. I have one full year of specialized experience that is equivalent in responsibility and scope to the GS-13 level in the Federal service. Specialized experience is experience that is in or directly related to the duties described in the vacancy announcement
   2. I do not meet the requirements as described above.
2. Please describe your experience which you feel meets the requirements for this grade level.

(Essay Question)

3. I have experience developing or participating in the development of real property policy.

   Yes   No
4. I have experience in the following (check all that apply):
   1. Preparing memos
   2. Preparing formal briefings
   3. Preparing instructional material
   4. Preparing fact-finding reports
   5. Preparing memos sent to external organizations
   6. Published articles in technical newsletters or journals
   7. Preparing regulations including the Federal Property Management Regulations, Federal Management Regulations, and agency Bulletins
   8. None of the above
5. Apply novel approaches to real estate problems not susceptible to treatment by accepted and established realty practices.
   1. I have not had education, training, or experience in performing this task.
   2. I have had education or training in performing this task, but have not yet performed it on the job.
   3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
   4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee.
   5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.
6. Do you have experience in developing initiatives relating to real property policy including user-friendly regulations and initiatives which promote effective real property asset management?

   Yes   No
7. I have participated as a member of a team of self directed real estate specialists and program analysts/experts in the accomplishment of complex, major real property related initiatives.

   Yes   No
8. Develop or participate in the development of policy regarding space utilization, acquisition, and disposal.
   1. I have not had education, training, or experience in performing this task.
   2. I have had education or training in performing this task, but have not yet performed it on the job.
   3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
   4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee.
   5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.
9. I have experience doing the following:
   1. Preparing routine internal memos
   2. Assisting in the development of formal briefings
   3. Preparing instructional material
   4. Preparing fact-finding reports
   5. Preparing memos sent to external organizations
   6. Publishing articles in technical newsletters or journals
   7. none
10. I have experience coordinating and interacting with others regarding real estate matters

    True   False
11. I have experience leading a team of real estate specialists in the accomplishment of complex, major real estate projects.

True False
12. **Recognize an organizational problem; seek and implement an improved, innovative or non-traditional solution.**
   1. I have not had education, training, or experience in performing this task.
   2. I have had education or training in performing this task, but have not yet performed it on the job.
   3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
   4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee.
   5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.

13. **Act decisively to modify and promote customer service and/or quality of programs and policies.**

True False
14. **Interact with a variety of associates at different organizational levels.**
   1. I have not had education, training, or experience in performing this task.
   2. I have had education or training in performing this task, but have not yet performed it on the job.
   3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
   4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee.
   5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.

15. I have actively participated on a number of project teams.

True False
16. Please specify teams and your experience.

Answer: (Short Answer)



Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

https://jobs.quickhire.com/scripts/gsa.exe/runpreview

7/25/2003