GSA MERIT PROMOTION REFERRAL

Certificate No: 040019503MP-MP00;               Date of Certificate: 3/12/04

Position Title, Series, & Grade: Program Expert, GS, 0301Y, 14

Office: Real Property Policy Div          Location: Washington DC Metro Area, DC

In accordance with GSA's Merit Promotion Plan, the candidates referred have been determined best qualified of those that have applied for the above position. Information related to their qualifications is attached. You should consider GSA's affirmative action goals when filling this vacancy. If you make no selection, indicate to the Human Resources Specialist what further action you desire.

GRADE: 14

*Select*    X BURMEISTER, ROBERT  (Declined No telecomm)

*Non-Select*  CALHOUN, IONA

*Non-Select*  MILLER, FRED

*Non-Select*  STEPHENS, DIANA

*Non-Select*  YEARGINS, GWENDOLYN

Selecting Official's Signature: _____ Date: 3/16/04
Reviewing Official's Signature: _____ Date: 3/16/04
Proposed Effective Date: _____

Certificate Expires On: 6/7/04

Page 1

