AFFIDAVIT
(Selecting Official)

CITY: Washington D.C.

I, Stanley Langfeld, being first duly sworn on oath make the following statement freely and voluntarily to June W. Yeager who has identified herself to me as an investigator assigned by the United States General Services Administration to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who has an official interest.

This affidavit is given in relation to the complaints of discrimination filed by Iona D. Calhoun, on July 9, 2004 and August 2, 2004, GSA Case No. 04COOGPIC-04. I understand that Ms. Calhoun alleges in these complaints that she was discriminated against on the bases of her race, color, sex, age and reprisal for her prior EEO activity involvement when she was not selected for Program Expert, GS-14, positions announced under Vacancy Announcement Numbers 040019503MP and #040035103MP.

My name is Stanley Langfeld. My position title at the time of the alleged actions was Director, Real Property Policy Division, Office of Real Property, Office of Governmentwide Policy, General Services Administration, Central Office, located at 1800 F Street, NW, Washington, DC 20405-0002. My grade and series was GS-1170-15/Step 10, Supervisory Reality Specialist. I had held this position since January 8, 1995.

For the record, my race is Caucasian and my color is White. I am a male, 59 years of age and I have no prior EEO involvement outside of addressing Ms. Calhoun's EEO actions.

My immediate supervisors at the time of the alleged action were Stan Kaczmarczk and Marge Lomax, with whom I took turns as acting Deputy Associate Administrator for the Office of Real Property. My second level supervisor was Marty Wagner who is the Associate Administrator for the Office of Governmentwide Policy.

I have been employed by General Services Administration since September 1975. Since 1983, I have held multiple managerial positions.

GOVERNMENT EXHIBIT 31

I became familiar with Complainant Iona Calhoun when she was reassigned to my office in September 2001 by Mr. Wagner. She was an employee of mine and I supervised her at the time of the actions about which she complains.

I was the selecting official for Vacancy Announcement Numbers 040019503MP and 040035103MP. Both vacancy announcements were filled based on the merit promotion principle. I used the merit promotion guidelines to select the best-qualified candidates for both positions. I absolutely feel that the process was fair and proper.

There was no rating panel involved in the rating and evaluating candidates for selection. I rated and evaluated the candidates based on the depth of their real property experience and the number of years of experience. I applied this criteria consistently to all candidates. I absolutely did not use race, color, sex, age and prior EEO activity of candidates as evaluation criteria.

I did not interview any of the candidates for either Vacancy Announcements because I felt it was not necessary. In each case, one candidate was far superior to the others.

I selected Rob Burmeister for Vacancy Announcement Number 040019503MP. Although I conducted no interviews, I did hold a clarification meeting with Mr. Burmeister so that he would better understand what the office was about and to be sure that he was still interested in the position. Mr. Burmeister was super qualified for this job. He ultimately turned down the job to accept what he thought was a more attractive offer from GSA's Public Building Services.

In my opinion the remaining candidates, other than the selectees, for both job announcements was not that good in terms of depth and length or real property experience.

I cancelled Vacancy Announcement 040019503MP because the remaining candidate pool did not have the real property experience that I was seeking. I subsequently re-announced the position under Vacancy Announcement 040035103MP. There were no substantial changes to the new vacancy announcement.

Virginia McDonald, the selectee for Vacancy Announcement 040035103MP, and Mr. Burmeister stood out for the depth and quality of experience that they possessed and the length of time that they were considered experts in their field.

2

*Leh 12/15/04*

I do not even really know the race, color, sex, age and prior EEO activity involvement of the selectees. I really don't know how you classify Mr. Burmeister's race and color. I am in no position to make a judgement. I don't care about his classification. He appears to be a male. I don't know his age and I have no idea of his prior EEO involvement.

I don't really know what Ms. McDonald's race and color is but she appears to be Caucasian. She appears to be female and I have no idea of her prior EEO involvement.

There is a difference between the Complainant's and the selectees' qualifications for the position.

Mr. Burmeister, the selectee for 040019503MP, had sixteen years of progressive real estate experience since 1988. He had IT experience related to GSA's Public Building Service ("PBS"). He was the Contracting Officer's Technical Representative ("COTR") on IT projects related to Real Property. He was the PBS competitive sourcing manager. As a result of that he knows the PBS business lines and organizations. He has extensive real estate analysis experience. He attends meetings with outside industry and government and state agencies. He knows the Activity-Based Costing Model.

Ms. Calhoun on her application claimed to be a GS 14/Step 10 which is not true. She was a GS-13. She said she worked on the General Reference Guide for Real Property Policy updates. She actually did a poor job on this and had to be taken off of this assignment at the request of her team leader. She had IT experience in MK and IRMS, which had nothing to do with real property. She only had three years of real property experience which included the Federal Real Property Profile (FRPP) Team, the old Foundation for Real Property Information Management (FIRM) Team, monthly RAG Reports, Freedom of Information replies and Geographic Location Codes (GLCs).

Ms. McDonald, the selectee for Announcement 040035103MP, had twenty-two years of real estate experience in the National Capital Region. She was BOMA certified. She had extensive marketing experience with customer agencies. She worked on the PBS delegations program and led focus groups and customer round tables. She worked on preparing the PBS national marketing plan. She had acquisition management and real property disposal experience. She had been a team leader, did procurement, was a COTR and worked on the Bush/Cheney transition team.

3

*JeL, 12/13/04*

You have to be extremely organized in order to work on the transition teams between administrations. Ms. McDonald had incredible in-depth experience.

In comparison, Ms. Calhoun, who actually listed herself as a GS-13 for this position, had twenty-four years of previous IT experience in the federal government, but only three years of real property experience which included the FRPP Team, the old FIRM Team, monthly RAG Reports, Freedom of Information replies and GLCs.

I believe that both selectees' training, education, and experience were consistent with the job requirements based on their in-depth real estate experience. I really did not look at their education as a main determinant in selecting for the positions. They all had formal training, but it was the real property experience that I was looking for.

I believe that Ms. Calhoun's education was consistent with the job requirements. While working for me, I had Ms. Calhoun take real estate courses. In one of the real estate appraisal courses, Appraisal Principles, she did fine. However, she did not pass the other real estate appraisal course, Appraisal Procedures. As far as her experience, it was not consistent with the job requirements. Her experience is mostly in the IT field in IRMS and MK. My mission is primarily real estate related not IT related. The selectee needed to be able to come in and work the real estate resource.

- These selectees had more years of in-depth experience in their fields. They are experts in their fields. I was looking for the in-depth real property experience.

I do not believe that the Ms. Calhoun was discriminated against on the basis of race, color, sex, age nor reprisal for any prior EEO activity involvement when she was not selected for either of the positions subject to this complaint.

4

_fel_ 12/13/04

I have read this statement consisting of 5 pages and I have made all necessary corrections and additions, and have initialed every page.

I hereby declare under a penalty of perjury that the forgoing statement is true, correct, and complete to the best of my knowledge and belief.

The signature of Affiant: *[signature]*

Date: December 13, 2004

Subscribed and sworn to before me this 13th day of December 2004:

*[signature]*
The signature of Notary Public or EEO Investigator

My Commission Expires: Feb. 14, 2007