

**Staging Area Applicant Listing**
**General Services Administration**
**0301 Program Expert**

Vacancy Number: 040035103MP
Staging Area: SA-GSA-0001, Created: 6/3/04 12:37:09 AM
Ranking: No Veteran's preference applied

Grade: 14

| | Total | Applicant | SSN | Vet Type | Permanent Address | | |
|---|---|---|---|---|---|---|---|
| BQNC | 99.77 | VIRGINIA MCDONALD | ▇▇▇ | - | ▇▇▇ | ▇▇▇ | GSA |
| rCK TG | 97.98 | ▇▇▇ | ▇▇▇ | - | ▇▇▇ | ▇▇▇ | GSA |
| MNP XPH | 97.75 | ▇▇▇ | ▇▇▇ | CPS | ▇▇▇ | ▇▇▇ | Supple |
| BQNC | 95.00 | ▇▇▇ | ▇▇▇ | TP | ▇▇▇ | ▇▇▇ | SF50 GS-14 |
| | 94.05 | ▇▇▇ | ▇▇▇ | - | ▇▇▇ | ▇▇▇ | |
| BQNC | 92.40 | ▇▇▇ | ▇▇▇ | - | ▇▇▇ | ▇▇▇ | GSA |
| MP | 91.34 | ▇▇▇ | ▇▇▇ | - | ▇▇▇ | ▇▇▇ | GSA |
| NP | 91.11 | IONA CALHOUN | ▇▇▇ | - | ▇▇▇ | ▇▇▇ | GSA SF50 |
| XPH | 91.11 | ▇▇▇ | ▇▇▇ | - | ▇▇▇ | ▇▇▇ | |
| ADNP | 89.12 | ▇▇▇ | ▇▇▇ | TP | ▇▇▇ | ▇▇▇ | DD214 MS |
| ADNP | 87.25 | ▇▇▇ | ▇▇▇ | TP | ▇▇▇ | ▇▇▇ | No Supple |

(18)

QuickHire®:  Evaluate the People, Not the Paper.  All Rights Reserved.

Date:  6/7/04

**GOVERNMENT EXHIBIT 34**

Page: 1



**QuickHire** — Evaluate the people, not the paper.

**Staging Area Applicant Listing**
General Services Administration
0301 Program Expert

Vacancy Number: 040035103MP
Staging Area: SA-GSA-0001, Created: 6/3/04 12:37:09 AM
Ranking: No Veteran's preference applied

| | Score | | | |
|---|---|---|---|---|
| ADNP | 85.73 | CPS | | GS-14 N/S, SF50, DD214 |
| ADNP | 83.70 | - | | SF50, GS13 |
| MP | 82.33 | - | | SF50, GS13 |
| ADNP | 79.66 | TP | | GS-13, SF50, DD2/4 |
| ADNP | 78.82 | - | | GS-13, SF50 |
| ADNP | 77.40 | - | | GS-13, SF50 |
| ADNP | 75.19 | - | | |

3- MP
3- BQNC