GOVERNMENT EXHIBIT 35

# FORMAL COMPLAINT OF DISCRIMINATION
(Read information on the back of Copy 3 carefully before completing this form.)

NOTE: IF YOU WISH TO FILE A FORMAL COMPLAINT OF DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL; COMPLETE THIS FORM.

## 1. COMPLAINANT INFORMATION

**a. NAME (Last, First, MI):** Calhoun, Iona D

**b. HOME ADDRESS:** [redacted]

**c. HOME TELEPHONE NUMBER:** [redacted]

**SOCIAL SECURITY NUMBER:** [redacted]

**3. POSITION TITLE/SERIES/GRADE:** [blank]

## 2. EMPLOYMENT INFORMATION

**a. TYPE:** [X] GSA  [ ] FEDERAL  [ ] FORMER GSA  [ ] NON-FEDERAL

**b. NAME OF PROGRAM OFFICE:** OGP/Office of Real Property Poli[cy]

**c. OFFICE ADDRESS:** 1800 F Street, NW, Washington, D.C. 20405-0002

**d. OFFICE TELEPHONE NO.:** (202) 501-0821

## 4. CHECK BASIS(ES) YOU BELIEVE CAUSED THE DISCRIMINATION

[X] a. RACE — African American
[X] b. COLOR — Black
[ ] c. RELIGION
[ ] d. NATIONAL ORIGIN
[X] e. SEX — [X] FEMALE [ ] MALE [X] EQUAL PAY [ ] SEXUAL HARASSMENT
[ ] f. HANDICAP — [ ] PHYSICAL [ ] MENTAL
[X] g. AGE — 59
**DATE OF BIRTH:** [redacted]
[X] k. REPRISAL

## 5. DESCRIPTION OF DISCRIMINATION

I am discriminated against because of Race (African American), Color, (black), Sex, (female), and Age (59) for more than twenty years due to on-going non-selection for promotion(s) by GSA managers which sabotaged my career. This act of discrimination is due to non-selection for Vacancy Announcement 040019503MP, Program Expert, GS-14. I am also discriminated against due to reprisal for prevailing in an earlier EEO complaint, for filing class action grievances, EEO complaints, and for actions performed as a union official (President). I am denied Equal Pay.

**6a. NAME OF EEO COUNSELOR:** Anne J. King
**6b. TELEPHONE NUMBER:** (703) 548-3683

## 7. REPRESENTATION

**a. NAME OF REPRESENTATIVE:** Bruce C. Ramson, Jr.
**b. TITLE:** Attorney
**c. TELEPHONE NUMBER:** (301) 649-4540
**d. ADDRESS:** [blank]

## 8. STATE REMEDY SOUGHT IN THIS COMPLAINT

To be made whole, payment of all legal fees, punitive damages and other negotiable items

**9a. SIGNATURE OF COMPLAINANT:** Iona D. Calhoun
**9b. DATE:** August 23, 2004

DO NOT WRITE BELOW THIS LINE (For Agency Use Only)

**AGENCY DOCKET NUMBER:**
**NAME OF COMPLAINANT:**
**SIGNATURE OF RECEIVING OFFICIAL:**
**DELIVERED BY:** [ ] MAIL (Include date of postmark) [ ] HAND DELIVERY [ ] OTHER (Specify)
**DATE OF DELIVERY:**
**DATE:**

GENERAL SERVICES ADMINISTRATION   1 REGIONAL EEO OFFICE   GSA FORM 3467