

## U.S. General Services Administration

Serial: 040035103MP-MP01
Vacancy: 040035103MP Program Expert
Location: Washington DC Metro Area, DC
Grade(s): 14

### Applicant: CALHOUN, IONA

### Personal Data

| First Name: | IONA |
|---|---|
| MI: | D |
| Last Name: | CALHOUN |
| Address1: | [redacted] |
| Address2: | |
| City: | [redacted] |
| State: | [redacted] |
| Zip Code: | [redacted] |
| Plus 4: | [redacted] |
| Phone: | [redacted] |
| Email: | [redacted] |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |



### Core Questions

| 15 | May we contact your current supervisor for a reference? |
|---|---|
| | Yes |

### Report Results

### 040035103MP Program Expert



GOVERNMENT EXHIBIT 38 B

| All Grades | 1 | You must have one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education. |
|---|---|---|
| | | I have one full year of specialized experience that is equivalent in responsibility and scope to the GS-13 level in the Federal service. Specialized experience is experience that is in or directly related to the duties described in the vacancy announcement |
| | | Please describe your experience which you feel meets the requirements for this grade level. |

| | | |
|---|---|---|
| All Grades | 2 | Performed the full range of reviewing and analyzing real property policy in proposed bills, laws, regulations, and Presidential orders. Analyzed design, construction, building, space management, leasing, procurement, safety, and environmental real property topics in the update of the General Reference Guide for Real Property Policy. Independently analyzed 4 major DOD Installation and Facilities' real property reports for government-wide use to rank the real property in critical areas such as acquisition, construction, renovation, readiness, and other areas. Lead Analyst in the preparation of two financial StopLight (formerly RAG) reports sent monthly to the Chief Information Officer (CIO). The CIO uses the reports to review expenditures and ensure alignment with GSA's strategic government-wide goals, objectives, and mission. Liaison for MP's Real Property Liaison Program. Encourage ongoing dialogue and collaboration with SBA's Assistant Administrator and the Executive Director. Ensure real property issues are directed to the appropriate GSA officials, perform periodical follow-ups with SBA officials, and provide pertinent data on changes to real property policy. Analyzed Internal Performance Review (IPR) plans for consistency and accuracy in meeting established program goals and objectives. Reviewed program areas for the Public/Private Partnership, e-Real Estate, FIRM, Worldwide Inventory (WWI), and Cooperative Administrative Support Unit (CASU) Program. Performed follow-ups with analyst to resolve discrepancies. Attended Foundation Information for Real Property Management (FIRM), Wide World Inventory (WWI), and Federal Real Property Council meetings held with the agency representatives to discuss issues, identify problems, and resolve issues. I have the expertise necessary for the work performed in Real Property Policy Division (MPR). I have work on GSA policy issues for more than 25 years and on e-Government functions, which are conducive to the work actually being performed in the MPR. GSA is responsible for providing agencies assistance in addressing IT requirements. As a member of the IT Emerging Policy Division, I was a speaker at training forums, provided informational IT speakers, written policy guidance, and participated as a member of collaborative IT groups such as Webmasters and the CIO Council's eGovernment Committee. I provided written IT policy issues for GSA's IT policy web site. In the implementation of the Government Paperwork Elimination Act (GPEA), Clinger-Cohen, and the Government Paperwork Reduction Act (GPRA), I worked on IT programs to assist agencies through the performance of web assignments to link major topic categories Federal web pages across the Government for similar subject items in major Federal departments and agencies. I researched, analyzed, wrote, and presented IT issues in response to IT policies, the sharing of best practices principles, and as guidance to presented to Federal agencies via the itpolicy.gov web page. I have worked on web based projects such as eAgency, eTraining, eManagement, eTraining, and eEntreprenuer which is the conversion of these issues from paper to electronics using IT and the Internet to product, receive, coordinate, interact, and provide services. I have produced a wide array of IT papers available via the Internet, a few of the subjects are: Knowledge Management, Ideas for Government-wide Portals, Information Content Issues and Laws Dealing with the Web, Intellectual Property Patent, Copyright & Trademark, Equal Employment Opportunity, Four Leadership Principles for Organizations, Outsourcing. I provided expertise and advised top IT management on new developments and advanced techniques in a wide variety of IT areas, including system design (revised the data calls); analyzed the acquisition programs of Federal agencies and advised on the overall program effectiveness and adherence to regulations and guidance. As an IRM Review Specialist and a member of the Information Resources Management (IRM) and Procurement Review (IRM/PR) Team, I worked on teams to reviewed 13 major department and agencies' high technology information management acquisitions and information management programs. An evaluation of an agency's management of their information resources management (IRM) activities for technical and managerial merit and compliance with pertinent laws and regulations is conducted to determine the agency's level of Delegation of Procurement Authority. Analyzed the following IRM functional areas: acquisition management of ADP and telecommunications procurement contracts, IRM oversight, IRM strategic planning, records management, ADP equipment inventories, IRM reviews, and special emphasis programs such as computer accessibility for users with disabilities. Independently analyzed ADP/telecommunications procurement information for more than 35 acquisitions ranging from a Delegation of Procurement Authority from an average of several million dollars to half a billion dollars for a single acquisition. Made astute and knowledgeable observations in the review of information management functions for agency compliance with laws and agencies guidance. Knowledge is based on guidance, regulations, and laws stated in the Federal Information Resources Management Regulations (FIRMR), the Federal Acquisition Regulations (FAR), pertinent OMB Circulars, the Brooks Act, and the Paperwork Reductions Reauthorization Act. I have expertise in using statistical measuring techniques and analysis to develop data for the FRPP information system. Analzyed data and identified trends, to produce an annual comparative statistical analysis between the age of computers in the Federal Government and private industry's Fortune 500 companies. Produced annual reports on the age of computers in the Federal Government; identified trends: "The Comparative Age of ADP Equipment: FederalGovernment and Private Sector" which were sent nationwide to Federal agencies and Congress. I have knowledge of contacting. Analyzed procurement proposals to obtain real property management systems used by Federal agencies. Stated the pros and cons, made recommendations, and provided justification on the best buy contract that met the requirements of the customer agencies. Conducted contract |

