# EEO COUNSELOR'S REPORT

## 29 C.F.R. Section 1614.105(c)

**A)** **AGGRIEVED PERSON**

| | |
|---|---|
| Name: | Iona Calhoun |
| Job Title/Series/Grade: | Computer Specialist, GS-334-13 |
| Place of Employment: | Office of Government-Wide Policy<br>Office of Emerging IT Policy<br>General Services Administration<br>1800 F Street, NW<br>Washington, DC 20405 |
| Home Address: | [redacted] |
| Work Phone: | (202) 501-0821 |
| Home Phone: | [redacted] |
| Representative: | Constance Pate<br>[redacted] |

**B)** **CHRONOLOGY AND COUNSELING**

| | |
|---|---|
| Date of Initial Contact: | January 26, 2001. |
| Date of Initial Interview: | April 3, 2001. |
| Date(s) of Alleged Discriminatory Event(s): | December 22, 2000. |
| 30 Calendar Days from First Counseling Interview: | May 3, 2001. |
| 45th Day After Event(s): | February 5, 2001. |
| Date of Final Interview: | May 15, 2001. |
| Date of Notice of Right to File a Formal Discrimination Complaint: | May 15, 2001. |

GOVERNMENT EXHIBIT 39

|   |   |
|---|---|
| Date Counseling Report Requested: | June 7, 2001 |
| Date Counseling Report Submitted: | June 7, 2001 |

C) BASIS(ES) FOR ALLEGED DISCRIMINATION

1) {X} Race (Black)
2) { } Color (Specify)
3) { } National Origin (Specify)
4) { } Sex (Specify)
5) {X} Age (DOB:11/17/44)
6) { } Mental Handicap (Specify)
7) { } Physical Handicap (Specify)
8) { } Religion (Specify)
9) {X} Reprisal (Prior EEO complaints)

D) ALLEGATION(S) OF DISCRIMINATION

Matter(s)/Action(s) Complained of:

The counselee alleges that she was subjected to discrimination on the bases of her race (Black), age (DOB: ▮▮▮▮) and retaliation for having filed prior EEO complaints when she was not selected for the position of GS-334-14 Computer Specialist advertised by Announcement Number 010004103. The counselee further alleges she has been subjected to disparate treatment and systemic discrimination.

E) REMEDY REQUESTED

The counselee seeks the following relief:

1) Reimbursement for information technology courses (approximately $3500).

2) $300,000 in compensatory damages multiplied by the number of times she has been discriminated against.

3) Appropriate attorney fees.

4) Be retroactively promoted to the top step of GS-14 for the number of years she has been doing GS-14 work, plus interest.

F) EO COUNSELOR'S CHECKLIST - THE COUNSELOR ADVISED THE AGGRIEVED PERSON IN WRITING OF THE RIGHTS AND RESPONSIBILITIES CONTAINED IN THE EEO COUNSELOR CHECKLIST (COPY ATTACHED)

2

G)     SUMMARY OF COUNSELOR'S INQUIRY

    1)     Personal Contacts:

| Date | Description |
|---|---|
| 4/03/01 | The EO Counselor conducted the initial interview with the counselee. |
| 4/26/01 | The EO Counselor interviewed Wanda Peterson-Parker, Program Manager, Strategic IT Issues Division, GS-14, Black (Female), (DOB: ) |
| 4/26/01 | The EO Counselor interviewed Paul Whitson, IT Strategic Issues Division Director, GM-15, White (Male) (DOB: ) |
| 5/02/01 | The EO Counselor interviewed Thomas Horan, Assistant Deputy Associate Administrator, Ofc. of Information Technology, White (Male) (DOB: |
| 5/15/01 | The EO Counselor conducted the final interview with the counselee. |

**Content of Interviews:**

4/03/01   The EO Counselor conducted the initial interview with the counselee. The counselee alleged her non selection for the position of Computer specialist, GS-334-14 advertised by Announcement No. 010004103 was the latest act of discrimination against her in her career at the General Services Administration. She expressed her frustration at what she perceives as long term systemic discrimination as younger people were being singled out for promotion, while she fell behind in salary earnings. The counselee stated she felt she was very qualified for the advertised position, but was not surprised that the selectee was given the promotion. She stated the job was a surprise, having been advertised as "open" for only a few days during the Christmas holidays. She stated she believes the job was specifically written for the selectee whom she believes has been on the "fast track" appearing to have been promoted everytime she became eligible. The counselee stated she has been doing grade 14 level work since the '70s and were it not for systemic discrimination and the fact she had filed a prior complaint, along with her union activities, her age and race, she would have been promoted.

