EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, D.C. 20507

- - - - - - - - - - - - - - - - - x

IONA CALHOUN                              :
                                          :   EEOC CASE NO.
         Complainant                      :   100-2005-00414X
                                          :
     vs                                   :   AGENCY CASE NO.
                                          :   04-COOGPIC-4
STEPHEN A. PERRY, ADMINISTRATOR           :
GENERAL SERVICES ADMINISTRATION           :
                                          :
         Agency                           :
                                          :
- - - - - - - - - - - - - - - - - x

January 11, 2006

PURSUANT TO NOTICE, the following Telephone Deposition of STANLEY LANGFELD, was taken before me, Daniel Wilson, Notary Public, in and for the State of Maryland, at the Law Offices of Snider & Associates, LLC, 104 Church Lane, Suite 201, Baltimore, Maryland 21208, commencing at 11:37 a.m., when were present on behalf of the respective parties:

*ELITE REPORTING COMPANY*
*67 Saint Andrews Road*
*Severna Park, Maryland 21146*
*987-7066    800-734-3337*

GOVERNMENT EXHIBIT 41

Page 8

1  A. Currently, it's a man named Stanley
2  Kaczmarczyk — K-a-c-z-m-a-r-c-z-y-k.
3  Q. Okay. And he's what? What's his title?
4  A. Deputy Associate Administrator, Office of
5  Real Property Management, Office of Governmentwide
6  Policy, General Services Administration.
7  Q. Have you ever filed any EEO complaints in
8  your life?
9  A. Have I? No.
10 Q. Okay. Have you ever had EEO training?
11 A. None.
12 Q. Okay. Was there ever a time when Ms.
13 Calhoun ever came to you complaining about
14 nonselection?
15     MR. PHAUP: Jeff?
16     MR. TAYLOR: Yes.
17     MR. PHAUP: We didn't hear anything other
18 than -- what we heard was "Was there ever a time
19 Ms. Calhoun came to you complaining about"; we
20 heard nothing after that.
21     BY MR. TAYLOR:

Page 9

1  Q. "Nonselection" was the remaining portion
2  -- "complaining about nonselection."
3  A. Only in -- she sent me an e-mail once
4  that I can recall about nonselection.
5  Q. That was the only time?
6  A. You broke up. Repeat the question.
7  Q. Was that the only time?
8  A. The e-mail -- she sent an e-mail about
9  not getting selected for a job.
10     MR. PHAUP: The question was, was that
11 the only time.
12     THE WITNESS: I think she may have just
13 been unhappy about it, but as far as formally
14 coming to me, I would remember once in writing
15 where she sent me an e-mail that I can recall.
16     BY MR. TAYLOR:
17 Q. So you're saying there's just one e-mail.
18 What year was that?
19 A. That was in 2003.
20 Q. Do you remember the month?
21 A. Didn't hear that question.

Page 10

1  Q. Do you remember the month?
2  A. Let me try to think. No. I'm trying to
3  think. I don't remember the month.
4  Q. All right. Was it spring, fall, winter?
5  A. I just know it was in 2003. I can't tell
6  you the exact month.
7  Q. Was it in the spring, fall, summer?
8  A. I don't know. I don't remember.
9  Q. Okay. Who is Rob Burmeister?
10 A. Rob Burmeister is an employee in the
11 Public Building Service.
12 Q. Does he work under your supervision?
13 A. No.
14 Q. Okay. Did you ever come -- was there
15 ever a point in time where you had anything to do
16 with his selection?
17 A. Yes. I selected him for a position.
18 Q. Okay. Did anyone instruct you to do so?
19 A. No.
20 Q. Okay. You selected him on what basis?
21 A. On the basis of his qualifications.

Page 11

1  Q. Okay. What were the basic -- what was
2  his -- what did you basically -- who was in
3  competition for the same position?
4  A. There were a whole bunch of people that
5  applied for the job.
6  Q. Was Ms. Calhoun one of them?
7  A. Yes.
8  Q. Okay. Did you make a comparison of
9  everyone's qualifications?
10 A. Yes.
11 Q. And in comparing qualifications, what did
12 you consider to be the best qualified candidate?
13 A. Rob Burmeister.
14 Q. Not who, but what factors led into him
15 being best qualified?
16 A. He had 16 years of varied real estate
17 experience.
18 Q. Okay. When did the position become
19 available generally -- publicly?
20 A. When it was advertised.
21 Q. Do you remember when?

Page 12

1  A. It was advertised in 2004.
2  Q. Okay. And do you remember the month?
3  A. February.
4  Q. All right. Do you remember how many
5  candidates applied?
6  A. No.
7  Q. All right.
8  A. A number; that's all I can tell you. A
9  number of candidates; more than three for sure.
10 Q. Well, let me ask you something, and I'm
11 just trying to -- are you saying that Ms. Calhoun,
12 in 2003, complained about not being selected?
13 A. I'm not sure now, because this job was
14 advertised in 2004.
15 Q. Okay. So maybe the e-mail is in '04?
16 A. It could be, yes.
17 Q. Was there any criteria, like documents,
18 personnel manuals, et cetera, that you used in
19 considering qualified candidates?
20 A. No.
21 Q. This is based --

Page 13

1  A. I used criteria based on people's varied
2  in-depth real property experience. It's based on
3  in-depth real property experience.
4  Q. What does that mean?
5  A. That means you've done real estate work
6  in other offices in the GSA or in other federal
7  agencies.
8  Q. What was the title of the job being
9  advertised?
10 A. Program Expert.
11 Q. For what division?
12 A. Real Property -- at that time, it was
13 called the Real Property Policy Division.
14 Q. Okay. What was the -- is that a job
15 description in the record; is that what we're
16 talking about in tab -- I think it's 12?
17 A. Tab 12? Let me look at it.
18 Q. Maybe not 12. I know it's in the back.
19 A. Tab 12 has a marker for SF-50's and SF-
20 52's.
21 Q. No. I'm looking at tab eight.

1  A. I'm looking at the position description
2  now.
3  Q. Right.
4  A. It's a generic position description for a
5  Program Expert GS-30114.
6  Q. Is that similar?
7  A. Yes.
8  Q. Okay. Can you tell me where in the job
9  description it requires you to have a level of
10 expertise in real estate or a real estate
11 background?
12 A. This is a generic position description,
13 sir. This is a generic position description for
14 Central Office.
15 Q. Do you have a different one?
16 A. But to work in this division, you have to
17 have technical real property experience; just to
18 be an analyst doesn't cover it.
19 Q. I understand, but we're just going back
20 over some of the things we said or we got through.
21 You said a Program Expert was the job advertised,

1  and I pointed out in the record where there's a
2  Program Expert described. And you stated that
3  they had to have some high qualifications in real
4  estate experience, and I'm just asking where in
5  the job description does it require that.
6  A. I also used the --
7  Q. I'm just asking that question first.
8  Where in the job description does it say that it's
9  necessary?
10 A. It says "designated program areas" right
11 on page two of the job description. "Provides
12 leadership, expert assistance of authoritative
13 advice on interpretation of governing policy in
14 the designated program areas." This was in real
15 estate. And when you look at the announcement, it
16 talks about real estate.
17 Q. Okay. Can you show me where the
18 announcement is?
19     MR. PHAUP: You mean in this book?
20     MR. TAYLOR: In the -- well, I'm looking
21 at tab seven now -- 7-F it looks like or 7-E.