UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1441 (HHK/JMF) |
| DAVID L. BIBB, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, | ) |
| Defendant. | ) |

### [Proposed] ORDER

Upon consideration of Defendants' Motion to Dismiss or for Summary Judgment, the opposition and reply, thereto, and after a review of the entire record in this case, it is this

_____ day of _____, 2008

ORDERED, that Defendants' Motion be, and hereby is, granted, and it is

FURTHER ORDERED, that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE