## MERIT PROMOTION REFERRAL

DATE: December 22, 2000

VACANCY ANNOUNCEMENT NUMBER: 010004103

TO (Name): Joan C. Steyaert/Dep Assoc Adm
Address (include office mailing symbol): Office of Governmentwide Policy

FROM (Name): Patricia Lewis, Personnel Staffing Specialist
Address (include office mailing symbol): CPSS/Room 1100
501-1435

POSITION TITLE OF VACANCY: Computer Specialist
GRADE: GS-334-14
OFFICE: (MKB)
LOCATION: Washington, DC

In accordance with the GSA Merit Promotion Plan, the candidates referred below have been determined best qualified of those who applied for the above position. Information related to their qualifications is attached. You should consider GSA's affirmative action goals when filling this vacancy. If you make no selection, indicate under Remarks what further action you desire.

| CANDIDATE | SELECTED | CANDIDATE | SELECTED |
|---|---|---|---|
| Boddie, Leticia | | | |
| Bradfield, Yong | ✓ | | |
| Calhoun, Iona | | | |

REMARKS:

SELECTING OFFICIAL (Signature): [signed]
DATE: 26 Dec 2000
IF REQUIRED - REVIEWING OFFICIAL (Signature):
DATE:

GENERAL SERVICES ADMINISTRATION
GSA FORM 1029 (REV. 10-84)

GOVERNMENT EXHIBIT 6