**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
   **Certificate ID:** 040019503MP-MP00

**Name:** IONA D CALHOUN

RESUME: March 09, 2003

Iona D. Calhoun

Vacancy Information:
Announcement Number:

Vacancy Description:

Program Expert

Series/Grade:  GS-

0301Y-14

USA Citizen

Salary  GS-

14/10

Highest Grade: GS-0301Y-14/10

WORK HISTORY

Office of Real Property
08/2001 - Present
Real Property Policy Division (MPR)
Office of Government-wide Policy
General Services Administration
1800 F Street, NW
Washington, DC  20405-0001

Management and Program Analyst, GS-343-13

I performed the full range of reviewing and analyzing real property policy in proposed bills, laws, regulations, and Presidential orders. The real property topics analyzed covered the design, construction, building, space management, leasing, procurement, safety, and environmental were conducted to update the General Reference Guide for Real Property Policy.

Independently analyzed major Department of Defense's Installation and Facilities real property reports for government-wide use by other agencies. The DOD reports assessed installations and facilities using different methodologies to rank the real property in critical areas such as acquisition, construction, renovation, readiness, and other areas. Wrote a feasibility study containing recommendations, discussed the pros and cons, how the information can be used by other agencies, and made a decision on whether each report was conducive government-wide use.

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.





**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
**Certificate ID:** 040019503MP-MP00

**Name:** IONA D CALHOUN

Lead Analyst in the preparation of two financial StopLight (formerly RAG) reports sent monthly to the Chief Information Officer (CIO). Data provides current information on the financial status and work progression of two nationwide, real property, SW, computer systems administered by the Office of Real Property. The CIO uses the financial reports to ensure that expenditures are carefully monitored and to monitor the management of these systems for alignment with GSA's strategic government-wide goals, objectives, and mission.

As the Liaison for the Small Business Administration (SBA) Office of Real Property Liaison Program, encourage ongoing dialogue and collaboration with the Assistant Administrator and the Executive Director. Work with the agency officials to ensure real property issues are directed to the appropriate GSA personnel, perform periodical follow-ups with SBA officials, and provide information regarding updates or changes to real property policy.

Analyzed Internal Performance Review (IPR) plans for consistency and accuracy in meeting established program goals and objectives. Reviewed program areas for the Public/Private Partnership, e-Real Estate, FIRM, Worldwide Inventory (WWI), and Cooperative Administrative Support Unit (CASU) Program. Performed follow-ups with analyst to resolve discrepancies.

Attended Foundation Information for Real Property Management (FIRM), Wide World Inventory (WWI), and Federal Real Property Council meetings held with the agency representatives. Discussed pertinent issues, assist in identifying problems. Collaborated with agency representatives and vendor(s) to resolve issues.

Wrote articles for MP Hot Items newsletter. Prepared synopsis on seminars attended, circulated notes among associates.
(Supervisor: Stanley C. Langfeld, Phone (202) 501-1737)

Office of Information Technology
04/1994 - 08/2003
Emerging IT Policy Division (MKE)
Office of Government-wide Policy
General Services Administration
1800 F Street, NW
Washington, DC  20405-0001

Computer Specialist, GS-0334-13



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert

**Certificate ID:** 040019503MP-MP00

**Name:** IONA D CALHOUN

Analyzed and wrote topic papers on various IT subjects posted on GSA's IT policy web site. Made oral IT presentations before agencies' Webmasters Groups. Wrote and presented a speech on IT Challenges at GSA's National Travel Conference 2000.

Using the Government Paperwork Elimination Act (GPEA), Clinger-Cohen, and the Government Paperwork Reduction Act (GPRA), I researched, analyzed, wrote, and presented IT issues in response to IT policies, the sharing of best practices principles, and as guidance to presented to Federal agencies via the itpolicy.gov web page. Provided written recommendations to GSA officials on policy issues. Produced web based projects; eAgency, eTraining, eManagement, eTraining, and eEntreprenuer to convert issues from paper to electronics using IT and the Internet to product, receive, coordinate, interact, and provide services. Wrote a wide array of IT papers posted via the Internet, i.e.,
   Knowledge Management,
   Ideas for Government-wide Portals,
   Information Content Issues and Laws Dealing with the Web,
   Intellectual Property Patent,
   Copyright & Trademark,
   Equal Employment Opportunity,
   Four Leadership Principles for Organizations,
   Outsourcing

