# AFFIDAVIT

Washington, D.C.

I, David Leon Bibb, Deputy Associate Administrator, Office of Real Property, Governmentwide Policy, Senior Executive Service (SES), sex (male), race (Caucasian), age (55), no prior EEO activity, being duly affirmed under oath, make the following statement freely and voluntarily to Brenda J. Smith who has identified herself to me as a Contract EEO Investigator for Draughn & Associates.

I am employed with the General Services Administration (GSA), 1800 F Street, N.W., Washington, D.C., 20495. I have been employed with GSA since August 1971 and in my current position since January 1997. My first level supervisor is G. Martin Wagner, Associate Administrator for Governmentwide Policy and my second level supervisor is Stephen Perry, Administrator. I am Mr. Stanley Langfeld's (Ms. Calhoun's supervisor) supervisor and Ms. Calhoun's second level supervisor.

The Office of Real Property is responsible for government-wide policy relative to real property. Thirty agencies own real property in the government. By real property, I am referring to the building and site. GSA owns about 10% of federal space. There are three (3) divisions under my supervision.

000201

Each division has an operating budget covering their total needs. A portion of that budget is designated for training. Division heads are given the flexibility to determine how much funds are need for training and how the funds are to be distributed among their employees. In the past training has not been a problem.

Several years ago, managers got together to lay down some ground rules on training—how much is enough? It was decided that employees would be allowed to take two (2) events per year. The employee could either attend two training courses or a training course

Page 1 of 2 Pages                                    Initials: DMB

EXHIBIT  16

PAGE  1  OF  2  PAGES

GOVERNMENT EXHIBIT 11

and a seminar or conference. Any combination was acceptable as long as it was within the training budget, did not exceed two (2) courses per year, and job related.. This practice is applied to all employees.

I have read the above statement consisting of two (2) pages. It is true and complete to the best of my knowledge and belief. I have made all the necessary corrections and additions, initialing next to each. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

_____          3/4/03
Affiant's signature                Date

Subscribed and sworn to before me this 4th day March, 2003

Jeanette Jerman Artis
Notary Public
District Of Columbia
My Commission Expires: Feb. 14, 2007

Page 2 of 2 Pages

000202

EXHIBIT  16
PAGE  2  OF  2  PAGES