**Iona D. Calhoun**
04/16/2002 05:15 PM

To: John D. Thomas/MPR/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
Subject: Re: GSA Update 04/15/02

John,

Thanks for your response.

Iona

John D. Thomas

 **John D. Thomas**
04/16/2002 04:31 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA, David L. Bibb/MP/CO/GSA/GOV@GSA
Subject: Re: GSA Update 04/15/02

Iona-

I do not see how the Armed Forces Communications and Electronics Association luncheon on Wednesday, April 24, 2002 (where the Administrator will speak on Expanded Electronic Government and Other IT Initiatives) directly relates to the work of the Office of Real Property. I would recommend that you look for training related to real property.

John T.
Iona D. Calhoun

 **Iona D. Calhoun**
04/16/2002 03:35 PM

To: John D. Thomas/MPR/CO/GSA/GOV@GSA
cc: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
Subject: GSA Update 04/15/02

Hi John,

I am interested in attending the seminar described below. Please advise.

Thanks,

Iona

## Administrator to Address Washington, D.C. Chapter of AFCEA, April 24

Administrator Perry will be speak to the Washington, D.C., chapter of the Armed Forces Communications and Electronics Association Wednesday, April 24. Perry will speak on Expanded Electronic Government and Other IT Initiatives. The luncheon is being provided free of charge for federal employees, and it, therefore, is appropriate for GSA associates to attend. There is no charge for associates. For more information and to register, go to

**http://www.dcafcea.com/24apr02_announce.pdf.**



GOVERNMENT EXHIBIT 14



Iona    SmartCard.05.09.02.dc

---- Forwarded by Stanley C. Langfeld/MPR/CO/GSA/GOV on 05/09/2002 04:11 PM ---



**Stanley C. Langfeld**
05/09/2002 09:51 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Lovie H. Leach/CPL/CO/GSA/GOV@GSA, John D.
Thomas/MPR/CO/GSA/GOV@GSA, Lena E.
Fant/CPSE/CO/GSA/GOV@GSA, David L.
Bibb/MP/CO/GSA/GOV@GSA, Edward P.
Denney/CPL/CO/GSA/GOV@GSA
Subject: Re:Smart Card Meetings

Iona:

I am unable to grant your request to attend the May 16, 2002, Smart Card Meeting as a NFFE representative, since this meeting does not fall within the authorized activities in which the use of official time may be used as listed under Article 6, Section 3, of the National Agreement Between GSA and NFFE. I refer you to the advice and counsel that Lovie Leach provided to me in her E-Mail at 7:27 AM this morning.

In addition, as your team leader, John D. Thomas, informed you, he did not see how the topics discussed in the Smart Card Meeting significantly relate to Real Property Policy Division initiatives; and I think concur with this assessment.

According, I am unable to grant your request to attend the Smart Card Meeting for the above reasons.

Thank you, Stanley Langfeld.



**Lovie H. Leach**
05/09/2002 07:27 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, Edward P.
Denney/CPL/CO/GSA/GOV@GSA, Jacqueline D. Okigbo/CL/CO/GSA/GOV@GSA, John
D. Thomas/MPR/CO/GSA/GOV@GSA, Lena E. Fant/CPSE/CO/GSA/GOV@GSA
Subject: Re:Smart Card Meetings

In accordance with the National Agreement, the Smart Card meeting that Iona requested to attend does not fall within the authorized activities in which official time may be granted. The use of official time and the specific representational activities that official time may be used are outlined in Article 6, Section 3 of the National Agreement.

If you have further questions, please contact me.

Lovie

---- Forwarded by Stanley C. Langfeld/MPR/CO/GSA/GOV on 05/09/2002 09:32 AM -----



**Stanley C. Langfeld**
05/03/2002 03:57 PM

To: Lovie H. Leach/CPL/CO/GSA/GOV@GSA
cc: Lena E. Fant/CPSE/CO/GSA/GOV@GSA, John D.
Thomas/MPR/CO/GSA/GOV@GSA, Iona D.
Calhoun/MP/CO/GSA/GOV@GSA, David L.
Bibb/MP/CO/GSA/GOV@GSA
Subject: Re:Smart Card Meetings

Lovie:

Please advise me how to proceed regarding Iona Calhoun's request.

When she first requested to attend the Smart Card Meetings it was in her role as a Real Property Policy Division employee. Then, when her team leader communicated with her on May 1 that he did not see how the topics discussed in the Smart Card Meeting significantly relate to Real Property Policy Division initiatives, and he requested that she not attend the Smart Card Meeting; she came back later on May 1 to request to attend the Smart Card Meeting "as the duly elected President, Local 1705, GSA Central Office, to keep abreast of IT changes being made to the workplace, and how these issues/changes can impact the bargaining unit employees."

