

GSA Office of Civil Rights

March 7, 2003

Mr. Jonathan Draughn
DRAUGHN & ASSOCIATES
815 Thayer Avenue, Suite 1616
Silver Spring, MD   20910

Dear Mr. Draughn:

Per our discussion this morning, I am forwarding to you e-mail messages from Ms. Iona Calhoun alleging discrimination. The issue being raised by Ms. Calhoun appears to be like and related to the claim already being investigated by Ms. Brenda Smith (Denial of Training -- Case #02COMPRIC-1).

Therefore, I am amending Ms. Calhoun's complaint to include the following instance:

> **You alleged that you were discriminated against based on reprisal (prior EEO activity) when you were directed not to attend the e-Authentication Policy and Technology Forum sponsored by GSA on November 21, 2002.**

Your assistance in this matter is greatly appreciated.

Sincerely,


Bernadette S. Butler
Central Office EEO Offier

Enclosure – e-mail messages

000093



GOVERNMENT EXHIBIT 15
PAGE 1 OF 5 PAGES

U.S. General Services Administration
1800 F Street, NW
Washington, DC  20405-0002
www.gsa.gov