

GSA Office of Civil Rights

March 12, 2003

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

Ms. Iona Calhoun

Dear Ms. Calhoun:

This acknowledges receipt of your e-mail message(s) dated March 10, 2003, addressed to Ms. Madeline Caliendo (copy to myself) in which you stated that you were filing an EEO charge against your supervisor, Stanley Langfeld. The instance of discrimination being accepted for investigation is as follows:

**You alleged that you were discriminated against based on your race (African American), sex (female) and reprisal (prior EEO activity) when you were directed not to attend the E-Gov's Knowledge Management 2003 Conference.**

The above instance of discrimination appears to be like and related to the instances of discrimination raised in your formal complaint dated October 2002 that was acknowledged by my office on November 12, 2002. Therefore, your complaint is being amended to include the above instance of discrimination in the investigation now pending before the agency.

Please be advised that the written notice and timeframes for exercising those rights, as stated in the November 12, 2002 letter, remain the same.

Sincerely,

000098

*Bernadette Butler*

Bernadette S. Butler
Central Office EEO Officer

GOVERNMENT EXHIBIT 17
PAGE 1 OF 1 PAGES

U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0002
www.gsa.gov