UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,  *
      Plaintiff,        Case No. 06-1441-HHK

v.  *

Lurita Alexis Doan, Administrator,
U.S. General Services Administration

      Defendant  *

### DECLARATION OF LENA FANT

Lena Fant declares as follows:

1. I am Lena E. Fant. I am currently the Chief of the Employee Relations Branch in the Office of the Chief Human Capital Officer, General Services Administration. I have personal knowledge of the matters stated herein.

2. GSA formerly used a two-tiered Performance Management System. Under this system, employees would receive one of two ratings in their Annual Performance Appraisal: "Successful" or "Unsuccessful." This system was referred to as a "pass/fail" appraisal system. This system was in use at GSA from September 1996 until October 2004.

3. During the period of time when this system was in use, GSA employees' performance awards were not linked to their rating on their Annual Performance Appraisal. Employees did not receive performance awards based on whether or not they were rated as "Successful" in their Annual Performance Appraisal.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Lena E. Fant_                        Date: 8/1/08
Lena E. Fant
Chief, Employee Relations Branch
Office of the Chief Human Capital Officer
General Services Administration

GOVERNMENT EXHIBIT 19