GOVERNMENT EXHIBIT 20   PENGAD-Bayonne, N.J.

# EMPLOYEE PERFORMANCE REVIEW AND RATING

## PART I. GENERAL INFORMATION

| EMPLOYEE'S NAME | | SOCIAL SECURITY NUMBER | CORRESPONDENCE SYMBOL | PAY | |
|---|---|---|---|---|---|
| LAST | FIRST | MI | | | PLAN | GRADE |
| Calhoun | Iona | | [redacted] | MPR | GS | 13 |

| TYPE OF RATING | REVIEW PERIOD | TYPE OF POSITION |
|---|---|---|
| [X] ANNUAL  [ ] INTERIM | FROM 10/01/01  TO 9/30/02 | [ ] SUPERVISORY  [X] NON-SUPERVISORY |

## PART II. CRITICAL ELEMENT RATING (Attach performance plan) (Use additional forms if there are more than 7 critical elements)

| CRITICAL ELEMENT | RATING (Check one) | | COMMENT ON THE EMPLOYEE'S PROGRESS TOWARD MEETING THE PERFORMANCE STANDARD FOR EACH CRITICAL ELEMENT (Use additional pages if necessary.) |
|---|---|---|---|
| | SUCCESSFUL | UNACCEPTABLE | |
| 1. | X | | Iona contributed to the development of the Revised General Reference Guide to Real Property Policy. This introduced her to the statutes, executive orders and regulations governing Federal real property asset management. In policy development work, Iona needs to improve the thoroughness of her research skills. |
| 2. | X | | Iona provided some technical advice, guidance and solutions to Central Office Contracting Staff, some input to assistance to customer agencies and contractors on FIRM. In this work, Iona must learn to perform thorough analysis, correlate data, and make recommendations based on a complete, not partial, review of all the information submitted by contractors. |
| 3. | X | | Iona had limited exposure to preparing correspondence, fact sheets, briefings, and special reports/projects. In preparing the monthly RAG Reports on FIRM and WWI, her use of data was flawed and she made numerous errors in the RAG Reports, which had to be corrected by her team leader. |
| 4. | | X | Iona did not accurately, thoroughly and independently complete specific assignments related to the real property program, including her work in evaluating contractors' proposals for FIPM and the monthly RAG Reports for FIRM and WWI. This work consistently contained omissions (i.e., FIRM evaluation worksheets were not completed) and errors (i.e., flawed use of data and errors on RAG Reports and Worksheets). Iona needs to improve skills in completing independent assignments related to the real property program, and accept responsibility for completing specific assignments with few errors and within stated timeframes, and not take the attitude that any problems she encounters in specific assignments are someone else's responsibility. |
| 5. | | | |
| 6. | | | 10/24/02 I disagree with the performance review and rating which I received on Monday, October 21, 2002. This action was witnessed by John D. Thomas |
| 7. | | | 000452   Iona D. Calhoun |

## PART III. SUMMARY RATING

[X] SUCCESSFUL   [ ] UNACCEPTABLE

## PART IV. PROGRESS REVIEW CERTIFICATION

[ ] PROGRESS REVIEW COMPLETED   DATE

GENERAL SERVICES ADMINISTRATION   EXHIBIT   GSA FORM 3440 (REV. 3-97)  Prescribed by OAD 9430.2

PAGE 1 OF 3 PAGES

## PART V. COMMENTS ON OVERALL PERFORMANCE

COMMENT ON THE EMPLOYEE'S OVERALL PERFORMANCE CITING SPECIFIC EMPLOYEE PROJECTS OR OUTPUTS. USE ADDITIONAL PAGES, IF NECESSARY.

Iona Calhoun must learn to become more of a team player, take a more proactive role in assigned work, accept responsibility for any errors and omissions in assignments without trying to focus responsibility on someone else, and meet stated due dates/timeframes.

Also, Iona needs to improve her approach to her work and her working relationship with her supervisor, and not to approach day-to-day work on a continual confrontational basis. All of us in the Real Property Policy Division work together as a team, and Iona needs to learn the value of teamwork and that creating a negative, hostile work environment does not lead to success in the workplace.

For the future, Iona must make a strong and positive effort to improve her work performance and attitude.

## PART VI. TRAINING AND DEVELOPMENT

DISCUSS PROFESSIONAL GROWTH NEEDS AND AVENUES WHICH THE EMPLOYEE CAN PURSUE TO MEET THESE NEEDS. USE ADDITIONAL PAGES, IF NECESSARY.

Iona needs to take basic real estate courses to improve her knowledge of real property asset management.

000453

EXHIBIT 45
PAGE 2 OF 3 PAGES

## PART VII. SIGNATURES

RATING OFFICIAL: [signature] Stanley C. Langfeld
NAME OF RATING OFFICIAL: Stanley C. Langfeld
DATE: 10/11/02

REVIEWING OFFICIAL (Necessary only if rating is at the unacceptable level):
NAME OF REVIEWING OFFICIAL:
DATE:

EMPLOYEE (Indicate only that a copy of rating was received, not necessarily agreement with the rating.):
Iona D. Calhoun (see comment on front)
DATE: 10/24/02

GSA FORM 3440 (REV. 3-97) BACK

## PART V. COMMENTS ON OVERALL PERFORMANCE

COMMENT ON THE EMPLOYEE'S OVERALL PERFORMANCE CITING SPECIFIC EMPLOYEE PROJECTS OR OUTPUTS. USE ADDITIONAL PAGES, IF NECESSARY.

Iona Calhoun must learn to become more of a team player, take a more proactive role in signed work, accept responsibility for any errors and omissions in assignments without trying to focus responsibility on someone else, and meet stated due dates/timeframes.

Also, Iona needs to improve her approach to her work and her working relationship with her supervisor, and not to approach day-to-day work on a continual confrontational basis. All of us in the Real Property Policy Division work together as a team, and Iona needs to learn the value of teamwork and that creating a negative, hostile work environment does not lead to success in the workplace.

For the future, Iona must make a strong and positive effort to improve her work performance and attitude.

000454

## PART VI. TRAINING AND DEVELOPMENT

DISCUSS PROFESSIONAL GROWTH NEEDS AND AVENUES WHICH THE EMPLOYEE CAN PURSUE TO MEET THESE NEEDS. USE ADDITIONAL PAGES, IF NECESSARY.

Iona needs to take basic real estate courses to improve her knowledge of real property asset management.

EXHIBIT 45

PAGE 3 OF 3 PAGES

## PART VII. SIGNATURES

RATING OFFICIAL: [signed] Stanley C. Langfeld
NAME OF RATING OFFICIAL: Stanley C. Langfeld
DATE: 10/11/02

REVIEWING OFFICIAL (Necessary only if rating is at the unacceptable level)
NAME OF REVIEWING OFFICIAL:
DATE:

EMPLOYEE (Indicate only that a copy of rating was received, not necessarily agreement with the rating.)

Associate (Ms. Iona Calhoun) requests several days to think about whether or not she will sign her Employee Performance Review & Rating. So far, she has not signed it. [initials] 10/21/02

GSA FORM 3440 (REV. 3-97) BACK