Iona D. Calhoun



**Iona D. Calhoun**
09/02/2003 04:33 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA, Mabel G. Burley/MP/CO/GSA/GOV@GSA, Monique C. Morris/MP/CO/GSA/GOV@GSA
Subject: Re: Travel Orders for BIG Conference

Stanley,

I am preparing to submit my travel voucher for the BIG Conference, before I do the voucher, I request that you approve/authorize the car rental amount of $310.25 -- since my cost savings for the government is $89.75.

**Listed below is a cost comparison via government contract and non-government.**

| | | | |
|---|---|---|---|
| Airline: government-contract | $ 710.00 | Airline: Non-government | $ 453.00 |
| Hotel: | 950.00 | Hotel | 807.00 |
| $1260.00 | 1660.00 | | |

```
      $1660.00
        1260.00
      $  400.00  Cost Savings Non-government
Rental & Gas: $ 310.25
Total Savings: $  89.75
```

Iona

Iona D. Calhoun



**Iona D. Calhoun**
08/21/2003 09:54 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA
Subject: Re: Travel Orders for BIG Conference

Stanley,

FYI: On my official TDY Travel Authorization: The Estimated Cost to Government for the Total Common Carrier Cost should be $710.00, via the government contract. The $450.00 on the form is the actual cost of my airline ticket, non-government; a cost saving of $260.00.

Iona

Iona D. Calhoun



**Stanley C. Langfeld**
08/21/2003 09:52 AM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, LeShonne T. Smith/MP/CO/GSA/GOV@GSA, Monique C. Morris/MP/CO/GSA/GOV@GSA, Patricia A.



GOVERNMENT EXHIBIT 23

Accordingly, I am unable to grant your request for a rental car since the use of the car is not directly related to the BIG Conference nor is it related to mission of the Real Property Policy Division. Pursuant to the Federal Travel Regulations at 41 C.F.R. 301, the agency may pay only those travel expenses essential to the transaction of official business. In order to authorize the use of a rental vehicle, the agency must determine that use of a rental vehicle is advantageous to the Government and must specifically authorize such use. Again, you are not authorized to rent a vehicle at Government expense. You had a hotel reservation at the Embassy Suites Hotel at 1881 Curtis Street, which is in proximity to the BIG Conference site, and for personal reasons you wish to relocate to a remote hotel in relation to the BIG Conference site. The agency will not pay for excess costs resulting from circuitous routes, delays or luxury accommodations or services unnecessary or unjustified in the performance of official business. In this instance, this includes your cab fare from any remote hotel.

Thank you, Stanley Langfeld.



**Iona D. Calhoun**
05/05/2003 08:49 AM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA
Subject: Authorization for Car Rental – BIG Training Conference

Stanley,

I was able to obtain **full accommodations** at the Embassy Suites Hotel Denver Southeast. I am requesting your authorization for car rental. Cab fare is approximately $30.00 - $40.00 one-way to the training site.

Iona

Stanley C. Langfeld



**Stanley C. Langfeld**
05/01/2003 03:43 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA, Sheldon Greenberg/MPR/CO/GSA/GOV@GSA
Subject: Re: BIG Training Conference

Iona:

I am unable to grant your request for a rental car to see Denver and parts of Colorado after training hours, since the use of the car is not directly related to the BIG Conference nor is it related to the mission of the Real Property Policy Division.

Thank you, Stanley Langfeld.

Iona D. Calhoun



**Iona D. Calhoun**
05/01/2003 03:14 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA, Sheldon Greenberg/MPR/CO/GSA/GOV@GSA
Subject: Re: BIG Training Conference

Stanley,

To see Denver and parts of Colorado after training hours.

Before being transferred to this Office, it was SOP for me and other analysts to obtain a car while on travel.

    Iona

Stanley C. Langfeld


**Stanley C. Langfeld**
05/01/2003 03:01 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA, Sheldon Greenberg/MPR/CO/GSA/GOV@GSA
Subject: Re: BIG Training Conference

Iona:

Why do you need a rental car?

Thank you, Stanley Langfeld.

Iona D. Calhoun


**Iona D. Calhoun**
05/01/2003 02:06 PM

To: Stanley C. Langfeld/MPR/CO/GSA/GOV@GSA
cc: David L. Bibb/MP/CO/GSA/GOV@GSA, Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Patricia A. Thomas/MP/CO/GSA/GOV@GSA, Sheldon Greenberg/MPR/CO/GSA/GOV@GSA
Subject: Re: BIG Training Conference

Stanley,

Thank-you.

May I have approval to rent a car.

    Iona

Stanley C. Langfeld


**Stanley C. Langfeld**
05/01/2003 02:01 PM

To: Iona D. Calhoun/MP/CO/GSA/GOV@GSA
cc: Patricia A. Thomas/MP/CO/GSA/GOV@GSA, Dennis F. Goldstein/MPR/CO/GSA/GOV@GSA, Sheldon Greenberg/MPR/CO/GSA/GOV@GSA, David L. Bibb/MP/CO/GSA/GOV@GSA
Subject: Re: BIG Training Conference

Iona:

This is to inform you that David Bibb approved your request to attend the BIG Conference being held from