

# U.S. General Services Administration

| Home | Buying Through GSA | Selling to the Government | About GSA | Contacts |

# Vacancy Information

Email to a Friend



*On 3/16/04 I selected Rob Burmester for this position.*

*LLL, MM, 3/16/04*

| | |
|---|---|
| Announcement Number: | 040019503MP |
| Vacancy Description: | Program Expert |
| Open Period: | 02/25/2004 - 03/09/2004 |
| Series/Grade: | GS-0301Y-14 |
| Salary: | $83,334.00 TO $108,335.00 |
| Promotion Potential: | GS-14 |
| Hiring Agency: | GSA, Office of Governmentwide Policy |
| Duty Locations: | 1 vacancy in Washington DC Metro Area, DC |
| For more information, Contact: | Karen Lomax, 202-501-0370 karen.lomax@gsa.gov |

## Additional Information

```
Office Location:   Office of Governmentwide Policy
                   Office of Real Property
                   Real Property Policy Division (MPR)
                   Washington, DC
```

AREA OF CONSIDERATION: Candidates with Civil Service status, Reinstatement eligibles, persons eligible for noncompetitive appointment under Special Authorities, Disabled persons and 30% Disabled Veterans, preference eligibles or veterans who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply.

Bargaining Unit Status: NONE

The position will be filled on a permanent, full-time basis. Relocation expense will not be paid.

DUTIES OF THE POSITION: The incumbent will serve as the project manager for the development, implementation, and continuous improvement of the Federal Real Property Profile (FRPP) system. The system is a multi million dollar automated computer system, developed by the General Services Administration in partnership with real property holding agencies. It is

**GOVERNMENT EXHIBIT 29**

https://jobs.quickhire.com/scripts/gsa.exe/runjobinfo    3/4/2004



# Vacancy Information

Email to a Friend



| | |
|---:|:---|
| Announcement Number: | 040019503MP |
| Vacancy Description: | Program Expert |
| Open Period: | 02/25/2004 - 03/09/2004 |
| Series/Grade: | GS-0301Y-14 |
| Salary: | $83,334.00 TO $108,335.00 |
| Promotion Potential: | GS-14 |
| Hiring Agency: | GSA, Office of Governmentwide Policy |
| Duty Locations: | 1 vacancy in Washington DC Metro Area, DC |
| For more information, Contact: | Karen Lomax, 202-501-0370 karen.lomax@gsa.gov |

## Additional Information

```
Office Location:   Office of Governmentwide Policy
                   Office of Real Property
                   Real Property Policy Division (MPR)
                   Washington, DC
```

AREA OF CONSIDERATION: Candidates with Civil Service status, Reinstatement eligibles, persons eligible for noncompetitive appointment under Special Authorities, Disabled persons and 30% Disabled Veterans, preference eligibles or veterans who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply.

Bargaining Unit Status: NONE

The position will be filled on a permanent, full-time basis. Relocation expense will not be paid.

DUTIES OF THE POSITION: The incumbent will serve as the project manager for the development, implementation, and continuous improvement of the Federal Real Property Profile (FRPP) system. The system is a multi million dollar automated computer system, developed by the General Services Administration in partnership with real property holding agencies. It is

used to support other agency real property missions, and provide information regarding leasing, operations, construction/renovation and asset management nationally and worldwide. The incumbent provides leadership and authoritative advice on the interpretation of governing policy in this area. The incumbent works with other agency real property offices and executives to explain the use and benefits of the system within the realm of the other agencies by a contractor. The incumbent in conjunction with Division personnel is responsible for monitoring the contractor's performance and contributing to resolving problems encountered during the development of the FRPP and during the reporting of real property information to the FRPP. Manages the assignment of the Geographical Locator Codes.

QUALIFICATION REQUIREMENTS: All applicants must possess at least 52 weeks of Specialized Experience that is equivalent to the GS-13 level. Time-in-grade restrictions are applicable.

SPECIALIZED EXPERIENCE: This position requires technical expertise and knowledge of information technologies; precedents applicable to the administration of governmentwide policies as they relate to information technology issues; knowledge of statistical measuring techniques and analysis to develop data for the FRPP information system; knowledge of contracting, administrative services, and information management systems; and expertise as the Contracting Officer's Technical Representative.

