

# GSA — U.S. General Services Administration

| Home | Buying Through GSA | Selling to the Government | About GSA | Contacts |

Serial: 040019503MP-MP00
Vacancy: 040019503MP Program Expert
Location: Washington DC Metro Area, DC
Grade(s): 14

## Applicant: BURMEISTER, ROBERT

## Personal Data

| | |
|---|---|
| First Name: | ROBERT |
| MI: | J |
| Last Name: | BURMEISTER |
| Address1: | ███ |
| Address2: | |
| City: | ███ |
| State: | ███ |
| Zip Code: | ███ |
| Plus 4: | |
| Phone: | ███ |
| Email: | ███ |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

GOVERNMENT EXHIBIT 32

## Report Results

### 040019503MP Program Expert

| Grade | Number | Question | Answer |
|---|---|---|---|
| All Grades | 1 | You must have one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education. | I have one full year of specialized experience that is equivalent in responsibility and scope to the GS-13 level in the Federal service. Specialized experience is experience that is in or directly related to the duties described in the vacancy announcement |
| | | | My present position as PBS Competitive Sourcing Program Manager has |

https://jobs.quickhire.com/scripts/gsa.exe/runGetCertAppData?TYPE=0&AIDX=53621&...   3/12/2004

been upgraded to a temporary promotion to GS 14. I regularly exercise independent judgment, perform complex, sensitive, and high level work with an exceptional degree of difficulty and responsibility. I am the recognized expert in the business practices area for the competitive sourcing issues. I work with high-level contacts in PBS, GSA, and OMB on the application of business strategies, practices and competitive sourcing policies and procedures. I develop business strategies, practices and competitive sourcing policy development and execution, provide technical advice in the competitive sourcing area and, as such, possess comprehensive property management and business operations knowledge. I further provide expertise in analyzing and evaluating business practices and competitive sourcing programs for PBS. Provide analytical skills and advisory support on matters relating to the Competitive Sourcing Program, including standard and streamlined competitions, the President's Management Agenda Initiative on Competitive Sourcing, and the proper and accurate classification of commercial and inherently governmental functions under the Federal Activities Inventory Reform (FAIR) Act, in addition to issues concerning Human Capital Strategies. I have developed policies, procedures, guidelines and strategies to meet Competitive Sourcing initiatives and objectives, and have used my refined skill sets in analysis, data gathering, and information technology to support those activities. Maintain definitive contacts within GSA and other federal agencies Competitive Sourcing officials and work

[handwritten annotations in margin]

groups for the purpose of the development of program policy, goals, and objectives. I regularly share knowledge across PBS to accelerate the improvement of business practices and competitive sourcing nationwide. Provide assistance to other PBS offices in developing strategies to improve their performance against key business measures and competitive sourcing projects. Plan, manage, teach, and train technical and administrative in-house personnel in the knowledge and use of business practices and competitive sourcing techniques to improve program performance. Direct and control business operations and real property practices programs that have a direct and substantial impact on the organizations and programs managed. My current work involves decisions, actions, and recommendations that establish the basic content and character of my program in terms of program objectives and priorities, program initiation and content, funding, and allocation of organizational resources. I compare performance of Regions related to program implementation. I operate and maintain a database for easy identification of business practices and competitive sourcing techniques in order to be responsive to queries for information on specific requirements. I provide expert assistance and advice on the interpretation of competitive sourcing as it relates to real property and business operations programs. In those cases where existing agency goals, plans, or policy does not cover the problem or issue under review, I reference the United States Code and the Code of Federal Regulations, Comptroller General and GAO audit decisions, and

| | | | |
|---|---|---|---|
| All Grades | 2 | Please describe your experience which you feel meets the requirements for this grade level. | other legal precedents available; interprets these documents, and develops definitive recommendations based on ~~extensive~~ analysis. Using my specialized technical skills and knowledge I serve as an agency contact for competitive sourcing program decisions in real property and business operations business practices in regional, or headquarters organizations. Provide critical analysis of issues and the provide development and evaluation of ongoing or new programs for management officials. I offer solutions to unique problems that may require evaluating methodologies and practices employed by other Federal organizations or private sector companies. I frequently furnish significant information to Senior Management officials at the headquarters or regional level who seeks advice on issues often of importance to mission-essential goals or programs. Occasionally, I represent Senior Managers in meetings and dealing with industry executives, other GSA Officials, and Officials of other Government and State Agencies regarding competitive sourcing and A-76 projects. I apply a wide range of qualitative or quantitative methods to assess and improve competitive sourcing program effectiveness or complex management processes, projects and systems. Develop long-range recommendations that employ the best methods to meet organizational goals, objectives and to adapt to changing needs based projected business practices in program or organizational requirements. I have simultaneously managed multiple high-level, high dollar potentially sensitive |

