# Staging Area Applicant Listing

## General Services Administration

## 0301 Program Expert

Vacancy Number: 040035103MP
Staging Area: SA-GSA-0001, Created: 6/3/04 12:37:09 AM
Ranking: No Veteran's preference applied

Grade: 14

| | Total | Applicant | SSN | Vet Type | Permanent Address | |
|---|---|---|---|---|---|---|
| BQNC | 99.77 | VIRGINIA MCDONALD | | - | | GSA |
| rck 1G | 97.98 | | | - | | GSA |
| XPH | 97.75 | | | CPS | | NO SUPPK |
| BQNC | 95.00 | | | TP | | SF50 G8-14 |
| | 94.05 | | | - | | |
| BQNC | 92.40 | | | - | | GSA |
| MP | 91.34 | | | - | | GSA |
| MP | 91.11 | IONA CALHOUN | | - | | GSA SF50 |
| XPH | 91.11 | | | - | | |
| ADNQ | 89.12 | | | TP | | DD214 MS |
| ADNQ | 87.25 | | | TP | | NO SUPPK |

(18)

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 6/7/04

GOVERNMENT EXHIBIT 34



# Staging Area Applicant Listing

General Services Administration

0301 Program Expert

**Vacancy Number:** 040035103MP

**Staging Area:** SA-GSA-0001, Created: 6/3/04 12:37:09 AM

**Ranking:** No Veteran's preference applied

| | Score | | | | | | |
|---|---|---|---|---|---|---|---|
| ADNQ | 85.73 | [redacted] | [redacted] | CPS | [redacted] | [redacted] | GS-14 – N/S SF50 PD 2-14 |
| ADNQ | 83.70 | [redacted] | [redacted] | – | [redacted] | [redacted] | SF50 GS-13 |
| MP | 82.33 | [redacted] | [redacted] | – | [redacted] | [redacted] | SF50 GS13 |
| ADNQ | 79.66 | [redacted] | [redacted] | TP | [redacted] | [redacted] | GS-13 SF50 PD214 |
| ADNQ | 78.82 | [redacted] | [redacted] | – | [redacted] | [redacted] | GS-13 SF50 |
| ADNQ | 77.40 | [redacted] | [redacted] | – | [redacted] | [redacted] | GS-13 SF50 |
| ADNQ | 75.19 | [redacted] | [redacted] | – | [redacted] | [redacted] | |

3 – MP
3 – BQNC

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.