**GOVERNMENT EXHIBIT 35**

# FORMAL COMPLAINT OF DISCRIMINATION
(Read information on the back of Copy 3 carefully before completing this form.)

NOTE: IF YOU WISH TO FILE A FORMAL COMPLAINT OF DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL, COMPLETE THIS FORM.

## 1. COMPLAINANT INFORMATION

a. NAME (Last, First, MI): Calhoun, Iona D.
b. HOME ADDRESS: [redacted]
c. HOME TELEPHONE NUMBER: [redacted]
d. SOCIAL SECURITY NUMBER: [redacted]
e. POSITION TITLE/SERIES/GRADE:

## 2. EMPLOYMENT INFORMATION

a. TYPE (Check one): [X] GSA  [ ] FEDERAL  [ ] FORMER GSA  [ ] NON-FEDERAL
b. NAME OF PROGRAM OFFICE: OGP/Office of Real Property Pol.
c. OFFICE ADDRESS: 1800 F Street, N.W., Washington, D.C. 20405-0002
d. OFFICE TELEPHONE NO.: (202) 501-0821

## 4. CHECK BASIS(ES) YOU BELIEVE CAUSED THE DISCRIMINATION

[X] a. RACE (State type): African American
[X] b. COLOR (State type): Black
[ ] c. RELIGION
[ ] d. NATIONAL ORIGIN
[X] e. SEX: [X] FEMALE  [ ] MALE  [X] EQUAL PAY  [ ] SEXUAL HARASSMENT
[ ] f. HANDICAP: [ ] PHYSICAL  [ ] MENTAL
[X] g. AGE (State years): 59
[X] k. REPRISAL
DATE OF BIRTH: [redacted]

## 5. DESCRIPTION OF DISCRIMINATION

I am discriminated against because of Race (African American), Color, (black), Sex, (female), and Age (59) for more than twenty years due to on-going non-selection for promotion(s) by GSA managers which sabotaged my career. This act of discrimination is due to non-selection for Vacancy Announcement 040019503MP, Program Expert, GS-14. I am also discriminated against due to reprisal for prevailing in an earlier EEO complaint, for filing class action grievances, EEO complaints, and for actions performed as a union official (President). I am denied Equal Pay.

6a. NAME OF EEO COUNSELOR: Anne J. King
6b. TELEPHONE NUMBER: (703) 548-3683

## 7. REPRESENTATION

a. NAME OF REPRESENTATIVE: Bruce C. Ramson, Jr.
b. TITLE: Attorney
c. TELEPHONE NUMBER: (301) 649-4540
d. ADDRESS:

## 8. STATE REMEDY SOUGHT IN THIS COMPLAINT

To be made whole, payment of all legal fees, punitive damages and other negotiable items

9a. SIGNATURE OF COMPLAINANT: Iona D. Calhoun
9b. DATE: August 23, 2004

DO NOT WRITE BELOW THIS LINE (For Agency Use Only)

AGENCY DOCKET NUMBER:
NAME OF COMPLAINANT:
SIGNATURE OF RECEIVING OFFICIAL:
DELIVERED BY (Check one): [ ] MAIL  [ ] HAND DELIVERY  [ ] OTHER
DATE OF DELIVERY:
DATE:

GENERAL SERVICES ADMINISTRATION       1 REGIONAL EEO OFFICE       GSA FORM 3467