

GSA Office of Civil Rights

August 23, 2004

<u>CERTIFIED MAIL
RETURN RECEIPT REQUESTED</u>

Ms. Iona Calhoun
c/o Bruce C. Ramson, Jr.
1131 University Blvd., Suite 804
Silver Spring, MD  20902

Dear Ms. Calhoun:

In accordance to regulations (29 C.F.R. part 1613.106(e)), this letter acknowledges receipt of your formal complaint of discrimination dated and received in the Office of Civil Rights on July 9, 2004. In that complaint you alleged that based on reprisal, you were non-selected for a Program Expert, GS-14 position announced under VA #040035103MP.

On June 22, 2004, you wrote to the Office of Civil Rights alleging that you had been discriminated against when you were non-selected for the position of Program Expert, GS-14 announced under VA #040019503MP. Counseling was conducted on that claim and you were issued your Notice of Rights to File on July 19, 2004. On August 2, you filed a formal complaint alleging that you had been non-selected for the Program Expert, GS-14 position based on your race (African American), color (black), sex (female), age (59 - DOB: 11-17-44) and reprisal (prior EEO activity). The complaint filed on August 2, 2004 was acknowledged and accepted on August 19, 2004 for investigation.

In accordance with regulations (29 C.F.R. Part 1614.106(d)) a complainant may amend a pending EEO complaint to add claims that are like and related to those claim(s) raised in a pending complaint. There is no requirement that the complaint seek counseling on those new claims. Further, if the EEO Officer concludes that the new incident(s) raises a new claim, but that the new claim is like and related to the claim(s) raised in a pending complaint, the agency must amend the complaint to include the new claim.

Based on the above, I have determined that the new incident raises a new claim but that this claim is like or related to the claim raised in the August 2 complaint that is pending. Therefore, the August 2 complaint is being amended to include your July 9, 2004 complaint.



GOVERNMENT
EXHIBIT
37

U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0002
www.gsa.gov

All written notice of your rights and timeframes for exercising those rights as delineated in the August 19, 2004, letter remains the same.

Sincerely,

*Bernadette S. Butler*
Bernadette S. Butler
Central Office EEO Officer

cc: Ms. Iona Calhoun
    13018 Valleywood Drive
    Wheaton, MD  20906-3955