

**GSA** U.S. General Services Administration

| Home | Buying Through GSA | Selling to the Government | About GSA | Contacts |

Serial: 040019503MP-MP00
Vacancy: 040019503MP Program Expert
Location: Washington DC Metro Area, DC
Grade(s): 14

## Applicant: CALHOUN, IONA
## Personal Data

| First Name: | IONA |
|---|---|
| MI: | D |
| Last Name: | CALHOUN |
| Address1: | |
| Address2: | |
| City: | |
| State: | |
| Zip Code: | |
| Plus 4: | |
| Phone: | |
| Email: | |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

*[handwritten notes: "MP, MK, IR, IN / 2 clarifications GS-14/101"]*

## Report Results

### 040019503MP Program Expert

GOVERNMENT EXHIBIT 38

| Grade | Number | Question | Answer |
|---|---|---|---|
| All Grades | 1 | You must have one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education. | I have one full year of specialized experience that is equivalent in responsibility and scope to the GS-13 level in the Federal service. Specialized experience is experience that is in or directly related to the duties described in the vacancy announcement |
| | | | Performed the full range of reviewing and analyzing real property policy in |

https://jobs.quickhire.com/scripts/gsa.exe/runGetCertAppData?TYPE=0&AIDX=11&CER...  3/12/2004

proposed bills, laws, regulations, and Presidential orders. Analyzed design, construction, building, space management, leasing, procurement, safety, and environmental real property topics in the update of the General Reference Guide for Real Property Policy. Independently analyzed 4 major DOD Installation and Facilities' real property reports for government-wide use to rank the real property in critical areas such as acquisition, construction, renovation, readiness, and other areas. Lead Analyst in the preparation of two financial StopLight (formerly RAG) reports sent monthly to the Chief Information Officer (CIO). The CIO uses the reports to review expenditures and ensure alignment with GSA's strategic government-wide goals, objectives, and mission. Liaison for MP`s Real Property Liaison Program. Encourage ongoing dialogue and collaboration with SBA`s Assistant Administrator and the Executive Director. Ensure real property issues are directed to the appropriate GSA officials, perform periodical follow-ups with SBA officials, and provide pertinent data on changes to real property policy. Analyzed Internal Performance Review (IPR) plans for consistency and accuracy in meeting established program goals and objectives. Reviewed program areas for the Public/Private Partnership, e-Real Estate, FIRM, Worldwide Inventory (WWI), and Cooperative Administrative Support Unit (CASU) Program. Performed follow-ups with analyst to resolve discrepancies. Attended Foundation Information for Real Property Management (FIRM), Wide World Inventory (WWI), and Federal Real Property

| | | | |
|---|---|---|---|
| All Grades | 2 | Please describe your experience which you feel meets the requirements for this grade level. | Council meetings held with the agency representatives to discuss issues, identify problems, and resolve issues. I have the expertise necessary for the work performed in Real Property Policy Division (MPR). I have work on GSA policy issues for more than 25 years and on e-Government functions, which are conducive to the work actually being performed in the MPR. GSA is responsible for providing agencies assistance in addressing IT requirements. As a member of the IT Emerging Policy Division, I was a speaker at training forums, provided informational IT speakers, written policy guidance, and participated as a member of collaborative IT groups such as Webmasters and the CIO Council's eGovernment Committee. I provided written IT policy issues for GSA's IT policy web site. In the implementation of the Government Paperwork Elimination Act (GPEA), Clinger-Cohen, and the Government Paperwork Reduction Act (GPRA), I worked on IT programs to assist agencies through the performance of web assignments to link major topic categories Federal web pages across the Government for similar subject items in major Federal departments and agencies. I researched, analyzed, wrote, and presented IT issues in response to IT policies, the sharing of best practices principles, and as guidance to presented to Federal agencies via the itpolicy.gov web page. I have worked on web based projects such as eAgency, eTraining, eManagement, eTraining, and eEntreprenuer which is the conversion of these issues from paper to electronics using IT and the Internet to product, receive, coordinate, interact, and |

