

**U.S. General Services Administration**



Serial: 040035103MP-NC01
Vacancy: 040035103MP Program Expert
Location: Washington DC Metro Area, DC
Grade(s): 14

### Applicant: MCDONALD, VIRGINIA
### Personal Data

| First Name: | VIRGINIA |
| --- | --- |
| MI: | B |
| Last Name: | MCDONALD |
| Address1: | ███ |
| Address2: | |
| City: | ███ |
| State: | ███ |
| Zip Code: | ███ |
| Plus 4: | |
| Phone: | ███ |
| Email: | ███ |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

## Core Questions

| 15 | May we contact your current supervisor for a reference? |
| --- | --- |
| | Yes |

## Report Results

### 040035103MP Program Expert

**GOVERNMENT EXHIBIT 38A**

| All Grades | 1 | You must have one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education. |
| --- | --- | --- |
| | | I have one full year of specialized experience that is equivalent in responsibility and scope to the GS-13 level in the Federal service. Specialized experience is experience that is in or directly related to the duties described in the vacancy announcement |
| | | Please describe your experience which you feel meets the requirements for this grade level. |

| | | |
|---|---|---|
| | | I have specialized experience and training that meets the requirements of this job in information technologies, governmentwide real property asset principles, statistical measuring techniques, knowledge of contracting, administrative services, as well as a COTR. As a member of the CPUG Group, I defined PBS' current customer/business information and translated into an IT strategy for the Customer Profile System (CPS). CPS is a web-based profile system that lists customer accounts by Rent, RWA revenue, FFO, and hard and soft customer data from GSA Legacy Systems (STAR, PIP FMIS, NEAR), surveys & account management intelligence. I developed customer profiles in all areas the life cycle of the real property asset from acquisition, utilization and disposal for the Department of Education, Department of Labor, Department of Transportation and the Social Security Administration that includes information on agencies budget data, capital projects, customer surveys, strategic plans, and portfolio, revenue and space analysis for input into the CPS information system. I was responsible for real property inventory listings and reports on real property surveys for Federal Agencies to determine if the agencies are utilizing the property to its maximum benefit or should it be declared excess. I graduated a 3-year NCR Buildings Management training program with rotational assignments in facilities operations in field & staff offices. Areas were Operations & Management, energy, building services, concessions, environmental health, contracts, building alterations and resource management. I worked with PBS' regional Finance, Construction, Leasing and Reimbursable Programs. I conducted financial analyses on the FBF & NEAR accounting system. I earned a Real Property Designation from BOMA in Administration of Real Property, Administration of Real Property, Design Operation and Maintenance of Building Systems, Real Estate Finance Investment and Finance, Managerial Accounting Concepts, Insurance & Risk and Legal Concepts. I conducted management oversight of real property programs for maintenance, energy, buildings services, and concessions activities. I was the lead with OPM to develop a formal 40-hour training course for our customer on the policies, procedures and standards of PBS' delegations program that included all areas of real property management operations & policy on Operations & Management, Leasing, Cleaning, Energy, Space Planning, R& A, Resource Planning, Protection, Contracting and Delegations Policy. I revamped & quantified the delegation evaluation guidelines used to measure the performance of delegated agencies in all areas of real property asset management to include O&M, Leasing, Cleaning, Energy, Space Planning, Repair & Alterations, Contracting, Protection and Resource Management. |
| All Grades | 2 | I was responsible for scheduling real property surveys for Federal Agencies to determine if the agencies are utilizing the property to its maximum benefit or should it be declared excess and upkeep of the inventory. I was trained in focus group moderation, benchmarking techniques and quantitative survey analysis. I held customer roundtable discussions and focus groups to gather customer intelligence on real property operations & asset management issues to obtain best practices, educate, and bring the voice of the customer into PBS' decision-making process. I conducted customer roundtables related to PBS environmental issues and other real property management issues. I coordinated the Real Property Interagency Advisory Council (REPIAC) and FAMA meetings with our customers & senior managers on real property asset management issues. Lead for the development of PBS' National Marketing Plan to include situational external customer external analyses on PBS' environment, customers, vendors, industry players, opportunities and threats, competition, customer satisfaction and marketing goals and measurement. I am responsible for developing strategic customer strategies and incorporating them into PBS national customer coverage & business strategy. This includes developing & implementing strategies for educating & managing expectations of customers to enhance PBS' ability to achieve strategic customer objectives in real property asset management. I have extensive training and knowledge in contracting. Trained and worked in PBS' regional Finance, Construction, Leasing and Reimbursable Program, Federal Buildings Fund, NEAR accounting & Financial Analysis. I have written scopes of work, evaluated contracts and am the COTR for the following contracts: PBS' 2003 & 1995 Marketing Plan (situational analysis on PBS environment, customers, vendors, industry players, opportunities, threats, a& competition and marketing goals); road map for PBS' customer value & and segmentation to segmentation to focus on the customer as PBS' ultimate asset by developing customer coverage strategies to deliver the appropriate real property management services;, Project Jump Start Training on customer relationship management and real estate principles, 9 blanket purchase agreements for communications, quantitative and qualitative survey, market research, copywriting, conference planning and facilitation; and training course for our delegated customer agencies on policies, O& M, leasing, contracting, repair and alterations, protection and resource management . I was on the CORE Business Process Reengineering Team for the development of the PBS' Office of Business Development, marketing, communications and account management functions. I held roundtable discussions and focus groups with private sector experts to obtain best practices in business development in the real property asset management areas. I authored the business design document for the Office of Business Development's marketing, communications, business planning and account management functions to include mission, roles and responsibilities, organization structure, skill sets and measurement. I completed all the administrative activities such as functional statements, position descriptions and orders to establish the Office of Business Development. I developed marketing and communications strategies to PBS employees, customers, suppliers, and stakeholders. This included customer |

