**GSA** U.S. General Services Administration



Serial: 040035103MP-MP01
Vacancy: 040035103MP Program Expert
Location: Washington DC Metro Area, DC
Grade(s): 14

# Applicant: CALHOUN, IONA

## Personal Data

| | |
|---|---|
| First Name: | IONA |
| MI: | D |
| Last Name: | CALHOUN |
| Address1: | |
| Address2: | |
| City: | |
| State: | |
| Zip Code: | |
| Plus 4: | |
| Phone: | |
| Email: | |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

## Core Questions

| 15 | May we contact your current supervisor for a reference? |
|---|---|
| | Yes |

## Report Results


GOVERNMENT
EXHIBIT
38.B

### 040035103MP Program Expert

| All Grades | 1 | You must have one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education. |
|---|---|---|
| | | I have one full year of specialized experience that is equivalent in responsibility and scope to the GS-13 level in the Federal service. Specialized experience is experience that is in or directly related to the duties described in the vacancy announcement. |
| | | Please describe your experience which you feel meets the requirements for this grade level. |

| | | |
|---|---|---|
| All Grades | 2 | Performed the full range of reviewing and analyzing real property policy in proposed bills, laws, regulations, and Presidential orders. Analyzed design, construction, building, space management, leasing, procurement, safety, and environmental real property topics in the update of the General Reference Guide for Real Property Policy. Independently analyzed 4 major DOD Installation and Facilities` real property reports for government-wide use to rank the real property in critical areas such as acquisition, construction, renovation, readiness, and other areas. Lead Analyst in the preparation of two financial StopLight (formerly RAG) reports sent monthly to the Chief Information Officer (CIO). The CIO uses the reports to review expenditures and ensure alignment with GSA's strategic government-wide goals, objectives, and mission. Liaison for MP`s Real Property Liaison Program. Encourage ongoing dialogue and collaboration with SBA`s Assistant Administrator and the Executive Director. Ensure real property issues are directed to the appropriate GSA officials, perform periodical follow-ups with SBA officials, and provide pertinent data on changes to real property policy. Analyzed Internal Performance Review (IPR) plans for consistency and accuracy in meeting established program goals and objectives. Reviewed program areas for the Public/Private Partnership, e-Real Estate, FIRM, Worldwide Inventory (WWI), and Cooperative Administrative Support Unit (CASU) Program. Performed follow-ups with analyst to resolve discrepancies. Attended Foundation Information for Real World Inventory for Real World Property Management (FIRM, WWI), and Federal Real Property Council meetings held with the agency representatives to discuss issues, identify problems, and resolve issues. I have the expertise necessary for the work performed in Real Property Policy Division (MPR). I have work on GSA policy issues for more than 25 years and on e-Government functions, which are conducive to the work actually being performed in the MPR. GSA is responsible for providing agencies assistance in addressing IT requirements. As a member of the IT Emerging Policy Division, I was a speaker at training forums, provided informational IT speakers, written policy guidance, and participated as a member of collaborative IT groups such as Webmasters and the CIO Council's eGovernment Committee. I provided written IT policy issues for GSA's IT policy web site. In the implementation of the Government Paperwork Elimination Act (GPEA), Clinger-Cohen, and the Government Paperwork Reduction Act (GPRA), I worked on IT programs to assist agencies through the performance of web assignments to link major topic categories Federal web pages across the Government for similar subject items in major Federal departments and agencies. I researched, analyzed, wrote, and presented IT issues in response to IT policies, the sharing of best practices principles, and as guidance to presented to Federal agencies via the itpolicy.gov web page. I have worked on web based projects such as eAgency, eTraining, eManagement, eTraining, and eEntreprenuer which is the conversion of these issues from paper to electronics using IT and the Internet to product, receive, coordinate, interact, and provide services. I have produced a wide array of IT papers available via the Internet, a few of the subjects are: Knowledge Management, Ideas for Government-wide Portals, Information Content Issues and Laws Dealing with the Web, Intellectual Property Patent, Copyright & Trademark, Equal Employment Opportunity, Four Leadership Principles for Organizations, Outsourcing. I provided expertise and advised top IT management on new developments and advanced techniques in a wide variety of IT areas, including system design (revised the data calls); analyzed the acquisition programs of Federal agencies and advised on the overall program effectiveness and adherence to regulations and guidance. As an IRM Review Specialist and a member of the Information Resources Management (IRM) and Procurement Review (IRM/PR) Team, I worked on teams to reviewed 13 major department and agencies` high technology information management acquisitions and information management programs. An evaluation of an agency`s management of their information resources management (IRM) activities for technical and managerial merit and compliance with pertinent laws and regulations is conducted to determine the agency`s level of Delegation of Procurement Authority. Analyzed the following IRM functional areas: acquisition management of ADP and telecommunications procurement contracts, IRM oversight, IRM strategic planning, records management, ADP equipment inventories, IRM reviews, and special emphasis programs such as computer accessibility for users with disabilities. Independently analyzed ADP/telecommunications procurement information for more than 35 acquisitions ranging from a Delegation of Procurement Authority from an average of several million dollars to half a billion dollars for a single acquisition. Made astute and knowledgeable observations in the review of information management functions for agency compliance with laws and agencies guidance. Knowledge is based on guidance, regulations, and laws stated in the Federal Information Resources Management Regulations (FIRMR), the Federal Acquisition Regulations (FAR), pertinent OMB Circulars, the Brooks Act, and the Paperwork Reductions Reauthorization Act. I have expertise in using statistical measuring techniques and analysis to develop data for the FRPP information system. Analyzed data and identified trends, to produce an annual comparative statistical analysis between the age of computers in the Federal Government and private industry's Fortune 500 companies. Produced annual reports on the age of computers in the Federal Government; identified trends: "The Comparative Age of ADP Equipment: FederalGovernment and Private Sector" which were sent nationwide to Federal agencies and Congress. I have knowledge of contacting. Analyzed procurement proposals to obtain real property management systems used by Federal agencies. Stated the pros and cons, made recommendations, and provided justification on the best buy contract that met the requirements of the customer agencies. Conducted contract |

