# Exhibit 4

## James Fuchs

**From:** Whitaker, Claire (USADC) [Claire.Whitaker@usdoj.gov]
**Sent:** Thursday, June 26, 2008 11:18 AM
**To:** James Fuchs
**Subject:** RE: Calhoun

I am going to call Magistrate Judge Facciola's chambers and arrange for a conference. I would like you on the phone. Please call me. 202-514-7137

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Wednesday, June 25, 2008 12:52 PM
**To:** Whitaker, Claire (USADC)
**Subject:** Calhoun

Claire, as you had requested, I waited until your reply before replying to your response.

My client's position is that it is unfair for her to continue to incur legal fees for continued negotiations that do not produce tangible results.

I suspect that the Court will wait to do anything until the Court conference, but, in any event, I did wait until your return.

Given my client's state of frustration, and the fact that there are no tangible results that I have to present her, I do not, in all good conscience, have a basis for seeking to overrule her wishes.

James Fuchs