# Exhibit 5



July 8, 2008

**By Facsimile and U.S. Mail:**  (202) 514-8780

Claire Whitaker, Esq.
Assistant United States Attorney
United States Attorneys' Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, DC  20530

      Re:    Calhoun V. Doan, Civil Action No. 06-1441 (HHK)

Dear Ms. Whitaker:

      We have examined Defendant's most recent purported document production, which consists essentially of a group of resumes.  This purported production—about which you made such fanfare before the Court—does not begin to answer our Document Requests or Interrogatories, let alone our Supplemental Requests, as you surely realize.

      Very truly yours,

      James L. Fuchs