UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,              *

       Plaintiff,               Case No. 06-1441-HHK

v.              *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

       Defendant             *

## **ORDER**

WHEREFORE, having considered Plaintiff's Motion to Strike Defendant's Motion to Dismiss or for Summary Judgment, it is hereby ORDERED that

Plaintiff's Motion to Strike Defendant's Motion to Dismiss or for Summary Judgment is granted;

AND IT IS FURTHER ORDERED that Defendant's Motion to Dismiss or more Summary Judgment is stricken on grounds that it is untimely.

                                                   _____
                                                   Hon. Henry H. Kennedy, Jr.