UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                            *

       Plaintiff,                           Case No. 06-1441-HHK

v.                                          *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

       Defendant                            *


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Motion to Strike Defendant's Motion to Dismiss or for Summary Judgment, along with Exhibits 1-5, and an Order, were served on Defendant's counsel by electronic filing, or this means should fail, by mail, postage prepaid, and addressed as follows:

Claire Whitaker, Esq.
Assistant United States Attorney
Judiciary Center Building, Rm. E-4-4
555 Fourth Street, N.W.
Washington, D.C.  20530

                                                                                     _____/s/_____

                                                        James L. Fuchs, Esq.
                                                        Law Offices of Snider & Associates, LLC
                                                        104 Church Lane Suite 100
                                                        Baltimore, Maryland 21208
                                                        410-653-9060 Phone
                                                        410-653-9061 Fax
                                                        jfuchs@sniderlaw.com