# Exhibit 2

Case 1:06-cv-01441-HHK-JMF    Document 45-3    Filed 08/22/2008    Page 1 of 2

## James Fuchs

**From:** Whitaker, Claire (USADC) [Claire.Whitaker@usdoj.gov]
**Sent:** Monday, May 12, 2008 6:14 PM
**To:** James Fuchs
**Subject:** RE: Calhoun

Thanks fine.

**From:** James Fuchs [mailto:jfuchs@sniderlaw.com]
**Sent:** Monday, May 12, 2008 5:41 PM
**To:** Whitaker, Claire (USADC)
**Subject:** Calhoun

Claire,

I just spoke to Mr. Snider, and he advised me not to agree to 60 days for the Dispositive Motion unless I were to get the client's approval.

I am rather certain that I would not get the approval.

Thus, I would prefer to go back to the 30-day Stipulation.

I just called your number and got a recording. I do not know your mailbox number. Please call back.

Thanks,

James

8/19/2008