UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IONA D. CALHOUN, | * | |
| Plaintiff, | | Case No. 06-1441-HHK |
| v. | * | |
| LURITA ALEXIS DOAN, Administrator, U.S. General Services Administration, | | |
| Defendant | * | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, as Errata (in view of minor changes), a copy of the Motion to Strike Defendant's Motion to Dismiss or for Summary Judgment, along with Exhibits 1-5, and an Order, were served on Defendant's counsel by electronic filing, or this means should fail, by mail, postage prepaid, and addressed as follows:

Claire Whitaker, Esq.
Assistant United States Attorney
Judiciary Center Building, Rm. E-4-4
555 Fourth Street, N.W.
Washington, D.C.  20530

                                                    /s/_____

James L. Fuchs, Esq.
Law Offices of Snider & Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax
jfuchs@sniderlaw.com