UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID L. BIBB, Acting Administrator, ) <br> GENERAL SERVICES ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-1441 |

<u>ORDER</u>

Upon consideration of Plaintiff's Motion to Strike, Defendants' Motion to Extend Time pursuant to Fed. R. Civ. P. 6(b)(2), the oppositions and replies thereto, it is this

_____ day of _____, 2008,

ORDERED, that Plaintiff's Motion to Strike is denied, and it is

FURTHER ORDERED, that Defendant's Motion to Extend the time to file his dispositive motion through August 19, 2008, is granted for good cause shown.

_____
UNITED STATES MAGISTRATE JUDGE