UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA D. CALHOUN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1441 (HHK/JMF) |
| DAVID L. BIBB, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, | ) |
| Defendant. | ) |

ERRATA

Attachment 1, Excerpts of Transcript of Proceedings before Magistrate-Judge Facciola on July 7, 2008, was omitted from Docket Entry # 46, Memorandum in Opposition to Plaintiff's Motion to Strike and Defendant's Motion for Extension of Time Pursuant to Fed. R. Civ. P. 6(b)(2), filed this date.  It is hereby filed and should be appended to the aforesaid filing.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137