| | | |
|---|---|---|
| | | functions for an ADP/Telecommunications. During the IRM and Procurement reviews analyzed an agency's contacting practices to ensure compliance with Federal regulations and agency guidelines. The requirements of Questions 4 and 6 are not applicable to the work performed in the Real Property Policy Division. |
| All Grades | 3 | I have experience developing or participating in the development of real property policy. |
| | | Yes |
| All Grades | 4 | I have experience independently managing programs related to the following real estate fields; (mark all that apply) |
| | | I do not have Federal real estate experience in the areas stated below. |
| All Grades | 5 | I have experience in the following (check all that apply): Preparing memos<br>Preparing formal briefings<br>Preparing instructional material<br>Preparing fact-finding reports<br>Preparing memos sent to external organizations<br>Published articles in technical newsletters or journals<br>Preparing regulations including the Federal Property Management Regulations, Federal Management Regulations, and agency Bulletins |
| All Grades | 6 | I have experience in the following real estate specialties: |
| | | management |
| All Grades | 7 | Do you have experience in developing initiatives relating to real property policy including user-friendly regulations and initiatives which promote effective real property asset management? |
| | | Yes |
| All Grades | 8 | I have participated as a member of a team of self directed real estate specialists and program analysts/experts in the accomplishment of complex, major real property related initiatives. |
| | | Yes |
| All Grades | 9 | I have experience coordinating and interacting with others regarding real estate matters |
| | | True |
| All Grades | 10 | I have experience leading a team of real estate specialists in the accomplishment of complex, major real estate projects. |
| | | False |
| All Grades | 11 | Recognize an organizational problem; seek and implement an improved, innovative or non-traditional solution. |
| | | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 12 | Act decisively to modify and promote customer service and/or quality of programs and policies. |
| | | True |
| All Grades | 13 | Interact with a variety of associates at different organizational levels. |
| | | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 14 | I have actively participated on a number of project teams. |
| | | True |
| All Grades | 15 | Please specify teams and your experience. |
| | | Program Manager, Federal CIO Mentoring Program, with agency team members developed a nationwide program. Member on 13 IRM & Procurement Review Teams; analyzed departments/agencies' high technology information management acquisitions & programs. |
| All Grades | 16 | I have procured and administered contracts for the following: |
| | | None of the above |
| All Grades | 17 | Apply contracting rules, regulations and procedures under varying situations to obtain goods and services from people such as lessors, property management agents, service contractors, construction contractors and suppliers. |
| | | I have had education or training in performing this task, but have not yet performed it on the job. |
| All | | Develop long-range real estate procurement plans. |

| | | |
|---|---|---|
| Grades | 18 | I have not had education, training, or experience in performing this task. |
| All Grades | 19 | Work with formal teams in a project environment. |
| | | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 20 | I have actively participated on project teams |
| | | Yes |
| All Grades | 21 | I have experience procuring information technology (IT) services (e.g., systems integration, software development, LAN management). |
| | | True |
| All Grades | 22 | Do you have experience interpreting and applying the Federal Acquisition Regulations (FAR)? |
| | | Yes |
| All Grades | 23 | Have you been a Contracting Officer's Technical Representative (COTR)? |
| | | Yes |