4/26/01   The EO Counselor reviewed the Merit Promotion File for VA 010004103. The counselee applied for the position and was referred as one of three qualified persons to the selecting official.

4/26/01   The EO Counselor interviewed Wanda Peterson-Parker, the selecting official of record. Ms. Peterson-Parker stated she functions as Mr. Whitson's "virtual deputy" and made the selection at his request as he was going on leave. She further stated she had not been involved in the decision making to create this new position and it was a surprise to her as well. She said she believed the selectee possessed the special technical expertise required of this

3

position, as in effect, she was already performing those type of functions. Ms. Peterson-Parker did not feel the counselee's age, race, sex, or prior EEO complaint activity had any bearing on the selection.

4/26/01    The EO Counselor interviewed Paul Whitson. Mr. Whitson stated he actually made the selection for the position and gave that direction to Ms. Peterson-Parker prior to his going on leave. He stated this position required a set of technical skills relating to the GSA internet page and the position became the technical advisor for the entire MK organization. He stated the selectee was a recognized expert and had previously had lead responsibility prior to being given this position which provided for greater independence of operation.

Mr. Whitson confirmed he had not discussed the creation of the position with his "virtual deputy" Ms. Peterson-Parker, stating he had discussed it with higher levels in the organization for their approval.

Mr. Whitson said the counselee's age, race, sex or prior EEO complaint did not impact in any way; that the selectee was clearly the most qualified person for the position.

5/02/01    The EO Counselor interviewed Thomas Horan. Mr. Horan stated he concurred in the selection made by Paul Whitson and Wanda Peterson Parker. He stated the selectee was clearly the best qualified person and that the counselee's race, age, sex, or prior EEO complaint activity had no bearing on her non-selection. Mr. Horan stated he could not recommend accommodating the counselee with backpay and promotion, since he did not feel she was discriminated against in any manner.

    2)    **Documents Reviewed:**

- **Merit Promotion Referral dated December 22, 2000 for VA 010004103.**

- **GSA ltr dated December 29, 2000 to Iona D. Calhoun.**

- **VA 010004103 GS-0334-14 Computer Specialist.**

- **Iona Calhoun ltr of 1/26/01 to Madeline Caliendo.**

H)    **SUMMARY OF INFORMAL RESOLUTION ATTEMPT**

Resolution attempts were unsuccessful.

I)    **SUMMARY OF FINAL INTERVIEW WITH AGGRIEVED PERSON**

During the final interview I summarized the allegations raised by the counselee and summarized the content of my discussions with management. I also advised the counselee that management was not going to grant her the relief that she requested. The counselee indicated she would be filing a formal complaint.

4

J)     **SUMMARY OF INFORMATION GIVEN TO AGGRIEVED PERSON/AGENCY BY COUNSELOR**

1. **AGGRIEVED:**

    a. Explained her EEO Rights and Responsibilities during the Pre-Complaint Counseling Process;
    b. Explained my role as an EEO Counselor;
    c. Explained management's responses to the allegations;
    d. Explained the formal complaint process.

2. **AGENCY:**

    a. Explained Pre-Complaint Counseling Process;
    b. Explained my role as an EEO Counselor;
    c. Explained allegations made and right to provide response;
    d. Explained aggrieved's requested resolution;
    e. Explained the formal complaint process.

_[signature]_

June Fleck
EO Counselor
Lee Kramer Associates

06/07/2001
Date

1776 K Street, NW Suite 800
Washington, DC 20006
(202) 667-3137

Office Address