(Supervisor: Rich Kellett, Phone (202) 501-1650)

Management Reviews Division
11/1989 - 04/1998
Information Resources Management Service (IRMS)
General Services Administration
1800 F Street, NW
Washington, DC  20405-0001

IRM Review Specialist, GS 301-13

As a team member, I conducted Information Resources and Management Reviews (IRM/PR) of Federal agencies granted a Delegation of Procurement Authority by GSA. Participated in the IRM reviews of thirteen major Federal departments and agencies; i.e., Commerce, Office of the Secretary of Defense, Army, National Aeronautics and Space Administration, Justice, Housing and Urban Development,

 **General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert

**Certificate ID:** 040019503MP-MP00

---

**Name:** IONA D CALHOUN

---

Education, and Veterans Affairs. Conducted meetings with senior and high level officials, staff, and users of IT technology. Verified and evaluated how pre-acquisition studies were performed using to laws, executive orders, and agency guidance as a basis. Analyzed agencies' high technology information management acquisitions. Independently analyzed more than thirty-five ADP/telecommunications procurement acquisitions with a Delegation of Procurement Authority (DPA) ranging from several million dollars to half a billion dollars.

Analyzed for agency compliance with laws and regulations as stated in the Federal Information Resources Management Regulations (FIRMR), the Federal Acquisition Regulations (FAR), pertinent Office of Management and Budget (OMB) Circulars, the Brooks Act, and the Paperwork Reductions Reauthorization Act.

Made recommendations to correct existing deficiencies, improve the overall efficiency and effectiveness of an agency's function, address a weaknesses such as the lack of adequate oversight in program areas or the acquisition management of major systems.
Supervisors: Larry Jackson (Retired)
             Tom Horan   (202) 208-6197
             Susan Robson Tobin (Retired)

Financial Crimes Enforcement Network (FinCEN)      04/1993 - 04/1994
Department of the Treasury
Vienna, VA
IRM Specialist, GS-301-13

Detailed to a GS-14 position for one year. Provided a variety of IRM functional support to project managers. Worked on Delegations of Procurement Authority (DPAs) and Requirements Analysis packages. Provided comments on statements of work. Interviewed FinCEN's managers and users to assess needs. Identified analytical tools required to provide services required by the users. Conducted an overall agency IRM review. Analyzed the information received on IRM functions from each office. Prepared a self-assessment of the Fin CEN's IRM Review Program and provided recommendations for improvement.

Analyzed and provided recommendations on OMB draft Circular A-130.
Wrote justifications for employee awards.

As the marketing and user liaison, coordinated a study to implement the database among program areas for the various libraries within FinCEN. Communicated

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

 **General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
**Certificate ID:** 040019503MP-MP00

**Name:** IONA D CALHOUN

effectively (orally and written), with management, colleagues, and peers on the Fin CEN's Information Systems Plan, the Information Strategic Plan, Treasury Certification program for Federal Information Processing (FIP), statement of Work Writers, and the FinCEN Records Management Program.

Acquisition Reviews Division
90-days
Information Resources Management Service
General Services Administration

Management Analyst GS-343-12

Detailed to crossed-trained as an ADP/Telecommunications Procurement Analyst. Analyzed Agency Procurement Requests (APRs), discussed relevant issues with the appropriate agency officials, prepared the background memoranda, and Delegation of Procurement Authorities responses to the agency.

Data Analysis Branch
02/1988 - 11/1989
Information Resources Management Service
General Services Administration
Management Analyst GS-343-12

Produced annual reports on the age of computers in the Federal Government. Identified trends, conducted a comparative analysis between the age of computers in the Federal Government and private industry's Fortune 500 companies. Annual reports used by GSA as a focal point to enlist Congressional support for " a computer on every desk" which became a reality for the Federal Government. Wrote report: The Comparative Age of ADP Equipment: Federal Government and Private Sector" sent nationwide to all Federal agencies and to Congress. Updated data in the computer database system used to track the age of the Federal government's computer systems.

Participated in a Governmentwide survey to determine the impact of information technology on the office environment. Interviewed participants who had significant experiences in the installation and use of automated workstations and associated telecommunications. Wrote a summary of the problems participants encountered. The final report, Microcomputer Survey Report, September 1988.