I need your assistance in this matter.

Thank you, Stanley Langfeld.

----- Forwarded by Stanley C. Langfeld/MPR/CO/GSA/GOV on 05/03/2002 03:53 PM -----



**Iona D. Calhoun**
05/03/2002 03:19 PM

To:  Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc:  John D. Thomas/MPR/CO/GSA/GOV@GSA
Subject:  Re:Smart Card Meetings

Hi Stanley,

My request below is directed to you. It is my recent understanding that John is not an official Team Leader with decision-making authority.

Your response is appreciated.

Thanks,

----- Forwarded by Iona D. Calhoun/MP/CO/GSA/GOV on 05/03/2002 03:22 PM -----



**Iona D. Calhoun**
05/01/2002 05:18 PM

To:  John D. Thomas/MPR/CO/GSA/GOV@GSA, Stanley C.
     Langfeld/MPR/CO/GSA/GOV@GSA
cc:  John M. Hanley/NFFE/CO/GSA/GOV@GSA, Constance L.
     Pate/MTT/CO/GSA/GOV@GSA
Subject:  Re: May 16 Agenda

John,

Thanks for the information on Appraisal Principles. I plan to attend the class and will provide you the dates and other information pertaining to this training on Friday.

I have been attending the Smart Card meetings for several years. When I requested to attend the Smart Card meetings -- it is part of my professional development as a GSA employee -- to keep current on IT and e-government issues. I also attend as the duly elected President, Local 1705, GSA Central Office, to keep abreast of IT changes being made to the workplace, and how these issues/changes can impact the bargaining unit employees.

I again request to continue attending the Smart Card meetings.

    Iona

John D. Thomas



| **John D. Thomas** | To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA |
| 05/01/2002 10:29 AM | cc: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA, David L. Bibb/MP/CO/GSA/GOV@GSA |
| | Subject: Re: May 16 Agenda |

Iona:

I have reviewed the agenda for the next Smart Card Meeting and have reviewed the meeting notes that you provided from the March 7, 2002 Smart Card Meeting. I do not see how the topics discussed in the Smart Card Meeting significantly relate to Real Property Policy Division initiatives. Therefore, I would request that you not attend the Smart Card Meeting.

A class that I would recommend that you attend and which can provide you with a good understanding of real estate principles is offered by the Appraisal Institute and is entitled "Appraisal Principles (Course 110)." I have taken a similar class offered by the Appraisal Institute and the class provided me with a good understanding of real estate principles, such as real estate valuation, real estate markets, and general real estate terminology. More information on this class is provided at the following website: http://www.appraisalinstitute.org/education/course_descrb/110descr.asp

John T.

Iona D. Calhoun



| **Iona D. Calhoun** | To: John D. Thomas/MPR/CO/GSA/GOV@GSA |
| 04/30/2002 04:09 PM | cc: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA |
| | Subject: May 16 Agenda |

Hi John,

I am interested in continuing my attendance at the Smart Card meetings to keep abreast of IT and future plans for the use of the smart card.

Iona

----- Forwarded by Iona D. Calhoun/MP/CO/GSA/GOV on 04/30/2002 04:14 PM -----



| **SmartGovWebSite@p olicyworks.gov** | To: iona.calhoun@gsa.gov |
| 04/30/2002 03:59 PM | cc: |
| | Subject: May 16 Agenda |

```
Smart Card Project Managers Group
    May 16, 2002  10:00 am - 12:30 pm
```

**Stanley C. Langfeld**
11/19/2002 11:43 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, John D. Thomas/MPR/CO/GSA/GOV@GSA, Lena E. Fant/CPSE/CO/GSA/GOV@GSA, Edward P. Denney/CPL/CO/GSA/GOV@GSA
Subject: Re: GSA Update 11/18/02

Iona:

I have reviewed the description e-Authentication Policy and Technology Forum sponsored by GSA on November 21, 2002, which includes an overview of key authentication components including Authentication Gateway, Access Certificates for Electronic Services (ACES), the Federal Bridge Certification Authority, and the Common Access Card, and how these components work together to provide assurance and trust in cyber-space. Also, as you stated in the below E-Mail, "FYI, this forum does not contain discussions of real property management information."

Since the topics covered in this meeting do not in any way relate to our program in the Office of Real Property, and we do not plan to get into e-Authentication and Technology issues in Real Property Policy Division, I am unable to grant your request to attend the November 21 e-Authentication Policy and Technology Forum and I am directing you not to attend this Forum.