EDUCATION WILL NOT BE SUBSTITUTED FOR SPECIALIZED EXPERIENCE.

Applicants will be rated on the extent and quality of their specialized experience relevant to the duties of this position. Eligible applicants will receive a numerical rating based on their responses to the application questions for this position submitted on-line via GSAjobs (Quickhire). These responses must be substantiated by the resume submitted. Applicants who must compete under Merit Promotion regulations and who are determined to be best qualified are referred to the Selecting Official in alphabetical order. Applicants who do not respond to the application questions will be rated ineligible.

SELECTIVE PLACEMENT FACTOR: None

APPLICATION PROCEDURES: Resumes/Applications MUST BE SUBMITTED via GSAjobs (https://jobs.quickhire.com/scripts/qhwebfed35gsa.exe) before midnight, Eastern Standard Time on the closing date of this Vacancy Announcement. No extensions will be granted. If you fail to submit a COMPLETE on-line resume, you WILL NOT be considered for this position. In addition to submitting a complete resume, you will be required to answer a questionnaire. This questionnaire consists of a series of job related questions that are designed to identify the best qualified candidates. If applying on-line poses a hardship to any applicant, the servicing Human Resources Office listed in this Announcement will provide assistance to ensure that applications are submitted on-line by the closing date. Applicants MUST CONTACT the Servicing Human Resources Office PRIOR TO THE CLOSING DATE to speak to someone who can provide assistance for on-line submission.

All supplemental application material as outlined below must be faxed 202.219.0141 no later than 48 hours after the closing date of this Vacancy Annoucement. Each document must be FAXED and MUST INCLUDE YOUR NAME AND VACANCY ANNOUNCEMENT NUMBER 040019503MP. No exceptions!

SUPPLEMENTAL APPLICATION MATERIAL:

Current and former federal employees must fax a Standard Form 50, Notification of Personnel Action, to show time served at highest grade level (i.e., appointment, promotion, with-in-grade increase), position occupied and tenure group.

Displaced federal employees who are eligible for a Special Selection Priority Consideration must fax proof that you meet the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, your most recent Performance Rating, and the most recent SF-50, Notification of Personnel Action, to identify your current position, grade, and duty station. CTAP/ICTAP eligibles will be considered "WELL-QUALIFIED" if they earn a minimum score of 85 (No credit will be allowed for Veteran's Preference). For more information on CTAP/ICTAP eligibility requirements, please visit the following site: http://www.opm.gov/ctap/index.htm.

Special Appointing Authorities: Applicants applying under a Special Appointing Authority are required to fax proof of eligibility. Information may be obtained at the following Office of Personnel Management web site: http:www.usajobs.opm.gov/b1.htm

Veterans who are eligible for consideration under the Veteran's Employment Opportunities Act MUST fax 202.219.0141 a DD-214 not later than 48 hours of the closing date of this vacancy announcement. Please review the VetGuide at: https://www.opm.gov/veterans/html/vetguide.htm

CONDITIONS OF EMPLOYMENT: If selected, you may be required to complete Standard Form 450, Confidential Financial Disclosure Report, to determine if a conflict or an appearance of a conflict exists between your financial interest and your prospective position with GSA.

Applicants selected for Federal employment will be required to complete a "Declaration of Federal Employment" (OF-306) prior to being appointed to determine their suitability for Federal employment. Failure to answer all questions truthfully and completely or providing false statements on the application may be grounds for not hiring the applicant, dismissing the applicant after appointment, and may be punishable by a fine or imprisonment (U.S.Code, Title 18, Section 1001).

REASONABLE ACCOMMODATION: GSA provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application or hiring process, please notify us immediately. The decision on granting reasonable accommodations will be on a case-by-case basis.

TRAVEL/RELOCATION EXPENSES: The General Services Administration will not pay travel, transportation, and relocation expenses. Any travel, transportation, and relocation expenses associated with reporting for duty in this position will be the responsibility of the successful applicant.