Handwritten annotations: "Extensive Analysis", "Outlandish mtn"

projects for PBS. These projects have ranged from development of training and delivery of services, to multi-million dollar national projects lasting over two years covering revenue and income areas of Data Quality and Control. As the Project managers of these projects I always served in the capacity of COTR and further served as the conduit between program areas and Senior Management. One project example is the GSA-PBS STAR Data Cleanup Project External Reports. I identified a need for more flexibility, user-friendliness and web enabling of the reports for the PBS STAR user community. Several Business Objects software configurations were proposed, of which the web-enabled Business Objects option (Web Intelligence) was accepted. The objective of the task was to provide for the development and national deployment of the eight (8) STAR reports. Working with 3H we developed eight (8) STAR reports and provided national deployment of the reports. Another good example of my project management skills is the PBS Data Quality and Control project. As the project manager I was responsible for the SOW development, solicitation documents, and served as the Source Selection Evaluation Chair. We awarded a multi-million dollar, multi-year contract for support services in the definition, design and deployment of sufficient quality controls for data management of critical financial management information related to the System to Track and Administer Real Property for PBS. Under this high level national program I directly served as the COTR, with 24 contractors deployed across the country at all Regional locations. The end result

| | | | |
|---|---|---|---|
| | | | identified millions of dollars in savings and finally offered solutions for long-term quality control of data thorough the implementation of a Single Point of Entry solution. |
| All Grades | 3 | I have experience developing or participating in the development of real property policy. | Yes |
| All Grades | 4 | I have experience independently managing programs related to the following real estate fields: (mark all that apply) | Lease acquisition Pricing of rental space. |
| All Grades | 5 | I have experience in the following (check all that apply): | Preparing memos Preparing formal briefings Preparing instructional material Preparing fact-finding reports Preparing memos sent to external organizations |
| All Grades | 6 | I have experience in the following real estate specialties: | management |
| All Grades | 7 | Do you have experience in developing initiatives relating to real property policy including user-friendly regulations and initiatives which promote effective real property asset management? | Yes |
| All Grades | 8 | I have participated as a member of a team of self directed real estate specialists and program analysts/experts in the accomplishment of complex, major real property related initiatives. | Yes |
| All Grades | 9 | I have experience coordinating and interacting with others regarding real estate matters | True |
| All Grades | 10 | I have experience leading a team of real estate specialists in the accomplishment of complex, major real estate projects. | True |
| All Grades | 11 | Recognize an organizational problem; seek and implement an improved, innovative or non-traditional solution. | I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee. |
| All Grades | 12 | Act decisively to modify and promote customer service and/or quality of programs and policies. | True |
| All Grades | 13 | Interact with a variety of associates at different organizational levels. | I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee. |
| All Grades | 14 | I have actively participated on a number of project teams. | True |
| All Grades | 15 | Please specify teams and your experience. | Activitiy Based Costing/Management Model- Project Manager/COTR. Data Quality/Data Control - Project Manager/COTR. Single Point of Entry - Project Manager/COTR. PBS Competitive Sourcing Training- Project |

| | | | | Manager/COTR |
|---|---|---|---|---|
| All Grades | 16 | | I have procured and administered contracts for the following: | None of the above |
| All Grades | 17 | | Apply contracting rules, regulations and procedures under varying situations to obtain goods and services from people such as lessors, property management agents, service contractors, construction contractors and suppliers. | I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee. |
| All Grades | 18 | | Develop long-range real estate procurement plans. | I have had education or training in performing this task, but have not yet performed it on the job. |
| All Grades | 19 | | Work with formal teams in a project environment. | I have performed this task as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor or a senior employee. |
| All Grades | 20 | | I have actively participated on project teams | Yes |
| All Grades | 21 | | I have experience procuring information technology (IT) services (e.g., systems integration, software development, LAN management). | True |
| All Grades | 22 | | Do you have experience interpreting and applying the Federal Acquisition Regulations (FAR)? | Yes |
| All Grades | 23 | | Have you been a Contracting Officer's Technical Representative (COTR)? | Yes |