Handwritten annotation: "IT experience"

provide services. I have produced a wide array of IT papers available via the Internet, a few of the subjects are: Knowledge Management, Ideas for Government-wide Portals, Information Content Issues and Laws Dealing with the Web, Intellectual Property Patent, Copyright & Trademark, Equal Employment Opportunity, Four Leadership Principles for Organizations, Outsourcing. I provided expertise and advised top IT management on new developments and advanced techniques in a wide variety of IT areas, including system design (revised the data calls); analyzed the acquisition programs of Federal agencies and advised on the overall program effectiveness and adherence to regulations and guidance. As an IRM Review Specialist and a member of the Information Resources Management (IRM) and Procurement Review (IRM/PR) Team, I worked on teams to reviewed 13 major department and agencies` high technology information management acquisitions and information management programs. An evaluation of an agency`s management of their information resources management (IRM) activities for technical and managerial merit and compliance with pertinent laws and regulations is conducted to determine the agency`s level of Delegation of Procurement Authority. Analyzed the following IRM functional areas: acquisition management of ADP and telecommunications procurement contracts, IRM oversight, IRM strategic planning, records management, ADP equipment inventories, IRM reviews, and special emphasis programs such as computer accessibility for users with disabilities.

Independently analyzed ADP/telecommunications procurement information for more than 35 acquisitions ranging from a Delegation of Procurement Authority from an average of several million dollars to half a billion dollars for a single acquisition. Made astute and knowledgeable observations in the review of information management functions for agency compliance with laws and agencies guidance. Knowledge is based on guidance, regulations, and laws stated in the Federal Information Resources Management Regulations (FIRMR), the Federal Acquisition Regulations (FAR), pertinent OMB Circulars, the Brooks Act, and the Paperwork Reductions Reauthorization Act. I have expertise in using statistical measuring techniques and analysis to develop data for the FRPP information system. Analzyed data and identified trends, to produce an annual comparative statistical analysis between the age of computers in the Federal Government and private industry's Fortune 500 companies. Produced annual reports on the age of computers in the Federal Government; identified trends: "The Comparative Age of ADP Equipment: FederalGovernment and Private Sector" which were sent nationwide to Federal agencies and Congress. I have knowledge of contacting. Analyzed procurement proposals to obtain real property management systems used by Federal agencies. Stated the pros and cons, made recommendations, and provided justification on the best buy contract that met the requirements of the customer agencies. Conducted contract functions for an ADP/Telecommunications. The requirements of Questions 4 and 6 are not

| | | | |
|---|---|---|---|
| | | | applicable to the work performed the Real Property Policy Division. |
| All Grades | 3 | I have experience developing or participating in the development of real property policy. | Yes |
| All Grades | 4 | I have experience independently managing programs related to the following real estate fields: (mark all that apply) | I do not have Federal real estate experience in the areas stated below. |
| All Grades | 5 | I have experience in the following (check all that apply): | Preparing memos<br>Preparing formal briefings<br>Preparing instructional material<br>Preparing fact-finding reports<br>Preparing memos sent to external organizations<br>Published articles in technical newsletters or journals<br>Preparing regulations including the Federal Property Management Regulations, Federal Management Regulations, and agency Bulletins |
| All Grades | 6 | I have experience in the following real estate specialties: | management |
| All Grades | 7 | Do you have experience in developing initiatives relating to real property policy including user-friendly regulations and initiatives which promote effective real property asset management? | Yes |
| All Grades | 8 | I have participated as a member of a team of self directed real estate specialists and program analysts/experts in the accomplishment of complex, major real property related initiatives. | Yes |
| All Grades | 9 | I have experience coordinating and interacting with others regarding real estate matters | True |
| All Grades | 10 | I have experience leading a team of real estate specialists in the accomplishment of complex, major real estate projects. | False |
| All Grades | 11 | Recognize an organizational problem; seek and implement an improved, innovative or non-traditional solution. | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 12 | Act decisively to modify and promote customer service and/or quality of programs and policies. | True |
| All Grades | 13 | Interact with a variety of associates at different organizational levels. | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 14 | I have actively participated on a number of project teams. | True |
| All | | | Program Manager, Federal CIO Mentoring Program, with agency team members developed a nationwide program. Member on 13 IRM & Procurement |

| | | | |
|---|---|---|---|
| Grades | 15 | Please specify teams and your experience. | Review Teams, analyzed major departments/agencies' high technology information management acquisitions & programs. |
| All Grades | 16 | I have procured and administered contracts for the following: | None of the above |
| All Grades | 17 | Apply contracting rules, regulations and procedures under varying situations to obtain goods and services from people such as lessors, property management agents, service contractors, construction contractors and suppliers. | I have had education or training in performing this task, but have not yet performed it on the job. |
| All Grades | 18 | Develop long-range real estate procurement plans. | I have not had education, training, or experience in performing this task. |
| All Grades | 19 | Work with formal teams in a project environment. | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 20 | I have actively participated on project teams | Yes |
| All Grades | 21 | I have experience procuring information technology (IT) services (e.g., systems integration, software development, LAN management). | True |
| All Grades | 22 | Do you have experience interpreting and applying the Federal Acquisition Regulations (FAR)? | Yes |
| All Grades | 23 | Have you been a Contracting Officer's Technical Representative (COTR)? | Yes |