| | | |
|---|---|---|
| | | outreach efforts such as town meetings, conferences, workshops; and promotional efforts such as brochures, internet pages, and communication tools. I developed the communications campaigns for Thrilling the Customer, New Pricing for real property management services, GSA Childcare, and Renewing the Commitment – National Accessibility (Design Award Winner) and Can't Beat GSA Leasing and Alterations and the Bush Cheney Transition Team. |
| All Grades | 3 | I have experience developing or participating in the development of real property policy. |
| | | Yes |
| All Grades | 4 | I have experience independently managing programs related to the following real estate fields: (mark all that apply) |
| | | Assignment of real estate<br>Utilization of real estate<br>New construction<br>Lease acquisition<br>Repair and alteration of existing real estate.<br>Pricing of rental space. |
| All Grades | 5 | I have experience in the following (check all that apply): |
| | | Preparing memos<br>Preparing formal briefings<br>Preparing instructional material<br>Preparing fact-finding reports<br>Preparing memos sent to external organizations<br>Published articles in technical newsletters or journals<br>Preparing regulations including the Federal Property Management Regulations, Federal Management Regulations, and agency Bulletins |
| All Grades | 6 | I have experience in the following real estate specialties: |
| | | acquisition<br>management<br>disposal |
| All Grades | 7 | Do you have experience in developing initiatives relating to real property policy including user-friendly regulations and initiatives which promote effective real property asset management? |
| | | Yes |
| All Grades | 8 | I have participated as a member of a team of self directed real estate specialists and program analysts/experts in the accomplishment of complex, major real property related initiatives. |
| | | Yes |
| All Grades | 9 | I have experience coordinating and interacting with others regarding real estate matters |
| | | True |
| All Grades | 10 | I have experience leading a team of real estate specialists in the accomplishment of complex, major real estate projects. |
| | | True |
| All Grades | 11 | Recognize an organizational problem; seek and implement an improved, innovative or non-traditional solution. |
| | | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 12 | Act decisively to modify and promote customer service and/or quality of programs and policies. |
| | | True |
| All Grades | 13 | Interact with a variety of associates at different organizational levels. |
| | | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 14 | I have actively participated on a number of project teams. |
| | | True |
| All Grades | 15 | Please specify teams and your experience. |
| | | Led teams for PBS Customer Value & segmentation; Marketing Plan; Project JumpStart Training; GSA/OPM Training on real property delegations. Participated on the Teams for BPR for Office of Business Development; Bush Cheney Transition Team. |
| | | I have procured and administered contracts for the following: |