|  |  | functions for an ADP/Telecommunitions. During the IRM and Procurment reviews analyzed an agency's contacting practices to ensure compliance with Federal regulations and agency guidelines. The requirements of Questions 4 and 6 are not applicable to the work performed in the Real Property Policy Division. |
|---|---|---|
| All Grades | 3 | I have experience developing or participating in the development of real property policy. |
|  |  | Yes |
| All Grades | 4 | I have experience independently managing programs related to the following real estate fields; (mark all that apply) |
|  |  | I do not have Federal real estate experience in the areas stated below. |
| All Grades | 5 | I have experience in the following (check all that apply): Preparing memos Preparing formal briefings Preparing instructional material Preparing fact-finding reports Preparing memos sent to external organizations Published articles in technical newsletters or journals Preparing regulations including the Federal Property Management Regulations, Federal Management Regulations, and agency Bulletins |
| All Grades | 6 | I have experience in the following real estate specialties: |
|  |  | management |
| All Grades | 7 | Do you have experience in developing initiatives relating to real property policy including user-friendly regulations and initiatives which promote effective real property asset management? |
|  |  | Yes |
| All Grades | 8 | I have participated as a member of a team of self directed real estate specialists and program analysts/experts in the accomplishment of complex, major real property related initiatives. |
|  |  | Yes |
| All Grades | 9 | I have experience coordinating and interacting with others regarding real estate matters |
|  |  | True |
| All Grades | 10 | I have experience leading a team of real estate specialists in the accomplishment of complex, major real estate projects. |
|  |  | False |
| All Grades | 11 | Recognize an organizational problem; seek and implement an improved, innovative or non-traditional solution. |
|  |  | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 12 | Act decisively to modify and promote customer service and/or quality of programs and policies. |
|  |  | True |
| All Grades | 13 | Interact with a variety of associates at different organizational levels. |
|  |  | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 14 | I have actively participated on a number of project teams. |
|  |  | True |
| All Grades | 15 | Please specify teams and your experience. |
|  |  | Program Manager, Federal CIO Mentoring Program, with agency team members developed a nationwide program. Member on 13 IRM & Procurement Review Teams; analyzed departments/agencies' high technology information management acquisitions & programs. |
| All Grades | 16 | I have procured and administered contracts for the following: |
|  |  | None of the above |
| All Grades | 17 | Apply contracting rules, regulations and procedures under varying situations to obtain goods and services from people such as lessors, property management agents, service contractors, construction contractors and suppliers. |
|  |  | I have had education or training in performing this task, but have not yet performed it on the job. |
| All |  | Develop long-range real estate procurement plans. |