*(handwritten: COTR)*

## RESUME for IONA CALHOUN

```
RESUME
Announcement Number: 040035103MP
Vacancy Description: Program Expert, GS-0301Y-14
Opening Date: May 18, 2004    Closing Date: June 2, 2004


Iona D. Calhoun
[redacted]
USA Citizen

Real Property Policy Division (MPR), Office of Real
Property, Office of Governmentwide Policy (OGP), GSA
                                          08/2001 - Present
Management and Program Analyst, GS-343-13/9


Performed the full range of reviewing and analyzing real
property policy in proposed bills, laws, regulations, and
Presidential orders; topics covered design, construction,
building, space management, leasing, procurement, safety,
and environmental for the update of the General Reference
Guide for Real Property Policy.  Analyzed procurement
contracts used to obtain real property management systems;
stated the pros and cons, made recommendations, and
justified the overall best buy contract.  Analyzed four
major DOD's Installation and Facilities real property
reports for applicability for government-wide which ranked
real property in critical areas of acquisition,
construction, renovation, and readiness.  Wrote a summary
report, stated pros and cons, and governmentwide
applicability.

Team member, evaluated the need to continue the Foundation
Information for Real Property Management (FIRM), a
governmentwide computer database system used by agencies
to track and manage (owned & leased) real property
holdings.

Lead Analyst for the monthly preparation of two financial
```

*(handwritten: FIRM Team)*

StopLight reports sent to the Chief Information Officer (CIO) which provides current information on the financial status and work progression of two nationwide, real property computer systems. The CIO uses these reports to ensure that expenditures are monitored and management of the systems are in alignment with GSA's strategic goals, objectives, and mission.

MP's Real Property ~~Liaison for SBA~~; encourage dialogue and ~~collaboration~~; ensure real property issues are addressed, perform follow-ups, and provide information on updates/changes to real property policy.

Analyzed each Internal Performance Review (IPR) plan for consistency and accuracy in meeting established program goals and objectives, i.e., Public/Private Partnership, e-Real Estate, FIRM, Worldwide Inventory (WWI), and Cooperative Administrative Support Unit (CASU) Program. Performed follow-up with analyst to resolve discrepancies. Meet with agency representatives on FIRM, FRPP, and the Federal Real Property Council to discuss issues and problems. Work with the vendors to resolve system issues. Write articles for MP Hot Items Newsletter. Prepare a synopsis on training seminars to share information with associates. Presented an oral presentation on a Performance Management training session at an Office staff meeting.

[handwritten margin note: Once arrived and occasionally OGP-IPR. Hot an majority - In Feb 2001]

Emerging IT Policy Division
04/1994 - 8/2001
Office of Information Technology, OGP, GSA
Computer Specialist, GS-0334-13/08

Program Manager, Federal Chief Information Officer (CIO) Council Mentoring Program. Established the Federal CIO Mentoring Program, in less than a year, to meet the goal objective of the Federal CIO Strategic Plan and the education objectives of the Clinger-Cohen Act. Coordinated with the Workforce Co-chairs, staff, and team members. Held bi-monthly meetings with the external agencies' CIO Council Mentoring Program Team. Prepared agendas, meeting notifications, written documents, responded timely to emails and telephones inquiries, and requests for information. Held weekly meeting with (internal) GSA's Mentoring Consulting Team.

Marketed the Mentoring Program via web location www.cio.gov. Made presentations at agencies' Capital Planning and IT Management committee meetings. Produced documents: A Federal CIO Mentoring Program (Framework and Guide), Mentoring Agreement, Brochure, Business Case, Candidate's Questionnaire, Committee Work Assignment Form, letters to protégés, CIO Co-chairs, and workforce committee members, news release, etc. Provided status reports at the monthly Federal IT Workforce Committee meetings. Kickoff of the Federal CIO Mentoring Program held at IRMCO, Hershey, PA.

Used IT policies and regulations as guidance; Government Paperwork Elimination Act (GPEA), Clinger-Cohen, and the Government Paperwork Reduction Act (GPRA). Researched, analyzed, wrote, and presented IT issues in response to IT policies, the sharing of best practices principles, via the itpolicy.gov web page. Made recommendations to GSA officials on policy issues; produced web based projects; eAgency, eTraining, eManagement, eTraining, and eEntreprenuer. Wrote IT papers posted via the Internet;

Knowledge Management, Ideas for Government-wide Portals, Information Content Issues and Laws Dealing with the Web, Intellectual Property Patent, Copyright & Trademark, Equal Employment Opportunity, Four Leadership Principles for Organizations, Outsourcing.