Responsibility for promoting greater use of the IRM Forecasters' Technical



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert

**Certificate ID:** 040019503MP-MP00

---

**Name:** IONA D CALHOUN

---

Information Services. I consistently reviewed or used technical information from Computer Intelligence, Datapro, International Data Corporation, Gartner Group, Yankee Group, Faulkner, Taurus, and FEDMARK. Provided information to GSA employees. Updated the library of forecasters services. Provided technical assistance to the IRMS' staff in use of the forecaster services and databases.

Presented quarterly GSA-wide IRM seminars featuring speakers from the IRM Forecasters; Technical Information Services (Gartner, Yankee Group, etc.). Conducted all facets required to plan, organize, and present seminars. Introduced speakers, GSA officials, and topics. Forums were expanded and opened to all Federal agencies. Responsibilities increased to the management of quarterly, IRM, government wide forums held at The George Washington University.

Office of Office Innovative (Information) Systems              02/1982 - 02/1988
Management Analyst GS-343-12

Performed special studies, evaluated agency records management policies, IRM regulations, directives systems, interviewed officials, wrote findings and made recommendations; planned and organized IRM forums; and developed computers security guidelines. Researched, interviewed government officials, and wrote articles for the GSA Information Resources Management Newsletter. Micrographics liaison for the Federal Government, wrote replies in response to requests for information from the public, industry, or Congress. Contracting Officer Technical Representative (COTR), liaison between the contractor, GSA management, and GSA's Crystal City Training Center. Procured a contract for an ADP/Telecommunications course; met to discuss and ensure that all course material was presented according to specifications. Performed post-procurement, audited the first class presented at GSA Training Center, interviewed participants, and made recommendations for improvements in the course materials.

Committee Management Secretariat (CMS)                         11/1977 - 02/1982
Office of the Federal Register
National Archives & Records Service
Management Analyst/CMS Specialist

I conferred on a daily basis with agency Committee Management Officials (CMOs), OMB examiners, Congressional staff, and the general public on matters pertaining to the "care and feeding" of Federal and Presidential advisory committees.

---



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert

**Certificate ID:** 040019503MP-MP00

---

**Name:** IONA D CALHOUN

Performed all functions and responsibilities in CMS including Acting Director for a six-month period (alternated with another analyst). Responsible for the establishment and revising of the CMS database used to track data on advisory committtes.

Education:
University of Maryland, University College Graduate School of Management and Technology, Master of Science in Computer Systems Management, Specialty Track: Information Resources Management, 1998
1000 by the Year 2000 Information Resources Management (IRM) Certificate Program, October 1995
The George Washington University, Bachelor of Business Administration (BBA), Majors: Economics and Personnel Management, 1976

Training:
Performance Based Service Contracting, May 2003
Appraisal Institute: Appraisal Procedures (Real Estate), September 2002
Information Resources Management Conference (IRMCO), September 2000
Information Resources Management Conference (IRMCO), September 1999
OPM Management Development Center, Federal Human Resource Management Seminar, May 1996

Extracurricular Activities:
   Americorps: DC Link and Learn:  As a volunteer, I worked to reduce the digital divide by teaching adults and students MicrosoftWord, Internet, basic computer skills and FrontPage at the DC community centers and schools. Participated in nationwide AmeriCorps, Project First, community day activities to tech computer skills to adults and students in Atlanta, GA, Oakland, CA, and Washington, DC.
   Executive Board Member of the Parents, Teachers, and Students Association (PTSA): For seven years, I made presentations at school meetings, presented educational seminars before parents, teachers, and students, and presented oral testimony before the Montgomery County School Board on budgetary issues, which were broadcast over cable TV.
   GSA Toastmasters ™ Club:  Participated for many years as a member and directed the GSA Toastmaster Club as the President, Deputy Area Governor, Educational Vice President and Secretary.  I entered and won various speaking contests, conducted educational seminars, and participated as an exchange speaker at other TM clubs. I was a frequent speaker at the annual Christmas Pageant on the Mall.
   Montgomery County Co-op Service, Financial Counseling:  Volunteer for Financial Counseling for over ten years, met with clients to discuss how to resolve

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
**Certificate ID:** 040019503MP-MP00

**Name:** IONA D CALHOUN

financial issues.

Labor Relations: I meet with various personnel -- from senior management officials to support staff personnel and employees regarding labor/management issues and negotiations. These tasks required following appropriate protocol, ethics, and etiquette while meeting with people on a one-on-one basis as well as when making presentations before large groups of people at labor/management governmentwide conferences. Issues discussed are sometimes critical and good negotiation skills are required to come to a comprised agreement.