Further, in the past you have requested to attend Smart Card Meetings, which I have turned down for the same reason, since these meetings have nothing to do with our work in the Real Property Policy Division of the Office of Real Property. I turned down your last request on July 9, 2002, to attend the July 11, 2002, Smart Card Meeting. Now, I am directing you to only request to attend open meetings or forums involving the real property related work of our office, and to never again raise the issue of attending IT related open meetings and conferences. If you continue on the path of continuing to request to attend IT related meetings, you will be engaging in insubordination by deliberately refusing to comply with my authorized instructions as your supervisor, and I shall take the necessary disciplinary action.

To reiterate, you are to immediately cease and desist making such inappropriate requests. It is indeed unfortunate that you continue to create a hostile work environment, and that you still have not learned to be more of a team player and that you continue to approach day-to-day work on a continual confrontational basis.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**
11/18/2002 05:07 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, John D. Thomas/MPR/CO/GSA/GOV@GSA
Subject: GSA Update 11/18/02

Stanley,

I am interested in attending the e-Authentication Policy and Technology Forum, sponsored by GSA, on November 21, 2002. The form is mentioned in the GSA Update below and contains the web site for further information. There is no charge for government employees.

FYI, this forum does not contain discussions of real property management information.

Iona

2. I stated that IT cuts across all areas of the e-government including real property. I did not state that IT had no relation to real property. I said real property is not listed as a topic.   I also stated new IT might be be applicable to real property and that one needed to be exposed to new ideas and equipment in order to determine if IT can be applicability to the real estate arena.

3. Please explain to me exactly what you mean when you state "I am directing you not to attend."


Stanley C. Langfeld




| | |
|---|---|
| **Stanley C. Langfeld**<br>02/25/2003 01:56 PM | To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA<br>cc: David L. Bibb/MP/CO/GSA/GOV@GSA, John D.<br>Thomas/MPR/CO/GSA/GOV@GSA<br>Subject: Re: 2003 Registration Open NOW!!! 📄 |

Iona:

My directing you not to attend the FOSE Expos is standard and applicable to all Real Property Policy Division associates, since the FOSE Expo has nothing to do with our division's mission.  Also, when I asked you about the FOSE Expo about Noon today, you told me that it was a expo of the latest innovations in IT and had no relationship to real property, but that it would give you a broader knowledge of IT.

Accordingly, since attending the FOSE Expo does not relate to the mission of the Real Property Policy Division, there would be no relevant reason for any Real Property Policy Division associate to attend. Again, I am directing you not to attend the FOSE Expo.  Also, I am directing you not to send me further E-Mails on the FOSE Expo, since there is really nothing more to discuss.

Thank you, Stanley Langfeld.

Iona D. Calhoun




| | |
|---|---|
| **Iona D. Calhoun**<br>02/25/2003 01:30 PM | To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA<br>cc: David L. Bibb/MP/CO/GSA/GOV@GSA<br>Subject: Re: 2003 Registration Open NOW!!! 📄 |

Stanley,

Is your request for me not to attend FOSE standard and applicable to all MP associates in the Office of Real Property?

Iona


Stanley C. Langfeld




| | |
|---|---|
| **Stanley C. Langfeld**<br>02/25/2003 12:26 PM | To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA<br>cc: John D. Thomas/MPR/CO/GSA/GOV@GSA, David L.<br>Bibb/MP/CO/GSA/GOV@GSA<br>Subject: Re: 2003 Registration Open NOW!!! 📄 |

Iona:

After careful consideration, I am unable to grant your request to attend the FOSE Expo, which advertises itself as the largest Government IT tradeshow. As you know, the Real Property Policy Division has neither current nor planned IT initiatives that would relate to the FOSE Expo. When I spoke with you a few minutes ago about the benefits of your attending the FOSE Expo and its relationship to real property, you told me that it was a expo of the latest innovations in IT and had no relationship to real property, but that it would give you a broader knowledge of IT.

Accordingly, since attending the FOSE Expo does not relate to the mission of the Real Property Policy Division and since you acknowledged that it has no relationship to real property, I am unable to grant your request and I am directing you not to attend.

Thank you, Stanley Langfeld.

Iona D. Calhoun



| | |
|---|---|
| Iona D. Calhoun | To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA |
| 02/25/2003 11:54 AM | cc: John D. Thomas/MPR/CO/GSA/GOV@GSA |
| | Subject: 2003 Registration Open NOW!!! |

Stanley,

I am requesting to attend the FOSE Expo, which will be held from April 8-10, 2003. I am interested in attending Tuesday, April 8, 2003.