This Vacancy Announcement does not preclude filling this position by other means such as a new appointment from an Office of Personnel Management certificate of eligibles, internal Delegated Examining Unit certificate of eligibles, reassignment, transfer, reinstatement, or noncompetitive action.

ALL APPLICANTS FOR FEDERAL EMPLOYMENT RECEIVE CONSIDERATION WITHOUT REGARD, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE (WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.

| Apply to this Vacancy | View Vacancy Questions |
| Back to Vacancy Listing | |



Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

**GSA** U.S. General Services Administration

| Home | Buying Through GSA | Selling to the Government | About GSA | Contacts |

## This is a PREVIEW ONLY! To apply for the vacancy you will answer the questions online.

## Job Specific Questions

## All Grades

* 1. You must have one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education.
   1. I have one full year of specialized experience that is equivalent in responsibility and scope to the GS-13 level in the Federal service. Specialized experience is experience that is in or directly related to the duties described in the vacancy announcement
   2. I do not meet the requirements as described above.

2. Please describe your experience which you feel meets the requirements for this grade level.

   (Essay Question)

3. I have experience developing or participating in the development of real property policy.

   Yes  No

4. I have experience independently managing programs related to the following real estate fields: (mark all that apply)
Check all that apply
   1. I do not have Federal real estate experience in the areas stated below.
   2. Assignment of real estate
   3. Utilization of real estate
   4. New construction
   5. Lease acquisition
   6. Repair and alteration of existing real estate.
   7. Pricing of rental space.

5. I have experience in the following (check all that apply):
Check all that apply
   1. Preparing memos
   2. Preparing formal briefings
   3. Preparing instructional material
   4. Preparing fact-finding reports
   5. Preparing memos sent to external organizations
   6. Published articles in technical newsletters or journals
   7. Preparing regulations including the Federal Property Management Regulations, Federal Management Regulations, and agency Bulletins
   8. None of the above

6. I have experience in the following real estate specialties:
Check all that apply
   1. acquisition
   2. management
   3. disposal
   4. none

7. Do you have experience in developing initiatives relating to real property policy including user-friendly regulations and initiatives which promote effective real property asset management?

https://jobs.quickhire.com/scripts/gsa.exe/rundirect                                              3/4/2004

Yes No

8. I have participated as a member of a team of self directed real estate specialists and program analysts/experts in the accomplishment of complex, major real property related initiatives.

Yes No

9. I have experience coordinating and interacting with others regarding real estate matters

True False

10. I have experience leading a team of real estate specialists in the accomplishment of complex, major real estate projects.

True False

11. Recognize an organizational problem; seek and implement an improved, innovative or non-traditional solution.
    1. I have not had education, training, or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
    4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee.
    5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.

12. Act decisively to modify and promote customer service and/or quality of programs and policies.

True False

13. Interact with a variety of associates at different organizational levels.
    1. I have not had education, training, or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
    4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee.
    5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.

14. I have actively participated on a number of project teams.

True False

15. Please specify teams and your experience.

Answer: (Short Answer)

16. I have procured and administered contracts for the following:
Check all that apply
    1. Construction
    2. Repair and alteration
    3. Operations and maintenance
    4. Custodial services
    5. Supplies and equipment
    6. None of the above

17. Apply contracting rules, regulations and procedures under varying situations to obtain goods and services from people such as lessors, property management agents, service contractors, construction contractors and suppliers.
    1. I have not had education, training, or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
    4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee.
    5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.

18. Develop long-range real estate procurement plans.
    1. I have not had education, training, or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
    4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require

assistance or review by a supervisor or a senior employee.
    5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.

**19. Work with formal teams in a project environment.**
    1. I have not had education, training, or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, but with close review and assistance from either a supervisor or a senior employee.
    4. I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee.
    5. Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task.

20. I have actively participated on project teams

Yes No

21. I have experience procuring information technology (IT) services (e.g., systems integration, software development, LAN management).

True False

22. Do you have experience interpreting and applying the Federal Acquisition Regulations (FAR)?

Yes No

23. Have you been a Contracting Officer's Technical Representative (COTR)?

Yes No



Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.