## RESUME for ROBERT BURMEISTER

**RESUME**

Robert J. Burmeister

Social Security                                    USA Citizen   YES

Summary of Qualifications

Participated in most aspects of the Real Estate program at General Services Administration. Worked extensively with and have in-depth knowledge and understanding of the Federal Property and Administrative Services Act of 1949, s amended, the Public Buildings Acts of 1959 and 1988, the 1972 Public Buildings Amendments to the 1949 Act, the Cooperative Use Act of 1976, the Competition in Contracting Act, the Government Performance and Results Act of 1993, and other relevant laws and regulations. Through 20+ years experience in private and public real estate and financial operations, I have gained knowledge in the policies, procedures, practices and techniques relating to the acquisition, assignment and utilization of space as well as financial considerations, acquisition processes and property management. This has given me a well-rounded perspective of the real estate industry.

Work Experience

Aug 2001 - Present

Position as PBS Competitive Sourcing Program Manager has been upgraded to a temporary promotion to GS 14. I regularly exercise independent judgment, perform complex, sensitive, and high level work with an exceptional degree of difficulty and responsibility. I am the recognized expert in the business practices area for the competitive sourcing issues. I work with high-level contacts in PBS, GSA, and OMB on the application of business strategies, practices and competitive sourcing policies and procedures. I develop business strategies, practices and competitive sourcing policy development and execution, provide technical advice in the competitive sourcing area and, as such, possess comprehensive property management and business operations knowledge. I further provide expertise in analyzing and evaluating business practices and competitive sourcing programs for PBS.

Provide analytical skills and advisory support on matters relating to the Competitive Sourcing Program, including standard and streamlined competitions, the President's Management Agenda Initiative on Competitive Sourcing, and the proper and accurate classification of commercial and inherently governmental functions under the Federal Activities Inventory Reform (FAIR) Act, in addition to issues concerning Human Capital Strategies. I have developed policies, procedures, guidelines and strategies to meet Competitive Sourcing initiatives and objectives, and have used my refined skill sets in analysis, data gathering, and information technology to support those activities. Maintain definitive contacts within GSA and other federal agencies Competitive Sourcing officials and work groups for the purpose of the development of program policy, goals, and objectives.

Regularly share knowledge across PBS to accelerate the improvement of business practices and competitive sourcing nationwide. Provide assistance to other PBS offices in developing strategies to improve their performance against key business measures and competitive sourcing projects.

Plan, manage, teach, and train technical and administrative in-house personnel in the knowledge and use of business practices and competitive sourcing techniques to improve program performance. Direct and control business operations and real property practices programs that have a direct and substantial impact on the organizations and programs managed. My current work involves decisions, actions, and recommendations that establish the basic content and character of my program in terms of program objectives and priorities, program initiation and content, funding, and allocation of organizational resources.

I compare performance of Regions related to program implementation. I operate and maintain a database for easy identification of business practices and competitive sourcing techniques in order to be responsive to queries for information on specific requirements.

I provide expert assistance and advice on the interpretation of competitive sourcing as it relates to

real property and business operations programs. In those cases where existing agency goals, plans, or policy does not cover the problem or issue under review, I reference the United States Code and the Code of Federal Regulations, Comptroller General and GAO audit decisions, and other legal precedents available; interprets these documents, and develops definitive recommendations based on extensive analysis.

Using my specialized technical skills and knowledge I serve as an agency contact for competitive sourcing program decisions in real property and business operations business practices in regional, or headquarters organizations. Provides critical analysis of issues and the provide development and evaluation of ongoing or new programs for management officials. I offer solutions to unique problems that may require evaluating methodologies and practices employed by other Federal organizations or private sector companies.

I frequently furnish significant information to Senior Management officials at the headquarters or regional level who seeks advice on issues often of importance to mission-essential goals or programs. Occasionally, I represent Senior Managers in meetings and dealing with industry executives, other GSA Officials, and Officials of other Government and State Agencies regarding competitive sourcing and A-76 projects.

I apply a wide range of qualitative or quantitative methods to assess and improve competitive sourcing program effectiveness or complex management processes, projects and systems. Develop long-range recommendations that employ the best methods to meet organizational goals, objectives and to adapt to changing needs based projected business practices in program or organizational requirements.