## RESUME for IONA CALHOUN

```
RESUME

RESUME: March 09, 2003

Iona D. Calhoun
    Vacancy Information:

Announcement Number: 03008903MP

Vacancy Description:    Program Expert
SSN 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
    Series/Grade:  GS-0301Y-14
USA Citizen
        Salary  GS-14/10
Highest Grade: GS-0301Y-14/10
Email:


WORK HISTORY

Office of Real Property
                          08/2001 - Present
Real Property Policy Division (MPR)
Office of Government-wide Policy
General Services Administration
1800 F Street, NW
```

Washington, DC 20405-0001

Management and Program Analyst, GS-343-13

I performed the full range of reviewing and analyzing real property policy in proposed bills, laws, regulations, and Presidential orders. The real property topics analyzed covered the design, construction, building, space management, leasing, procurement, safety, and environmental were conducted to update the General Reference Guide for Real Property Policy.

Independently analyzed major Department of Defense's Installation and Facilities real property reports for government-wide use by other agencies. The DOD reports assessed installations and facilities using different methodologies to rank the real property in critical areas such as acquisition, construction, renovation, readiness, and other areas. Wrote a feasibility study containing recommendations, discussed the pros and cons, how the information can be used by other agencies, and made a decision on whether each report was conducive government-wide use.

Lead Analyst in the preparation of two financial StopLight (formerly RAG) reports sent monthly to the Chief Information Officer (CIO). Data provides current information on the financial status and work progression of two nationwide, real property, SW, computer systems administered by the Office of Real Property. The CIO uses the financial reports to ensure that expenditures are carefully monitored and to monitor the management of these systems for alignment with GSA's strategic government-wide goals, objectives, and mission.

As the Liaison for the Small Business Administration (SBA) Office of Real Property Liaison Program, encourage ongoing dialogue and collaboration with the Assistant Administrator and the Executive Director. Work with the agency officials to ensure real property issues are directed to the appropriate GSA personnel, perform periodical follow-ups with SBA officials, and provide information regarding updates or changes to real property policy.

Analyzed Internal Performance Review (IPR) plans for consistency and accuracy in meeting established program goals and objectives. Reviewed program areas for the Public/Private Partnership, e-Real Estate, FIRM, Worldwide Inventory (WWI), and Cooperative Administrative Support Unit (CASU) Program. Performed follow-ups with analyst to resolve discrepancies.

Attended Foundation Information for Real Property Management (FIRM), Wide World Inventory (WWI), and Federal Real Property Council meetings held with the agency representatives. Discussed pertinent issues, assist in identifying problems. Collaborated with agency representatives and vendor(s) to resolve issues.