| | | |
|---|---|---|
| All Grades | 16 | Operations and maintenance<br>Custodial services<br>Supplies and equipment <br> *[handwritten: Contract procurement]* |
| All Grades | 17 | Apply contracting rules, regulations and procedures under varying situations to obtain goods and services from people such as lessors, property management agents, service contractors, construction contractors and suppliers.<br>Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 18 | Develop long-range real estate procurement plans. *[handwritten: L-R Procurement Plan]*<br>Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 19 | Work with formal teams in a project environment.<br>Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 20 | I have actively participated on project teams<br>Yes |
| All Grades | 21 | I have experience procuring information technology (IT) services (e.g., systems integration, software development, LAN management).<br>True |
| All Grades | 22 | Do you have experience interpreting and applying the Federal Acquisition Regulations (FAR)?<br>Yes |
| All Grades | 23 | Have you been a Contracting Officer's Technical Representative (COTR)? *[handwritten: COTR]*<br>Yes |

## RESUME for VIRGINIA MCDONALD



```
RESUME
Virginia McDonald
[redacted]
Phone(w) 202-501-9165 (h) [redacted]
E-mail [redacted]

Education      1970 - 1974       Clemson University, Clemson,
South Carolina B.A. Secondary Education       90
Semester Hours

Accreditation     Real Property Administrator, 1987, Building
Owners & Managers Association (BOMA) designation

Civil service grade: GS-14-301-Program Expert, General
Services Administration, Public Buildings Service,
Washington DC.

Professional experience
2002 - present    Office of Customer Service, PBS, GSA, 1800
F Street, NW, Washington, DC  Ronald Dovel  202-501-9151
Salary $105,094  40 hours per wk

Program Expert Roles & Responsibilities - As a Program
Expert, I am responsible for developing strategic customer
strategies and incorporating them into PBS national
customer coverage & business strategy. This includes
developing & implementing strategies for educating &
managing expectations of customers to enhance PBS' ability
to achieve strategic customer objectives in real property
asset management.
```

*[handwritten annotations: "BOMA Cert"]*

Accomplishments - Highlights of my accomplishments as a Program Expert include the following: Authored functional statements & organization structure for the establishment of the Office of Customer Service; Project leader of task team on Account Management & authored guidelines for National & Regional Account Managers to develop strong relationships with our customers; COTR on contract to develop PBS' 2003 Marketing Plan to include situational external customer external analyses on PBS' environment, customers, vendors, industry players, opportunities and threats, competition, customer satisfaction and marketing goals and measurement; Researched and authored PBS position paper on how to execute National Strategic Account Management for PBS's asset management process for PBS Strategic Account Management Model; Member of the PBS' Customer Profile User Group that defined PBS' current customer/business information and translated into an IT strategy that is the one central repository for customer information called CPS. CPS is a web based profile system that lists customer accounts by Rent, RWA revenue, FFO, and hard and soft customer data from GSA Legacy Systems (STAR, PIP FMIS, NEAR), surveys and measures & account management intelligence; COTR/leader on contract to develop PBS' roadmap for developing PBS' customer value process & segmentation to focus on the customer as PBS' ultimate asset. It defines customer value, segments our customers and develops customer coverage strategies to deliver the appropriate real property management services to PBS customer agencies; Developing contract for "Project Jump Start" to train & educate PBS associates in customer value analysis & segmentation, real estate programs, and customer relationship management competencies; Assisting Account Management Team to develop customer profiles for the Department of Education, Department of Labor, Department of Transportation and the Social Security Administration that includes information on agencies budget data, capital projects, customer surveys, strategic plans, and portfolio, revenue and space analysis.

1998 - 2002 Office of Communications, GSA
1800 F Street, NW, Washington, DC
Ronald Dovel    202-501-9151
Salary $83, 945    40 hours per week

Program Expert    Roles & Responsibilities - As an Account Manager, I was responsible for the delivery of marketing and communications products & services (media relations, publications, audio visual, special events, etc.) to GSA clients.