| Grades | 18 | I have not had education, training, or experience in performing this task. |
|---|---|---|
| All Grades | 19 | Work with formal teams in a project environment. |
| | | Others regularly consult me for my expertise and assistance in performing this task or I have trained or instructed others so that they can perform this task. |
| All Grades | 20 | I have actively participated on project teams |
| | | Yes |
| All Grades | 21 | I have experience procuring information technology (IT) services (e.g., systems integration, software development, LAN management). |
| | | True |
| All Grades | 22 | Do you have experience interpreting and applying the Federal Acquisition Regulations (FAR)? |
| | | Yes |
| All Grades | 23 | Have you been a Contracting Officer's Technical Representative (COTR)? |
| | | Yes |

# RESUME for IONA CALHOUN

## RESUME

```
Announcement Number: 040035103MP
Vacancy Description: Program Expert, GS-0301Y-14
Opening Date: May 18, 2004    Closing Date: June 2, 2004


Iona D. Calhoun
```

```
USA Citizen
```

```
Real Property Policy Division (MPR), Office of Real
Property, Office of Governmentwide Policy (OGP), GSA
                              08/2001 – Present
Management and Program Analyst, GS-343-13/9
```

```
Performed the full range of reviewing and analyzing real
property policy in proposed bills, laws, regulations, and
Presidential orders; topics covered design, construction,
building, space management, leasing, procurement, safety,
and environmental for the update of the General Reference
Guide for Real Property Policy.  Analyzed procurement
contracts used to obtain real property management systems;
stated the pros and cons, made recommendations, and
justified the overall best buy contract.  Analyzed four
major DOD's Installation and Facilities real property
reports for applicability for government-wide which ranked
real property in critical areas of acquisition,
construction, renovation, and readiness.  Wrote a summary
report, stated pros and cons, and governmentwide
applicability.
```

```
Team member, evaluated the need to continue the Foundation
Information for Real Property Management (FIRM), a
governmentwide computer database system used by agencies
to track and manage (owned & leased) real property
holdings.
```

```
Lead Analyst for the monthly preparation of two financial
```

StopLight reports sent to the Chief Information Officer
(CIO) which provides current information on the financial
status and work progression of two nationwide, real
property computer systems.   The CIO uses these reports to
ensure that expenditures are monitored and management of
the systems are in alignment with GSA's strategic goals,
objectives, and mission.

MP's Real Property Liaison for SBA; encourage dialogue and
collaboration; ensure real property issues are addressed,
perform follow-ups, and provide information on
updates/changes to real property policy.

Analyzed each Internal Performance Review (IPR) plan for
consistency and accuracy in meeting established program
goals and objectives, i.e., Public/Private Partnership,
e-Real Estate, FIRM, Worldwide Inventory (WWI), and
Cooperative Administrative Support Unit (CASU) Program.
Performed follow-up with analyst to resolve discrepancies.
Meet with agency representatives on FIRM, FRPP, and the
Federal Real Property Council to discuss issues and
problems.   Work with the vendors to resolve system issues.
 Write articles for MP Hot Items Newsletter.   Prepare a
synopsis on training seminars to share information with
associates.   Presented an oral presentation on a
Performance Management training session at an Office staff
meeting.