Made IT presentations before agencies' Webmasters Group. Wrote and presented a speech on IT challenges at the GSA's National Travel Conference 2000, Orlando, Florida. Wrote a synopsis on Best Practices submitted by agencies to GSA for Best Practices Award, posted at IRMCO.

Management Reviews Division
                    11/1989 - 04/1998
IRM Review Specialist, GS-301-13, 1989
Information Resources Management Service (IRMS), GSA
Management Analyst, GS-343-12

As part of a review team, conducted Information Resources Management and Procurement Reviews (IRM/PR) of 13 agencies granted a Delegation of Procurement Authority by GSA; i.e., DOC, Office of the Secretary of Defense, Army, NASA, DOJ, HUD, Education, and VA.
· Analyzed the IRM data from a composite of information; interviews with high-level agency officials, staff, and system users. Reviewed agencies' high technology information management acquisitions and information management programs for compliance with IRM laws and regulations. Analyzed ADP/telecommunications procurement information for more than 35 acquisitions with a DPA ranging from an average of several million dollars to half a billion dollars.
· Used a thorough knowledge of the guidance, regulations, and laws stated in the Federal Information Resources Management Regulations (FIRMR), the Federal Acquisition Regulations (FAR), OMB Circulars, the Brooks Act, and the Paperwork Reductions Reauthorization Act.
· Made recommendations to correct existing deficiencies, improve overall efficiency and effectiveness of an agency's program function, address a weaknesses (lack of adequate oversight) for program areas, or the lack of compliance in acquisition management of major systems.

Financial Crimes Enforcement Network (FinCEN),
     04/1993 - 04/1994
Department of the Treasury
IRM Specialist, GS-301-13

Detailed to an IRM Specialist GS-14 slot for one year. I provided a variety of IRM functional support to the project managers. Worked on Delegations of Procurement Authority (DPAs) and Requirements Analysis packages, provided comments on statements of work. Conducted an agency IRM review, prepared a self-assessment of the FinCEN's IRM Review Program; made recommendations for improvement. Analyzed and provided recommendations on OMB draft Circular A-130.

Liaison, coordinated the effort to implement a database used to consolidate the various libraries in FinCEN; communicated effectively with FinCEN's staff on the Information Systems Plan, the Information Strategic Plan, Treasury Certification program for Federal Information Processing (FIP), Statement of Work Writers, and the Records Management Program. Wrote justifications for employee awards.

Acquisition Reviews Division
                              90-days
IRMS, GSA
Management Analyst GS-343-12

Detailed to crossed-trained as an ADP/Telecommunications Procurement Analyst. Analyzed Agency Procurement Requests (APRs); discussed issues with the agency officials, prepared the background memoranda and DPA responses to the agency. Tracked and updated the agency procurement data, prepared new Desk Officer's handbooks for 13 agencies and updated the information on the major procurement projects in each of these agencies.

Data Analysis Branch
                              02/1988 - 11/1989
IRMS, GSA
Management Analyst GS-343-12

Produced an annual report on the age of computers in the Federal Government; identified trends, made a comparative analysis between the age of computers in the Federal Government and private industry's Fortune 500 companies. GSA used the reports as a focal point to enlist Congressional support for " a computer on every desk" in the Federal Government. Wrote report: "The Comparative Age of ADP Equipment: Federal Government and Private Sector," sent to all Federal agencies.

Participated in a Government?wide survey to determine the impact of information technology on the office environment; interviewed Federal participants with significant experiences in the installation and use of automated workstations and telecommunications. Wrote a summary of the issues, the final report "Microcomputer Survey Report, September 1988."

Responsibility for promoting greater use of the IRM Forecasters' Technical Information Services i.e., Computer Intelligence, Datapro, International Data Corporation, Gartner Group, Yankee Group, Faulkner, Taurus, and FEDMARK. Planned, organized, and conducted quarterly seminars on the latest IRM technologies. Provided information on services available and technical assistance to the IRMS' staff in use of the forecaster services and databases. Planned, managed and presented quarterly GSA-wide IRM seminars featuring speakers from the IRM Forecasters; Technical Information Services (Gartner, Yankee Group, etc.).
·Seminars expanded to governmentwide forums held at The George Washington University.