Iona

---- Forwarded by Iona D. Calhoun/MP/CO/GSA/GOV on 02/25/2003 11:46 AM ----

FOSE is the Largest Government IT Tradeshow...
Secure your space before the holiday rush
http://fose.rd10.net/r.asp?ZXU=12063&ZXD=6797358&source=E3ILCA for
FREE*!!!

FOSE Technology Unites Us
April 8-10, 2003
NEW Washington Convention Center • Washington, DC
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
FOSE Expo…so much to experience and learn in only 3 days!

Wouldn't you like to be one of the first to walk the floors of the NEW
Washington Convention Center for FREE*?  Then don't delay register TODAY
for the largest information technology exposition serving the government
marketplace opening the doors of the NEW Washington Convention Center.
Now in its 27th year, FOSE will be hosting over 400 exhibitors
showcasing the newest and most exciting integrated IT products and
services.  Stay in the technology loop, register TODAY to explore and
learn all the information you need to keep you business ahead of the
game!
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Click here to register today:
http://fose.rd10.net/r.asp?ZXU=12063&ZXD=6797358&source=E3ILCA



**Iona D. Calhoun**
03/10/2003 02:25 PM

To: John D. Thomas/MPR/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
Subject: Re: E-Gov's Knowledge Management 2003 Conference - Registration Now Open!

John,

Please provide me the policy that states in order for an employee to take training, it must be directly related to the work of the Real Property Policy Division.

Thanks,

Iona

John D. Thomas



**John D. Thomas**
03/10/2003 01:16 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA, David L. Bibb/MP/CO/GSA/GOV@GSA
Subject: Re: E-Gov's Knowledge Management 2003 Conference - Registration Now Open!

Iona:

The real estate courses (such as Federal Real Property Leasing or Basic Lease Contracting; Cost and Price Analysis of Lease Proposals; Real Estate Law or Federal Real Property Lease Law; and Techniques of Negotiating Federal Real Property Leases) that I recommended you plan on taking are courses that employees take to learn about GSA's real estate functions. I still do not believe that the Knowledge Management conference that you are requesting to attend directly relates to the work of the Real Property Policy Division.

John D. Thomas

Iona D. Calhoun



**Iona D. Calhoun**
03/10/2003 12:12 PM

To: John D. Thomas/MPR/CO/GSA/GOV@GSA
cc: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
Subject: Re: E-Gov's Knowledge Management 2003 Conference - Registration Now Open!

John/Stanley:

Please explain how the real estate courses you have listed below directly related to what we do in this office? To my knowledge, this Office does *not* do lease proposals, it does *not* do lease contracting, it does *not* practice lease law, it does *not* do real estate law. **Generally** speaking, I see the need for these classes as a Real Property policy office.

**However,** as you can see by the description below, in regards to Knowledge Management (KM), employees need to become knowledgeable in how to collaborate with agencies. KM is *directly* related to MP's Agency Liaison Program. As Government employees we all need knowledge in Homeland Security efforts and how its applications apply to the security of Government Real Estate and holdings -- which

—— Forwarded by John D. Thomas/MPR/CO/GSA/GOV on 03/10/2003 10:50 AM ——



**Iona D. Calhoun**
03/07/2003 05:30 PM

To: John D. Thomas/MPR/CO/GSA/GOV@GSA
cc: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
Subject: E-Gov's Knowledge Management 2003 Conference - Registration Now Open!

Hi John,

I am interested in attending the E-Gov's Knowledge Management 2003 Conference to keep abreast of government Knowledge Management and e-Government initiatives.   Additional information is provided below -- click on the blue Knowledge Management .

Thanks,

Iona

—— Forwarded by Iona D. Calhoun/MP/CO/GSA/GOV on 03/07/2003 05:22 PM ——



**E-GovDigest@bdcimail.com**
02/27/2003 04:08 PM
Please respond to
Digest

To: iona.calhoun@gsa.gov
cc:
Subject: E-Gov's Knowledge Management 2003 Conference - Registration Now Open!

[IMAGE]        [IMAGE]

[IMAGE]

**Watch for your mail...**
**...for the Knowledge Management 2003 Conference Brochure**

The 4th annual Knowledge Management 2003 Conference and Exhibition focuses on the emerging and established programs underway across government that serve to integrate the essential components of successful KM initiatives.  Join the

[IMAGE]

**For complete program details and to register visit:**
**Knowledge Management**
**or call 800-746-0099**

**E-Gov 2003**

**Attend the most definitive event for E-Government!**

For the first time, E-Gov 2003 will include a Knowledge Management Pavilion "a show-within-a-show"



**Stanley C. Langfeld**

10/20/2003 02:42 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
Subject: Re: BOMA Conference

Iona:

I am unable to grant your request to attend the BOMA Conference, since MP only sends up to two people to any conference. We already have two designees for the BOMA Conference - one is Ron Whitley who is the MP BOMA rep and the other is David Bibb who normally attends the BOMA Conference. David is still on the MP books.