I have been involved in several high level projects related to STAR concerning service delivery and business operation models utilized in all of the regions of PBS for the application of quality control processes for improved data accuracy and management, in the capacityo Program/Project Manager and COTR.

Nov 1991 - Aug 2001 - Realty Specialist - GS1170 - 13- SalaryGeneral Services Administration - PBS - Washington, DC Supervisor: Henry Singer (202) 501- 1447 - Please contact

Project manager for two major initiatives involving data accuracy. Primarily responsible for Data Clean-Up/Quality Assurance initiative as it relates to STAR. In the process of developing a prototype Single Entry data process. This effort requires a complete understanding of real estate principles, policies, procedures, practices, and operations concerning STAR. Process flowcharts for detailed analysis of lease and Federal space processes relative to data housed in STAR, determine STAR data flow and system interfaces, and develop quality control process. Duties required all aspects relative to the planning and execution of a major enterprise-wide project. Organized and developed network of regional subject matter experts and contract personnel. Further responsible for project management of PBS effort to provide a web based user friendly format for data management information and reports utilizing Business

Objects.

Participated as a team member on regional Real Estate program evaluation teams. Imparted knowledge of the principles of real estate included recommendations for changing the way GSA does business.

Regional Liaison Officer. Responsible for communication with several regional real estate divisions. Raised issues related to the implementation/interpretation of real estate policies and procedures. Researched issues with PBS staff, agencies and management. Issued clarifying guidance on the interpretation of policies and procedures, produced sound solutions and guidance.

Program manager for lease acquisition delegations. Researched applicability of delegating authorities to agencies as business solution for space requirements. Issued authorities and guidance to client agencies. Conducted several delegation oversight reviews, including the Departments of Commerce and Interior.

Project manager/Team leader Activity-Based Cost Management program. In-depth analysis of management information system, financial information and labor distribution modules as they relate to program activities and business-line outputs. Produced methodologies for development of best practices, benchmark baselines, performance measures and accurate pricing data.

Primary analyst for monthly Real Estate performance measures 1991-1995. Responsible for statistical measurement of leading performance measurement data. Consolidated raw data into a concise and understandable fashion on a national level. Analyzed results, drawing conclusions relative to trends and business directions, researched data abnormalities and produced graphic results.

05/88 - 08/91 - Department of Veterans Affairs - Realty Specialist
07/86 - 04/88 - Bloomfield Mortgage - Loan Officer
05/85 - 06/86 - Chase Home Mortgage - Loan Officer
02/84 - 03/85 - US House of Representatives - Staff Assist
11/80 - 11/83 - AANCO Realty - Real Estate Broker
06/75 - 10/80 - Walker & Co. Realtors - Real Estate Broker/Sales


Education

1965 - 1969          West Leyden High School, Northlake, IL

1969 - 1970          Triton Junior College, Melrose Park, IL

1974 - 1975          Jones Real Estate College, Colorado Springs, CO (96 hours Real Estate Principles and Practices, Real Estate Law, and Real Estate Finance).
Other Qualifications


Job-Related Training:

BOMA Boot Camp     March 1996
Gov't Performance & Results Act     November 1995
Appraisal Standards & Practices     April 1994

```
Real Property Valuations & Procedures March 1994
Principles of Real Estate Appraisal February 1994
Negotiating Federal Real Property Leases August 1993
Cost & Price Analysis of Lease Proposals July 1993
Federal Real Property Lease Law      July 1992
Federal Real Property Leasing February 1993


                 Job-Related Computer Skills:

STAR 101              32 hours Formal Training
STAR Reports                   16 hours Formal Training
OA Tool                         8 hours training
Microsoft ACCESS                8 hours training, good working knowledge
Microsoft POWERPOINT    Self taught, excellent hands on ability
Microsoft EXCEL         8 hours training, excellent knowledge
Microsoft WORD          16 hours training, excellent  knowledge
HyperABC                14 hours formal training, good experience
Wordperfect             16 hours training
Lotus 123               16 hours training
```



Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

General Services Administration

Applicant Resume Detail

Vacancy Description: Program Expert
Certificate ID: 04-19503MP-MP00

Name: ROBERT J BURMEISTER

Robert J. Burmeister

USA Citizen  YES

Summary of Qualifications

Participated in most aspects of the Real Estate program at General Services Administration. Worked extensively with and have in-depth knowledge and understanding of the Federal Property and Administrative Services Act of 1949, s amended, the Public Buildings Acts of 1959 and 1988, the 1972 Public Buildings Amendments to the 1949 Act, the Cooperative Use Act of 1976, the Competition in Contracting Act, the Government Performance and Results Act of 1993, and other relevant laws and regulations. Through 20+ years experience in private and public real estate and financial operations, I have gained knowledge in the policies, procedures, practices and techniques relating to the acquisition, assignment and utilization of space as well as financial considerations, acquisition processes and property management. This has given me a well-rounded perspective of the real estate industry.

Work Experience

Aug 2001 - Present

Position as PBS Competitive Sourcing Program Manager has been upgraded to a temporary promotion to GS 14. I regularly exercise independent judgment, perform complex, sensitive, and high level work with an exceptional degree of difficulty and responsibility. I am the recognized expert in the business practices area for the competitive sourcing issues. I work with high-level contacts in PBS, GSA, and OMB on the application of business strategies, practices and competitive sourcing policies and procedures. I develop business strategies, practices and competitive sourcing policy development and execution, provide technical advice in the competitive sourcing area and, as such, possess comprehensive property management and business operations knowledge. I further provide expertise in analyzing and evaluating business practices and competitive sourcing programs for PBS.

Provide analytical skills and advisory support on matters relating to the Competitive Sourcing Program, including standard and streamlined competitions, the President's Management Agenda Initiative on Competitive Sourcing, and the proper

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert

**Certificate ID:** 040019503MP-MP00

---

**Name:** ROBERT J BURMEISTER

and accurate classification of commercial and inherently governmental functions under the Federal Activities Inventory Reform (FAIR) Act, in addition to issues concerning Human Capital Strategies. I have developed policies, procedures, guidelines and strategies to meet Competitive Sourcing initiatives and objectives, and have used my refined skill sets in analysis, data gathering, and information technology to support those activities. Maintain definitive contacts within GSA and other federal agencies Competitive Sourcing officials and work groups for the purpose of the development of program policy, goals, and objectives.

Regularly share knowledge across PBS to accelerate the improvement of business practices and competitive sourcing nationwide. Provide assistance to other PBS offices in developing strategies to improve their performance against key business measures and competitive sourcing projects.

Plan, manage, teach, and train technical and administrative in-house personnel in the knowledge and use of business practices and competitive sourcing techniques to improve program performance. Direct and control business operations and real property practices programs that have a direct and substantial impact on the organizations and programs managed. My current work involves decisions, actions, and recommendations that establish the basic content and character of my program in terms of program objectives and priorities, program initiation and content, funding, and allocation of organizational resources.

I compare performance of Regions related to program implementation. I operate and maintain a database for easy identification of business practices and competitive sourcing techniques in order to be responsive to queries for information on specific requirements.

I provide expert assistance and advice on the interpretation of competitive sourcing as it relates to real property and business operations programs. In those cases where existing agency goals, plans, or policy does not cover the problem or issue under review, I reference the United States Code and the Code of Federal Regulations, Comptroller General and GAO audit decisions, and other legal precedents available; interprets these documents, and develops definitive recommendations based on extensive analysis.

Using my specialized technical skills and knowledge I serve as an agency contact for competitive sourcing program decisions in real property and business operations business practices in regional, or headquarters organizations. Provides critical analysis of issues and the provide development and evaluation of

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert

**Certificate ID:** 040019503MP-MP00

**Name:** ROBERT J BURMEISTER

ongoing or new programs for management officials. I offer solutions to unique problems that may require evaluating methodologies and practices employed by other Federal organizations or private sector companies.

I frequently furnish significant information to Senior Management officials at the headquarters or regional level who seeks advice on issues often of importance to mission-essential goals or programs. Occasionally, I represent Senior Managers in meetings and dealing with industry executives, other GSA Officials, and Officials of other Government and State Agencies regarding competitive sourcing and A-76 projects.

I apply a wide range of qualitative or quantitative methods to assess and improve competitive sourcing program effectiveness or complex management processes, projects and systems. Develop long-range recommendations that employ the best methods to meet organizational goals, objectives and to adapt to changing needs based projected business practices in program or organizational requirements.