Wrote articles for MP Hot Items newsletter. Prepared synopsis on seminars attended, circulated notes among associates.
(Supervisor: Stanley C. Langfeld, Phone (202) 501-1737)

```
Office of Information Technology
                04/1994 - 08/2003
Emerging IT Policy Division (MKE)
Office of Government-wide Policy
General Services Administration
1800 F Street, NW
Washington, DC  20405-0001

Computer Specialist, GS-0334-13

        Analyzed and wrote topic papers on various IT subjects
posted on GSA's IT policy web site. Made oral IT
presentations before agencies' Webmasters Groups. Wrote
and presented a speech on IT Challenges at GSA's National
Travel Conference 2000.

Using the Government Paperwork Elimination Act (GPEA),
Clinger-Cohen, and the Government Paperwork Reduction Act
(GPRA), I researched, analyzed, wrote, and presented IT
issues in response to IT policies, the sharing of best
practices principles, and as guidance to presented to
Federal agencies via the itpolicy.gov web page. Provided
written recommendations to GSA officials on policy issues.
 Produced web based projects; eAgency, eTraining,
eManagement, eTraining, and eEntreprenuer to convert
issues from paper to electronics using IT and the Internet
to product, receive, coordinate, interact, and provide
services. Wrote a wide array of IT papers posted via the
Internet, i.e.,
  Knowledge Management,
  Ideas for Government-wide Portals,
  Information Content Issues and Laws Dealing with the Web,
  Intellectual Property Patent,
  Copyright & Trademark,
  Equal Employment Opportunity,
  Four Leadership Principles for Organizations,
  Outsourcing

(Supervisor:  Rich Kellett, Phone (202) 501-1650)

Management Reviews Division
                11/1989 - 04/1998
Information Resources Management Service (IRMS)
General Services Administration
1800 F Street, NW
Washington, DC  20405-0001

IRM Review Specialist, GS 301-13

As a team member, I conducted Information Resources and
Management Reviews (IRM/PR) of Federal agencies granted a
Delegation of Procurement Authority by GSA. Participated
in the IRM reviews of thirteen major Federal departments
and agencies; i.e., Commerce, Office of the Secretary of
Defense, Army, National Aeronautics and Space
Administration, Justice, Housing and Urban Development,
Education, and Veterans Affairs. Conducted meetings with
senior and high level officials, staff, and users of IT
technology. Verified and evaluated how pre-acquisition
studies were performed using to laws, executive orders,
and agency guidance as a basis. Analyzed agencies' high
technology information management acquisitions.
Independently analyzed more than thirty-five
ADP/telecommunications procurement acquisitions with a
Delegation of Procurement Authority (DPA) ranging from
several million dollars to half a billion dollars.
```

Analyzed for agency compliance with laws and regulations as stated in the Federal Information Resources Management Regulations (FIRMR), the Federal Acquisition Regulations (FAR), pertinent Office of Management and Budget (OMB) Circulars, the Brooks Act, and the Paperwork Reductions Reauthorization Act.

Made recommendations to correct existing deficiencies, improve the overall efficiency and effectiveness of an agency's function, address a weaknesses such as the lack of adequate oversight in program areas or the acquisition management of major systems.
Supervisors: Larry Jackson (Retired)
              Tom Horan    (202) 208-6197
              Susan Robson Tobin (Retired)

Financial Crimes Enforcement Network (FinCEN)
      04/1993 - 04/1994
Department of the Treasury
Vienna, VA
IRM Specialist, GS-301-13

Detailed to a GS-14 position for one year. Provided a variety of IRM functional support to project managers. Worked on Delegations of Procurement Authority (DPAs) and Requirements Analysis packages. Provided comments on statements of work. Interviewed FinCEN's managers and users to assess needs. Identified analytical tools required to provide services required by the users. Conducted an overall agency IRM review. Analyzed the information received on IRM functions from each office. Prepared a self-assessment of the Fin CEN's IRM Review Program and provided recommendations for improvement.

Analyzed and provided recommendations on OMB draft Circular A-130.
Wrote justifications for employee awards.

As the marketing and user liaison, coordinated a study to implement the database among program areas for the various libraries within FinCEN. Communicated effectively (orally and written), with management, colleagues, and peers on the Fin CEN's Information Systems Plan, the Information Strategic Plan, Treasury Certification program for Federal Information Processing (FIP), statement of Work Writers, and the FinCEN Records Management Program.

Acquisition Reviews Division
                90-days
Information Resources Management Service
General Services Administration

Management Analyst GS-343-12

Detailed to crossed-trained as an ADP/Telecommunications Procurement Analyst. Analyzed Agency Procurement Requests (APRs), discussed relevant issues with the appropriate agency officials, prepared the background memoranda, and Delegation of Procurement Authorities responses to the agency.

Data Analysis Branch
                02/1988 - 11/1989
Information Resources Management Service
General Services Administration

Management Analyst GS-343-12

Produced annual reports on the age of computers in the Federal Government. Identified trends, conducted a comparative analysis between the age of computers in the Federal Government and private industry's Fortune 500 companies. Annual reports used by GSA as a focal point to enlist Congressional support for " a computer on every desk" which became a reality for the Federal Government. Wrote report: The Comparative Age of ADP Equipment: Federal Government and Private Sector" sent nationwide to all Federal agencies and to Congress. Updated data in the computer database system used to track the age of the Federal government's computer systems.

Participated in a Governmentwide survey to determine the impact of information technology on the office environment. Interviewed participants who had significant experiences in the installation and use of automated workstations and associated telecommunications. Wrote a summary of the problems participants encountered. The final report, Microcomputer Survey Report, September 1988.