Accomplishments - Highlights of my accomplishments as a Account Manager include development of marketing & communications strategies that defined the goals, audiences, messages, marketing tools for implementing the strategies for the following: PBS' Big Nine Performance Measures & Linking Budget to Performance, New Pricing, CPO's Benefit Statement, FED Desk, CHRIS, & University On-Line, Presidential Transition's Quick Tips communications (print and web), World Class Workforce, and Combined Federal Campaign & September 11th; Project leader for GSA brochure & folder the covered GSA's life cycle of the real property assets – its acquisition, utilization and disposal for customers, stakeholders and the general public; GSA member of the Bush Cheney Transition Team working on communications during the transition to include

printed and web communications on all areas of real
property operations management.

1995 - 1998 Office of External Affairs, PBS, GSA
1800 F Street, NW, Washington, DC
James Williams  703-306-6020
Salary $77,713   40 hours per week

Business Development Specialist Roles & Responsibilities -
As a Program Expert, I was responsible for executing &
developing PBS's national marketing & communications
strategies to PBS employees, customers, suppliers, and
stakeholders. This included customer outreach efforts
such as town meetings, conferences, workshops; and
promotional efforts such as brochures, internet pages, and
communication tools.
Accomplishments - Highlights of my accomplishments include
the following: Participated on the CORE Team and conducted
a business process reengineering study of the Office of
Business Development; Held roundtable discussions and
focus groups with private sector experts to obtain best
practices in business development; Authored the business
design document for the Office of Business Development's
marketing, communications, business planning and account
management functions to include mission, roles and
responsibilities, organization structure, skill sets and
measurement; Completed all the administrative activities
such as functional statements, position descriptions to
establish the Office of Business Development; uthored
evaluated and was COTR on 9 blanket purchase agreements
contracts for communications, graphic design, market
research, marketing, conference planning, survey and
facilitation services; Lead for the development of PBS'
National Marketing Plan to include situational external
customer external analyses on PBS' environment, customers,
vendors, industry players, opportunities and threats,
competition, customer satisfaction and marketing goals and
measurement; Lead for the development of marketing &
communications campaigns for Thrilling the Customer, New
Pricing for real property management services, GSA
Childcare, and Renewing the Commitment - National
Accessibility (Design Award Winner) and Can't Beat GSA
Leasing and Alterations.

1993- 1995 Governmentwide Real Property Relations,
PBS, GSA  1800 F Street, NW, Washington, DC
Phyllis Runci   202-219-2442
Salary $69,047   40 hours per week

Customer Liaison Team Leader Roles & Responsibilities - As
a Customer Liaison Team Leader, I was responsible for
leading the Customer Outreach Branch in the execution of
PBS national and regional customer outreach activities for
the Public Buildings Service. This included customer
meetings & workshops, training, tradeshows, communication
strategies & tools.

Accomplishments - Highlights of my accomplishments include
the development of communication strategies & tools for
the following: Developed customer training related to
PBS's real property management & customer relations;
Trained in focus group moderation, benchmarking and
quantitative surveys to conduct research efforts to gather
customer intelligence; Held customer roundtable
discussions and focus groups to gather customer
intelligence, obtain best practices, educate, and bring

the voice of the customer into PBS' decision-making process; Conducted customer roundtables related to PBS environmental issues – recycling, construction materials, ozone depleting refrigerants and other real property management issues; Coordinated the Real Property Interagency Committee REPIAC and FAMA meetings with our customers & PBS Commissioner and senior managers on real property asset management issues; Developed PBS' nationwide communications strategy; Represented PBS at tradeshows and customer meetings; Authored PBS articles for GSA Update & Alert Bulletin for customer agency information on PBS real property management and asset programs & issues.

1987 – 1993    Delegations Division, Office of Property Management, PBS, GSA
1800 F Street, NW, Washington, DC
Jeff Neely    415-522-3100
Salary $34,325    40 hours per week

Buildings Management Specialist Roles & Responsibilities – As a Buildings Management Specialist, I was responsible for the development the policies and procedures for the administration & management of PBS' real property delegations of management to Federal Agencies. This included real property management operations, contractual services, workload and resource management.