Emerging IT Policy Division
                              04/1994 - 8/2001
Office of Information Technology, OGP, GSA
Computer Specialist, GS-0334-13/08

Program Manager, Federal Chief Information Officer (CIO)
Council Mentoring Program.   Established the Federal CIO
Mentoring Program, in less than a year, to meet the goal
objective of the Federal CIO Strategic Plan and the
education objectives of the Clinger-Cohen Act.
Coordinated with the Workforce Co-chairs, staff, and team
members.   Held bi-monthly meetings with the external
agencies' CIO Council Mentoring Program Team.   Prepared
agendas, meeting notifications, written documents,
responded timely to emails and telephones inquiries, and
requests for information.   Held weekly meeting with
(internal) GSA's Mentoring Consulting Team.

Marketed the Mentoring Program via web location www.cio.gov.
Made presentations at agencies' Capital Planning and IT
Management committee meetings.   Produced documents: A
Federal CIO Mentoring Program (Framework and Guide),
Mentoring Agreement, Brochure, Business Case, Candidate's
Questionnaire, Committee Work Assignment Form, letters to
protégés, CIO Co-chairs, and workforce committee members,
news release, etc.   Provided status reports at the monthly
Federal IT Workforce Committee meetings.   Kickoff of the
Federal CIO Mentoring Program held at IRMCO, Hershey, PA.

Used IT policies and regulations as guidance; Government
Paperwork Elimination Act (GPEA), Clinger-Cohen, and the
Government Paperwork Reduction Act (GPRA).   Researched,
analyzed, wrote, and presented IT issues in response to IT
policies, the sharing of best practices principles, via
the itpolicy.gov web page.   Made recommendations to GSA
officials on policy issues; produced web based projects;
eAgency, eTraining, eManagement, eTraining, and
eEntreprenuer.   Wrote IT papers posted via the Internet;

Knowledge Management, Ideas for Government-wide Portals,
Information Content Issues and Laws Dealing with the Web,
Intellectual Property Patent, Copyright & Trademark, Equal
Employment Opportunity, Four Leadership Principles for
Organizations, Outsourcing.

Made IT presentations before agencies' Webmasters Group.
Wrote and presented a speech on IT challenges at the GSA's
National Travel Conference 2000, Orlando, Florida.  Wrote
a synopsis on Best Practices submitted by agencies to GSA
for Best Practices Award, posted at IRMCO.

Management Reviews Division
                         11/1989 - 04/1998
IRM Review Specialist, GS-301-13, 1989
Information Resources Management Service (IRMS), GSA
Management Analyst, GS-343-12

As part of a review team, conducted Information Resources
Management and Procurement Reviews (IRM/PR) of 13 agencies
granted a Delegation of Procurement Authority by GSA;
i.e., DOC, Office of the Secretary of Defense, Army, NASA,
DOJ, HUD, Education, and VA.
· Analyzed the IRM data from a composite of information;
interviews with high-level agency officials, staff, and
system users. Reviewed agencies' high technology
information management acquisitions and information
management programs for compliance with IRM laws and
regulations.  Analyzed ADP/telecommunications procurement
information for more than 35 acquisitions with a DPA
ranging from an average of several million dollars to half
a billion dollars.
· Used a thorough knowledge of the guidance, regulations,
and laws stated in the Federal Information Resources
Management Regulations (FIRMR), the Federal Acquisition
Regulations (FAR), OMB Circulars, the Brooks Act, and the
Paperwork Reductions Reauthorization Act.
· Made recommendations to correct existing deficiencies,
improve overall efficiency and effectiveness of an
agency's program function, address a weaknesses (lack of
adequate oversight) for program areas, or the lack of
compliance in acquisition management of major systems.