Office of Office Innovative (Information) Systems
                02/1982 - 02/1988
Management Analyst GS-343-12

Performed special studies, evaluated agency records management policies, IRM regulations, directives systems, interviewed officials, wrote findings and made recommendations; planned and organized IRM forums; and developed computers security guidelines. Research, interviewed graphic vendors, wrote a Computer Graphics' reports stating findings. Researched, interviewed government officials, and wrote articles for the GSA Information Resources Management Newsletter.

Contracting Officer Technical Representative (COTR) Liaison between the contractor, GSA management, and GSA's Crystal City Training Center. Procured a contract for an ADP/Telecommunications course; ensured course material was presented according to specifications, performed post-procurement, audited the first class presented at GSA Training Center, interviewed participants, and made recommendations for improvements.

Committee Management Secretariat (CMS)
11/1977 - 02/1982
Office of the Federal Register, National Archives & Records Service
Management Analyst/CMS Specialist

Conferred on a daily basis with agency Committee Management Officials (CMOs), OMB examiners, Congressional staff, and the general public on matters pertaining to Federal and Presidential advisory committees. Maintained oversight of committees by a review of information in the Federal Register, daily newspapers, and close contact with the OMB examiners and agency officials. If non-compliance was found, follow-up was conducted with the agency official. Met with OMB examiners and CMOs to resolve issues. Discussed policy changes at the Annual CMS meeting. Wrote statistical reports, answered letters from Congress and the public. Wrote a word processing study to justify computer equipment for the CMS, approved by management.
* Acting Director, CMS during a six-month period; performed the functions and responsibilities of the CMS Director; speaker at a governmentwide public Federal Bar Association Symposium on: "Openness in Government ? A Continuing Era" Discussed the FACA, answered questions; wrote an article on the FACA published in the Federal Bar Journal (Fall 1979).

Education:
· University of Maryland, University College Graduate School of Management and Technology, Master's of Science in Computer Systems Management, Specialty Track: Information Resources Management, 1998 [MS in Computer Systems]
· 1000 by the Year 2000 IRM Certificate Program, October 1995
· The George Washington University, Bachelor of Business Administration (BBA), Majors: Economics & Personnel Management, 1976 [BBA]

Training:
· Dynamics of Public Policy Seminar, Office of Personnel Management (OPM), May 2004,
· Developing & Communicating Leadership Competencies, OPM, March 2004
· National Uniform Standards of Professional Appraisal Practice (USPAP), Appraisal Institute, October 2004
· Appraisal Procedures (Real Estate), Appraisal Institute, September 2003
· 7-Steps to Performance Based Service Contracting, May 2003
· Appraisal Principles (Real Estate), Appraisal Institute, September 2002
· Information Resources Management Conference (IRMCO), September 2000
· Information Resources Management Conference (IRMCO), September 1999
· Federal Human Resource Management Seminar, OPM, May 1996

- Over 1200 hours of management and IRM disciplines; i.e., procurement, ADP, contracting, telecommunications, auditing, decisionmaking, partnership and software packages.

Organization Affiliations:
- Member, Appraisal Institute, Washington DC Metropolitan Area Chapter
- Member, Society of Federal Labor & Employee Relations Professionals (SFLER), DC Chapter
- Lifetime member, Blacks in Government (BIG)
- Lifetime member, Federally Employed Women (FEW)

Extracurricular Activities:

Americorps, DC Link and Learn: As a volunteer, I worked to reduce the digital divide by teaching adults and students MicrosoftWord, Internet, basic computer skills and FrontPage at the DC community centers and schools. Participated in nationwide AmeriCorps, Project First, community day activities to tech computer skills to adults and students in Atlanta, GA, Oakland, CA, and Washington, DC.

Executive Board Member of the Parents, Teachers, and Students Association (PTSA): For seven years, I made presentations at school meetings, presented educational seminars before parents, teachers, and students, and presented oral testimony before the Montgomery County School Board on budgetary issues, which were broadcast over cable TV. Grants were provided on budgetary items.

GSA Toastmasters ™ Club: Directed the GSA Toastmaster Club as the President, Deputy Area Governor, Educational Vice President and Secretary and was a member for many years. I entered and won various speaking contests, conducted educational seminars, and participated as an exchange speaker at other TM clubs. I was a frequent speaker at the annual Christmas Pageant on the Mall.

Montgomery County Co-op Service, Financial Counseling: Volunteer for Financial Counseling for over ten years; met with clients to discuss how to resolve financial issues, wrote letters and made phone calls.

Labor Relations: As an elected labor official I meet with various personnel, from senior management officials to support staff personnel, to discuss and negotiate on labor and management issues. Tasks required the use of appropriate protocol, ethics, and etiquette during one-on-one meeting and when making presentations before large groups of managers and employees during governmentwide labor/management conferences.



Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.