Also, I did not incorrectly state the two courses that you requested. I have the MPR FY 2004 Operating Budget Submission, which in writing states OPM Developing/Communicating Leadership Competencies, August 9-13, 2004, at the OPM Executive/Management Development Center in Shepherdstown, WV and Real Estate Law (which you can take at one of the local universities participating in the Washington Consortium of Universities) for you. These are the two courses you requested and which I approved. As you well know, each MP associate is entitled to two training opportunities each fiscal year; and in FY 2002 you took Appraisal 110 and attended the FEW Conference; in FY 2003 you took Appraisal 120 and attended the BIG Conference; and in FY 2004 you have the opportunity of taking the OPM Developing/Communicating Leadership Competencies and Real Estate Law.

I do not intend to engage in further E-Mails with you regarding courses, since the two courses that you requested for FY 2004 have been approved. Please do not send me any more E-Mails on this subject.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**

10/20/2003 01:47 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
Subject: BOMA Conference

Stanley,

You have incorrectly stated on my Performance Evaluation the two courses that I requested. Those course as requested are the Building Owners and Managers Association (BOMA) training conference and an OPM leadership course. As stated to you in the email below dated 10/07/03, *"If you are limiting me to two courses, I requested the BOMA real estate training conference and an OPM course for FY 2004."* The two courses are stated in my FY 2004 budget submission as items 1 and 2.

Based on your email statement regarding attendance at real property training conferences *"we have committed to send designated representatives to these organizations,"* I am asking your designation as a representative to attend the BOMA Conference in 2004. I was denied attendance at a real estate conference in FY 2003.

I would appreciate your response on the BOMA training conference by cob today.

Iona

----- Forwarded by Iona D. Calhoun/MP/CO/GSA/GOV on 10/20/2003 01:17 PM -----



**Iona D. Calhoun**

10/07/2003 09:22 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Sheldon Greenberg/MPR/CO/GSA/GOV@GSA

Subject: Re: Appraisal Institute -- Course 410 USPAP (Ethics), October 15-16, 2003

Stanley,

I submitted *three* courses for the FY 2004 since my transfer to the Office of Real Property is a career change. I am trying to obtain real estate proficiency as quickly as possible because I am at a disadvantage having to compete with Realty Specialists. I submitted the BOMA training Conference in the FY 2004 budget for your approval, which is based the information provided by you of approved real estate conferences endorsed by this office. My request to attend a real estate conference was denied by you last year. If you are limiting me to two courses, I request the BOMA real estate training conference and an OPM course for FY 2004.

Iona

Stanley C. Langfeld



**Stanley C. Langfeld**          To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
10/07/2003 08:35 AM          cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Sheldon
                                         Greenberg/MPR/CO/GSA/GOV@GSA
                              Subject: Re: Appraisal Institute -- Course 410 USPAP (Ethics), October 15-16,
                                         2003

Iona:

As part of our preparation of the FY 2004 MPR Operating Budget, you requested two courses including Developing/Communicating Leadership Competencies offered by the OPM Leadership Development Center in Shepherdstown, WV; and a Real Estate Law Course which you can take at one of the local universities participating in the Washington Consortium of Universities. As you know, each MPR associate is welcome to take two training opportunities each fiscal year, and since you requested these two, I have approved them.

Regarding Appraisal Course 410, this course is predominantly designed for people with their own appraisal business, which does not fit your situation. Also, you did not tell me the location of where this course is being offered. In addition, taking one additional appraisal course will not result in certification, since certification takes a whole range of courses, practical experience in conducting appraisals for a specified number of work hours, and passing an examination to become a Member of the Appraisal Institute. This normally takes a number of years, which does not fit your situation after having taken two appraisal courses.

I really do not intend to engage in further E-Mails with you on this subject, especially since I have already approved the two courses that you have requested in the late July/August MPR Operating Budget preparation cycle. I am providing a cc of this E-Mail to Sheldon Greenberg, since he serves as the MPR budget and training officer.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**          To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
10/06/2003 06:07 PM          cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
                              Subject: Appraisal Institute -- Course 410 USPAP (Ethics), October 15-16, 2003