I have been involved in several high level projects related to STAR concerning service delivery and business operation models utilized in all of the regions of PBS for the application of quality control processes for improved data accuracy and management, in the capacityo Program/Project Manager and COTR.

Nov 1991 - Aug 2001 - Realty Specialist - GS1170 - 13- SalaryGeneral Services Administration - PBS - Washington, DC
Supervisor: Henry Singer (202) 501- 1447 - Please contact

Project manager for two major initiatives involving data accuracy. Primarily responsible for Data Clean-Up/Quality Assurance initiative as it relates to STAR. In the process of developing a prototype Single Entry data process. This effort requires a complete understanding of real estate principles, policies, procedures, practices, and operations concerning STAR. Process flowcharts for detailed analysis of lease and Federal space processes relative to data housed in STAR, determine STAR data flow and system interfaces, and develop quality control process. Duties required all aspects relative to the planning and execution of a major enterprise-wide project. Organized and developed network of regional subject matter experts and contract personnel. Further responsible for project management of PBS effort to provide a web based user friendly format for data management information and reports utilizing Business Objects.

Participated as a team member on regional Real Estate program evaluation teams.

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

# QuickHire
*Evaluate the people, not the paper.*

**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
**Certificate ID:** 040019503MP-MP00

**Name:** ROBERT J BURMEISTER

Imparted knowledge of the principles of real estate included recommendations for changing the way GSA does business.

Regional Liaison Officer. Responsible for communication with several regional real estate divisions. Raised issues related to the implementation/interpretation of real estate policies and procedures. Researched issues with PBS staff, agencies and management. Issued clarifying guidance on the interpretation of policies and procedures, produced sound solutions and guidance.

Program manager for lease acquisition delegations. Researched applicability of delegating authorities to agencies as business solution for space requirements. Issued authorities and guidance to client agencies. Conducted several delegation oversight reviews, including the Departments of Commerce and Interior.

Project manager/Team leader Activity-Based Cost Management program. In-depth analysis of management information system, financial information and labor distribution modules as they relate to program activities and business-line outputs. Produced methodologies for development of best practices, benchmark baselines, performance measures and accurate pricing data.

Primary analyst for monthly Real Estate performance measures 1991-1995. Responsible for statistical measurement of leading performance measurement data. Consolidated raw data into a concise and understandable fashion on a national level. Analyzed results, drawing conclusions relative to trends and business directions, researched data abnormalities and produced graphic results.

05/88 - 08/91 - Department of Veterans Affairs - Realty Specialist
07/86 - 04/88 - Bloomfield Mortgage - Loan Officer
05/85 - 06/86 - Chase Home Mortgage - Loan Officer
02/84 - 03/85 - US House of Representatives - Staff Assist 11/80 - 11/83 - AANCO Realty - Real Estate Broker
06/75 - 10/80 - Walker & Co. Realtors - Real Estate Broker/Sales

Education

1965 - 1969    West Leyden High School, Northlake, IL

1969 - 1970    Triton Junior College, Melrose Park, IL

**QuickHire**
Evaluate the people, not the paper.

**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
   **Certificate ID:** 040019503MP-MP00

**Name:** ROBERT J BURMEISTER

1974 - 1975    Jones Real Estate College, Colorado Springs, CO (96 hours Real Estate Principles and Practices, Real Estate Law, and Real Estate Finance).
Other Qualifications

Job-Related Training:

BOMA Boot Camp March 1996
Gov't Performance & Results Act November 1995
Appraisal Standards & Practices April 1994
Real Property Valuations & Procedures March 1994
Principles of Real Estate Appraisal February 1994
Negotiating Federal Real Property Leases August 1993
Cost & Price Analysis of Lease Proposals July 1993
Federal Real Property Lease Law July 1992
Federal Real Property Leasing February 1993


Job-Related Computer Skills:

STAR 101   32 hours Formal Training
STAR Reports  16 hours Formal Training
OA Tool   8 hours training
Microsoft ACCESS    8 hours training, good working knowledge
Microsoft POWERPOINT Self taught, excellent hands on ability
Microsoft EXCEL  8 hours training, excellent knowledge
Microsoft WORD  16 hours training, excellent knowledge
HyperABC   14 hours formal training, good experience
Wordperfect   16 hours training
Lotus 123   16 hours training