Responsibility for promoting greater use of the IRM Forecasters' Technical Information Services. I consistently reviewed or used technical information from Computer Intelligence, Datapro, International Data Corporation, Gartner Group, Yankee Group, Faulkner, Taurus, and FEDMARK. Provided information to GSA employees. Updated the library of forecasters services. Provided technical assistance to the IRMS' staff in use of the forecaster services and databases.

Presented quarterly GSA-wide IRM seminars featuring speakers from the IRM Forecasters; Technical Information Services (Gartner, Yankee Group, etc.). Conducted all facets required to plan, organize, and present seminars. Introduced speakers, GSA officials, and topics. Forums were expanded and opened to all Federal agencies. Responsibilities increased to the management of quarterly, IRM, government wide forums held at The George Washington University.

Office of Office Innovative (Information) Systems
         02/1982 - 02/1988
Management Analyst GS-343-12

Performed special studies, evaluated agency records management policies, IRM regulations, directives systems, interviewed officials, wrote findings and made recommendations; planned and organized IRM forums; and developed computers security guidelines. Researched, interviewed government officials, and wrote articles for the GSA Information Resources Management Newsletter. Micrographics liaison for the Federal Government, wrote replies in response to requests for information from the public, industry, or Congress. Contracting Officer Technical Representative (COTR), liaison between the contractor, GSA management, and GSA's Crystal City Training Center. Procured a contract for an ADP/Telecommunications course; met to discuss and ensure that all course material was presented according to specifications. Performed post-procurement, audited the first class presented at GSA Training Center, interviewed participants, and made recommendations for improvements in the course materials.

Committee Management Secretariat (CMS)
11/1977 - 02/1982
Office of the Federal Register
National Archives & Records Service
Management Analyst/CMS Specialist

I conferred on a daily basis with agency Committee Management Officials (CMOs), OMB examiners, Congressional staff, and the general public on matters pertaining to the "care and feeding" of Federal and Presidential advisory committees. Performed all functions and responsibilities in CMS including Acting Director for a six-month period (alternated with another analyst). Responsible for the establishment and revising of the CMS database used to track data on advisory committtes.

Education:
University of Maryland, University College Graduate School of Management and Technology, Master of Science in Computer Systems Management, Specialty Track: Information Resources Management, 1998
1000 by the Year 2000 Information Resources Management (IRM) Certificate Program, October 1995
The George Washington University, Bachelor of Business Administration (BBA), Majors: Economics and Personnel Management, 1976

Training:
Performance Based Service Contracting, May 2003
Appraisal Institute: Appraisal Procedures (Real Estate), September 2002
Information Resources Management Conference (IRMCO), September 2000
Information Resources Management Conference (IRMCO), September 1999
OPM Management Development Center, Federal Human Resource Management Seminar, May 1996

Extracurricular Activities:
   Americorps: DC Link and Learn: As a volunteer, I worked to reduce the digital divide by teaching adults and students MicrosoftWord, Internet, basic computer skills and FrontPage at the DC community centers and schools. Participated in nationwide AmeriCorps, Project First, community day activities to tech computer skills to adults and students in Atlanta, GA, Oakland, CA, and Washington, DC.
   Executive Board Member of the Parents, Teachers, and Students Association (PTSA): For seven years, I made presentations at school meetings, presented educational seminars before parents, teachers, and students, and presented oral testimony before the Montgomery County School Board on budgetary issues, which were broadcast over cable TV.
   GSA Toastmasters ™ Club: Participated for many years as a member and directed the GSA Toastmaster Club as the President, Deputy Area Governor, Educational Vice President and Secretary. I entered and won various speaking contests, conducted educational seminars, and participated as an exchange speaker at other TM clubs. I was a frequent speaker at the annual Christmas Pageant on the Mall.
   Montgomery County Co-op Service, Financial Counseling: Volunteer for Financial Counseling for over ten years, met with clients to discuss how to resolve financial issues.

Labor Relations:  I meet with various personnel -- from senior management officials to support staff personnel and employees regarding labor/management issues and negotiations.  These tasks required following appropriate protocol, ethics, and etiquette while meeting with people on a one-on-one basis as well as when making presentations before large groups of people at labor/management governmentwide conferences.  Issues discussed are sometimes critical and good negotiation skills are required to come to a comprised agreement.



Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.