Accomplishments – Highlights of my accomplishments as a Buildings Management Specialist include the following: Worked with OPM to develop a formal 40-hour training course for our customer on the policies, procedures and standards of PBS' delegations program that included all areas of real property management operations & policy on Operations & Management, Leasing, Cleaning, Energy, Space Planning, R&A, Resource Planning, Protection, Contracting and Delegations Policy: Authored the Memorandum of Agreement between GSA & the Defense Logistics Agency to transfer real property depot s to DOD; Review, evaluate & make recommendations for new & re-delegations of real property management authorities and budgetary recommendations; Revamped & quantified the delegation evaluation guidelines used to measure the performance of delegated agencies in all areas of real property asset management to include O&M, Leasing, Cleaning, Energy, Space Planning, Repair & Alterations, Contracting, Protection and Resource Management; Planned & conducted delegations forums for our Federal Agencies in all areas of real property operations and asset management; Developed & prepared policy statements, procedures, and guidelines relating to asbestos and radon management, historic preservation, recurring building repairs, energy management, repair and alterations, building envelopes, etc.

1983 – 1986    Buildings Management Division, PBS, National Capital Region, GSA, 1800 F Street, NW, Washington, DC
Joseph Schu 202-619-6200    Salary    40 hours per week

Buildings Management Specialist Roles & Responsibilities – As a Buildings Management Specialist, I was responsible for the planning, development, and coordination of regional buildings management operational programs for maintenance, energy, building services and concessions activities in GSA controlled buildings.

Accomplishments - Highlights of my accomplishments as a Buildings Management Specialist include the following: Graduated a 3-year NCR Buildings Management training program with rotational assignments in all phases of facilities operations in field office and regional staff offices. Areas were Operation & Maintenance, energy, building services (cleaning), concessions, environmental health, contracts, building alterations and resource management; Trained and worked in PBS' regional Finance, Construction, Leasing and Reimbursable Program, Federal Buildings Fund, NEAR accounting & Financial Analysis; Earned a Real Property Designation from BOMA in Administration of Real Property, Design Operation and Maintenance of Building Systems, Real Estate Finance Investment and Finance, Managerial Accounting Concepts, Insurance & Risk and Legal Concepts; Conducted management oversight of regional & field office real property programs for maintenance, energy, buildings services, and concessions activities; Participated in planning the real property transfer of the Pentagon Complex to DOD; Participated in planning & communicating NCR's field office realignment as a result of PBS' delegations & transfer program as well as, developing and implementing the realignment plan. The realignment was brought about by approximately 50% reduction of GSA operated space through the delegation of real property authority program and the transfer of the Pentagon Building to DOD; Developed & monitored personnel FTE and On-board ceiling controls; Authored the RWA Guide & Service Call Directory for NCR; Participated on the Delegations Task Force to develop standardized delegation evaluation criteria for Federal Agencies in all areas of real property asset management.

1982 - 1983     Technical Services & Surveys Division
Federal Property Resource Service,   1800 F Street, NW, Washington, DC
Michael O'Hara   202-501-0084
Salary $13,369   40 hours per week

Clerk Roles & Responsibilities - As a Clerk in the Federal Property Resource Service, I was responsible for finalizing reports, correspondence and overview, and real property inventory listings and reports. I was responsible for scheduling real property surveys for Federal Agencies to determine if the agencies are utilizing the property to its maximum benefit or should it be declared excess.

Accomplishments - Highlights of my accomplishments as a Clerk include the following: Finalized reports, correspondence, and overviews and presentations on real properties surveys; Updated real property inventories to indicate the life cycle or the real property asset's acquisition, utilization and disposal.§   Scheduled meetings for GSA Real Property Officers to meet with Federal real property landholding representatives and documented the results; Reviewed and prepared outgoing correspondence of all aspects of real property asset management.

Training Highlights:
Buildings Management Career Intern Development Program

Real Property Administrator Designation - Design Operation & Maintenance of Building Systems, Managerial Accounting &

Financial Concepts, Administration of Real Property, Insurance & Risk, Judicial System & Legal Concepts, Real Estate Investment & Finance.