Financial Crimes Enforcement Network (FinCEN),
        04/1993 - 04/1994
Department of the Treasury
IRM Specialist, GS-301-13

Detailed to an IRM Specialist GS-14 slot for one year.  I
provided a variety of IRM functional support to the
project managers.  Worked on Delegations of Procurement
Authority (DPAs) and Requirements Analysis packages,
provided comments on statements of work.  Conducted an
agency IRM review, prepared a self-assessment of the
FinCEN's IRM Review Program; made recommendations for
improvement.  Analyzed and provided recommendations on OMB
draft Circular A-130.

Liaison, coordinated the effort to implement a database
used to consolidate the various libraries in FinCEN;
communicated effectively with FinCEN's staff on the
Information Systems Plan, the Information Strategic Plan,
Treasury Certification program for Federal Information
Processing (FIP), Statement of Work Writers, and the
Records Management Program.  Wrote justifications for
employee awards.

Acquisition Reviews Division
                    90-days
IRMS, GSA
Management Analyst GS-343-12

Detailed to crossed-trained as an ADP/Telecommunications
Procurement Analyst. Analyzed Agency Procurement Requests
(APRs); discussed issues with the agency officials,
prepared the background memoranda and DPA responses to the
agency.  Tracked and updated the agency procurement data,
prepared new Desk Officer's handbooks for 13 agencies and
updated the information on the major procurement projects
in each of these agencies.

Data Analysis Branch
                            02/1988 - 11/1989
IRMS, GSA
Management Analyst GS-343-12

Produced an annual report on the age of computers in the
Federal Government; identified trends, made a comparative
analysis between the age of computers in the Federal
Government and private industry's Fortune 500 companies.
GSA used the reports as a focal point to enlist
Congressional support for " a computer on every desk" in
the Federal Government.  Wrote report: "The Comparative
Age of ADP Equipment: Federal Government and Private
Sector," sent to all Federal agencies.

Participated in a Government?wide survey to determine the
impact of information technology on the office
environment; interviewed Federal participants with
significant experiences in the installation and use of
automated workstations and telecommunications.  Wrote a
summary of the issues, the final report "Microcomputer
Survey Report, September 1988."

Responsibility for promoting greater use of the IRM
Forecasters' Technical Information Services i.e., Computer
Intelligence, Datapro, International Data Corporation,
Gartner Group, Yankee Group, Faulkner, Taurus, and
FEDMARK.  Planned, organized, and conducted quarterly
seminars on the latest IRM technologies.  Provided
information on services available and technical assistance
to the IRMS' staff in use of the forecaster services and
databases. Planned, managed and presented quarterly
GSA-wide IRM seminars featuring speakers from the IRM
Forecasters; Technical Information Services (Gartner,
Yankee Group, etc.).
·Seminars expanded to governmentwide forums held at The
George Washington University.

Office of Office Innovative (Information) Systems
                02/1982 - 02/1988
Management Analyst GS-343-12

Performed special studies, evaluated agency records
management policies, IRM regulations, directives systems,
interviewed officials, wrote findings and made
recommendations; planned and organized IRM forums; and
developed computers security guidelines.  Research,
interviewed graphic vendors, wrote a Computer Graphics'
reports stating findings.  Researched, interviewed
government officials, and wrote articles for the GSA
Information Resources Management Newsletter.

Contracting Officer Technical Representative (COTR)
Liaison between the contractor, GSA management, and GSA's
Crystal City Training Center.  Procured a contract for an
ADP/Telecommunications course; ensured course material was
presented according to specifications, performed
post-procurement, audited the first class presented at GSA
Training Center, interviewed participants, and made
recommendations for improvements.