Field Rotational Assignment (FRAP) Executive Development

SeminarsBusiness Process Reengineering (Booz Allen Hamilton)

RIVA Focus Group Moderator Training

Strategic Account Management Training (SAMA)

References: Ronald Dovel, Office of Customer Service, PBS, 202-501-9165; James Williams, Acting Deputy Commissioner, Federal Technology Service, FTS, 708-306-6020; Jeffrey Neely, ARA, Region 9, PBS, GSA, 415-522-3100



Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
    **Certificate ID:** 040035103MP-NC01

---

**Name:** VIRGINIA B MCDONALD

---

Virginia McDonald

Education 1970 - 1974    Clemson University, Clemson, South Carolina B.A.
Secondary Education        90 Semester Hours

Accreditation Real Property Administrator, 1987, Building Owners & Managers Association (BOMA) designation

Civil service grade: GS-14-301-Program Expert, General Services Administration, Public Buildings Service, Washington DC.

Professional experience
2002 - present Office of Customer Service, PBS, GSA, 1800 F Street, NW, Washington, DC  Ronald Dovel  202-501-9151 Salary $105,094 40 hours per wk

Program Expert Roles & Responsibilities - As a Program Expert, I am responsible for developing strategic customer strategies and incorporating them into PBS national customer coverage & business strategy.  This includes developing & implementing strategies for educating & managing expectations of customers to enhance PBS' ability to achieve strategic customer objectives in real property asset management.

Acomplishments - Highlights of my accomplishments as a Program Expert include the following: Authored functional statements & organization structure for the establishment of the Office of Customer Service;Project leader of task team on Account Management & authored guidelines for National & Regional Account Managers to develop strong relationships with our customers;COTR on contract to develop PBS' 2003 Marketing Plan to include situational external customer external analyses on PBS' environment, customers, vendors, industry players, opportunities and threats, competition, customer satisfaction and marketing goals and measurement; Researched and authored PBS position paper on how to execute National Strategic Account Management for PBS's asset management process for PBS Strategic Account Management Model; Member of the PBS' Customer Profile User Group that defined PBS' current customer/business information and translated into an IT strategy that is the one central repository for customer information called CPS. CPS is a web based profile system that lists customer accounts by Rent, RWA revenue, FFO, and hard and soft customer data from GSA Legacy Systems (STAR, PIP

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Case 1:06-cv-01441-HHK-JMF   Document 42-40   Filed 08/19/2008   Page 11 of 15



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
   **Certificate ID:** 040035103MP-NC01

**Name:** VIRGINIA B MCDONALD

FMIS, NEAR), surveys and measures & account management intelligence; COTR/leader on contract to develop PBS' roadmap for developing PBS' customer value process & segmentation to focus on the customer as PBS' ultimate asset. It defines customer value, segments our customers and develops customer coverage strategies to deliver the appropriate real property management services to PBS customer agencies; Developing contract for "Project Jump Start" to train & educate PBS associates in customer value analysis & segmentation, real estate programs, and customer relationship management competencies; Assisting Account Management Team to develop customer profiles for the Department of Education, Department of Labor, Department of Transportation and the Social Security Administration that includes information on agencies budget data, capital projects, customer surveys, strategic plans, and portfolio, revenue and space analysis.

1998 - 2002 Office of Communications, GSA             1800 F Street, NW,
Washington, DC                    Ronald Dovel   202-501-9151
Salary $83, 945    40 hours per week

Program Expert Roles & Responsibilities - As an Account Manager, I was responsible for the delivery of marketing and communications products & services (media relations, publications, audio visual, special events, etc.) to GSA clients.

Accomplishments - Highlights of my accomplishments as a Account Manager include development of marketing & communications strategies that defined the goals, audiences, messages, marketing tools for implementing the strategies for the following:PBS' Big Nine Performance Measures & Linking Budget to Performance, New Pricing,CPO's Benefit Statement, FED Desk, CHRIS, & University On-Line, Presidential Transition's Quick Tips communications (print and web),World Class Workforce, and Combined Federal Campaign & September 11th; Project leader for GSA brochure & folder the covered GSA's life cycle of the real property assets - its acquisition, utilization and disposal for customers, stakeholders and the general public; GSA member of the Bush Cheney Transition Team working on communications during the transition to include printed and web communications on all areas of real property operations management.