Committee Management Secretariat (CMS)
          11/1977 - 02/1982
Office of the Federal Register, National Archives &
Records Service
Management Analyst/CMS Specialist

Conferred on a daily basis with agency Committee
Management Officials (CMOs), OMB examiners, Congressional
staff, and the general public on matters pertaining to
Federal and Presidential advisory committees.  Maintained
oversight of committees by a review of information in the
Federal Register, daily newspapers, and close contact with
the OMB examiners and agency officials.  If non-compliance
was found, follow-up was conducted with the agency
official.  Met with OMB examiners and CMOs to resolve
issues.  Discussed policy changes at the Annual CMS
meeting. Wrote statistical reports, answered letters from
Congress and the public.  Wrote a word processing study to
justify computer equipment for the CMS, approved by
management.
* Acting Director, CMS during a six-month period;
performed the functions and responsibilities of the CMS
Director; speaker at a governmentwide public Federal Bar
Association Symposium on:  "Openness in Government ? A
Continuing Era"  Discussed the FACA, answered questions;
wrote an article on the FACA published in the Federal Bar
Journal (Fall 1979).

Education:
· University of Maryland, University College Graduate
School of Management and Technology, Master's of Science
in Computer Systems Management, Specialty Track:
Information Resources Management, 1998
· 1000 by the Year 2000 IRM Certificate Program, October
1995
· The George Washington University, Bachelor of Business
Administration (BBA), Majors: Economics & Personnel
Management, 1976

Training:
· Dynamics of Public Policy Seminar, Office of Personnel
Management (OPM), May 2004,
· Developing & Communicating Leadership Competencies, OPM,
March 2004
· National Uniform Standards of Professional Appraisal
Practice (USPAP), Appraisal Institute, October 2004
· Appraisal Procedures (Real Estate), Appraisal Institute,
September 2003
· 7-Steps to Performance Based Service Contracting, May 2003
· Appraisal Principles (Real Estate), Appraisal Institute,
September 2002
· Information Resources Management Conference (IRMCO),
September 2000
· Information Resources Management Conference (IRMCO),
September 1999
· Federal Human Resource Management Seminar, OPM, May 1996

· Over 1200 hours of management and IRM disciplines; i.e.,
procurement, ADP, contracting, telecommunications,
auditing, decisionmaking, partnership and software
packages.

Organization Affiliations:
· Member, Appraisal Institute, Washington DC Metropolitan
Area Chapter
· Member, Society of Federal Labor & Employee Relations
Professionals (SFLER), DC Chapter °
· Lifetime member, Blacks in Government (BIG)
· Lifetime member, Federally Employed Women (FEW)

Extracurricular Activities:

Americorps, DC Link and Learn: As a volunteer, I worked
to reduce the digital divide by teaching adults and
students MicrosoftWord, Internet, basic computer skills
and FrontPage at the DC community centers and schools.
Participated in nationwide AmeriCorps, Project First,
community day activities to tech computer skills to adults
and students in Atlanta, GA, Oakland, CA, and Washington,
DC.

Executive Board Member of the Parents, Teachers, and
Students Association (PTSA): For seven years, I made
presentations at school meetings, presented educational
seminars before parents, teachers, and students, and
presented oral testimony before the Montgomery County
School Board on budgetary issues, which were broadcast
over cable TV.  Grants were provided on budgetary items.

GSA Toastmasters ™ Club:  Directed the GSA Toastmaster
Club as the President, Deputy Area Governor, Educational
Vice President and Secretary and was a member for many
years.  I entered and won various speaking contests,
conducted educational seminars, and participated as an
exchange speaker at other TM clubs.  I was a frequent
speaker at the annual Christmas Pageant on the Mall.

Montgomery County Co-op Service, Financial Counseling:
Volunteer for Financial Counseling for over ten years; met
with clients to discuss how to resolve financial issues,
wrote letters and made phone calls.

Labor Relations:  As an elected labor official I meet with
various personnel, from senior management officials to
support staff personnel, to discuss and negotiate on labor
and management issues. Tasks required the use of
appropriate protocol, ethics, and etiquette during
one-on-one meeting and when making presentations before
large groups of managers and employees during
governmentwide labor/management conferences.



Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.