1995 - 1998 Office of External Affairs, PBS, GSA             1800 F Street, NW,
Washington, DC                    James Williams 703-306-6020
Salary $77,713    40 hours per week

Business Development Specialist Roles & Responsibilities - As a Program Expert, I

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 1/14/05                                                                 Page:2



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
**Certificate ID:** 040035103MP-NC01

**Name:** VIRGINIA B MCDONALD

was responsible for executing & developing PBS's national marketing & communications strategies to PBS employees, customers, suppliers, and stakeholders. This included customer outreach efforts such as town meetings, conferences, workshops; and promotional efforts such as brochures, internet pages, and communication tools.
Accomplishments - Highlights of my accomplishments include the following: Participated on the CORE Team and conducted a business process reengineering study of the Office of Business Development; Held roundtable discussions and focus groups with private sector experts to obtain best practices in business development; Authored the business design document for the Office of Business Development's marketing, communications, business planning and account management functions to include mission, roles and responsibilities, organization structure, skill sets and measurement; Completed all the administrative activities such as functional statements, position descriptions to establish the Office of Business Development; uthored evaluated and was COTR on 9 blanket purchase agreements contracts for communications, graphic design, market research, marketing, conference planning, survey and facilitation services; Lead for the development of PBS' National Marketing Plan to include situational external customer external analyses on PBS' environment, customers, vendors, industry players, opportunities and threats, competition, customer satisfaction and marketing goals and measurement; Lead for the development of marketing & communications campaigns for Thrilling the Customer, New Pricing for real property management services, GSA Childcare, and Renewing the Commitment - National Accessibility (Design Award Winner) and Can't Beat GSA Leasing and Alterations.

1993- 1995 Governmentwide Real Property Relations,    PBS, GSA   1800 F Street, NW, Washington, DC
Phyllis Runci    202-219-2442                          Salary $69,047    40 hours per week

Customer Liaison Team Leader Roles & Responsibilities - As a Customer Liaison Team Leader, I was responsible for leading the Customer Outreach Branch in the execution of PBS national and regional customer outreach activities for the Public Buildings Service. This included customer meetings & workshops, training, tradeshows, communication strategies & tools.

Accomplishments - Highlights of my accomplishments include the development of communication strategies & tools for the following: Developed customer training related to PBS's real property management & customer relations; Trained in focus group moderation, benchmarking and quantitative surveys to conduct research



**General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert

**Certificate ID:** 040035103MP-NC01

---

**Name:** VIRGINIA B MCDONALD

---

efforts to gather customer intelligence; Held customer roundtable discussions and focus groups to gather customer intelligence, obtain best practices, educate, and bring the voice of the customer into PBS' decision-making process; Conducted customer roundtables related to PBS environmental issues - recycling, construction materials, ozone depleting refrigerants and other real property management issues; Coordinated the Real Property Interagency Committee REPIAC and FAMA meetings with our customers & PBS Commissioner and senior managers on real property asset management issues; Developed PBS' nationwide communications strategy; Represented PBS at tradeshows and customer meetings; Authored PBS articles for GSA Update & Alert Bulletin for customer agency information on PBS real property management and asset programs & issues.

1987 - 1993   Delegations Division, Office of Property   Management, PBS, GSA
1800 F Street, NW, Washington, DC                   Jeff Neely    415-522-3100                         Salary $34,325    40 hours per week

Buildings Management Specialist Roles & Responsibilities - As a Buildings Management Specialist, I was responsible for the development the policies and procedures for the administration & management of PBS' real property delegations of management to Federal Agencies. This included real property management operations, contractual services, workload and resource management.

Accomplishments - Highlights of my accomplishments as a Buildings Management Specialist include the following: Worked with OPM to develop a formal 40-hour training course for our customer on the policies, procedures and standards of PBS' delegations program that included all areas of real property management operations & policy on Operations & Management, Leasing, Cleaning, Energy, Space Planning, R& A, Resource Planning, Protection, Contracting and Delegations Policy: Authored the Memorandum of Agreement between GSA & the Defense Logistics Agency to transfer real property depot s to DOD; Review, evaluate & make recommendations for new & re-delegations of real property management authorities and budgetary recommendations; Revamped & quantified the delegation evaluation guidelines used to measure the performance of delegated agencies in all areas of real property asset management to include O&M, Leasing, Cleaning, Energy, Space Planning, Repair & Alterations, Contracting, Protection and Resource Management; Planned & conducted delegations forums for our Federal Agencies in all areas of real property operations and asset management; Developed & prepared policy statements, procedures, and guidelines relating to asbestos and radon management, historic preservation, recurring building repairs, energy management, repair and alterations, building envelopes, etc.

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.



**General Services Administration**

**Applicant Resume Detail**

Vacancy Description: Program Expert
   Certificate ID: 040035103MP-NC01

Name: VIRGINIA B MCDONALD

1983 - 1986 Buildings Management Division, PBS,     National Capital Region, GSA, 1800 F Street, NW, Washington, DC
Joseph Schu 202-619-6200    Salary    40 hours per week

Buildings Management Specialist Roles & Responsibilities - As a Buildings Management Specialist, I was responsible for the planning, development, and coordination of regional buildings management operational programs for maintenance, energy, building services and concessions activities in GSA controlled buildings.

Accomplishments - Highlights of my accomplishments as a Buildings Management Specialist include the following: Graduated a 3-year NCR Buildings Management training program with rotational assignments in all phases of facilities operations in field office and regional staff offices. Areas were Operation & Maintenance, energy, building services (cleaning), concessions, environmental health, contracts, building alterations and resource management; Trained and worked in PBS' regional Finance, Construction, Leasing and Reimbursable Program, Federal Buildings Fund, NEAR accounting & Financial Analysis; Earned a Real Property Designation from BOMA in Administration of Real Property, Design Operation and Maintenance of Building Systems, Real Estate Finance Investment and Finance, Managerial Accounting Concepts, Insurance & Risk and Legal Concepts; Conducted management oversight of regional & field office real property programs for maintenance, energy, buildings services, and concessions
activities; Participated in planning the real property transfer of the Pentagon Complex to DOD; Participated in planning & communicating NCR's field office realignment as a result of PBS' delegations & transfer program as well as, developing and implementing the realignment plan. The realignment was brought about by approximately 50% reduction of GSA operated space through the delegation of real property authority program and the transfer of the Pentagon Building to DOD; Developed & monitored personnel FTE and On-board ceiling controls; Authored the RWA Guide & Service Call Directory for NCR; Participated on the Delegations Task Force to develop standardized delegation evaluation criteria for Federal Agencies in all areas of real property asset management.

1982 - 1983 Technical Services & Surveys Division     Federal Property Resource Service,    1800 F Street, NW, Washington, DC
Michael O'Hara   202-501-0084                          Salary $13,369    40 hours per week

 **General Services Administration**

**Applicant Resume Detail**

**Vacancy Description:** Program Expert
**Certificate ID:** 040035103MP-NC01

**Name:** VIRGINIA B MCDONALD

Clerk Roles & Responsibilities - As a Clerk in the Federal Property Resource Service, I was responsible for finalizing reports, correspondence and overview, and real property inventory listings and reports. I was responsible for scheduling real property surveys for Federal Agencies to determine if the agencies are utilizing the property to its maximum benefit or should it be declared excess.

Accomplishments - Highlights of my accomplishments as a Clerk include the following: Finalized reports, correspondence, and overviews and presentations on real properties surveys; Updated real property inventories to indicate the life cycle or the real property asset's acquisition, utilization and disposal.§ Scheduled meetings for GSA Real Property Officers to meet with Federal real property landholding representatives and documented the results; Reviewed and prepared outgoing correspondence of all aspects of real property asset management.

Training Highlights:
Buildings Management Career Intern Development Program

Real Property Administrator Designation - Design Operation & Maintenance of Building Systems, Managerial Accounting & Financial Concepts, Administration of Real Property, Insurance & Risk, Judicial System & Legal Concepts, Real Estate Investment & Finance.

Field Rotational Assignment (FRAP) Executive Development

SeminarsBusiness Process Reengineering (Booz Allen Hamilton)

RIVA Focus Group Moderator Training

Strategic Account Management Training (SAMA)

References: Ronald Dovel, Office of Customer Service, PBS, 202-501-9165; James Williams, Acting Deputy Commissioner, Federal Technology Service, FTS, 708-306-6020; Jeffrey Neely, ARA, Region 9, PBS, GSA, 415-522-3100