IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
In the Matter of:             :
                              :
IONA D. CALHOUN,              :
                              :
        Plaintiff,            :
                              :
    vs.                       : Civil Action No. 06-1441
                              :
LURITA A. DOAN,               :
                              :
        Defendant.            : July 7, 2008
                              : Washington, D.C.
- - - - - - - - - - - - - - - x


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

        On behalf of the Plaintiff:

            JAMES FUCHS, Esq.

        On behalf of the Defendant:

            CLAIRE WHITAKER, Esq.


Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C.  20005, 202-347-5395, www.pro-typists.com
M2581V/dac

*Attachment 1*

2

1            P R O C E E D I N G S

2            THE CLERK:  This is Civil Case 06-1441, Iona D.

3   Calhoun versus Lurita A. Doan.  James Fuchs for the

4   Plaintiff, Claire Whitaker for the Defendant.  This is a

5   status conference.

6            THE MAGISTRATE JUDGE:  Good morning, everyone.  I

7   asked you to come in to see if there's any possible way we

8   might be able to resolve this without further controversy

9   and that's what I'd like you to address.

10            As I understand it, discovery has ended, but

11   there is now pending, or explain to me if there is or not

12   -- is there now pending a specific motion to compel more

13   answers to the discovery that's propounded?

14            MR. FUCHS:  Good morning, Your Honor.

15            THE MAGISTRATE JUDGE:  Why don't you come to the

16   podium, Counsel?

17            MR. FUCHS:  I'm sorry, Your Honor, James Fuchs

18   for --

19            THE MAGISTRATE JUDGE:  Come to the podium.

20            MR. FUCHS:  Your Honor, at this point, in view of

21   everything that has happened, we feel ready to go trial.

22   The time for dispositive motions has passed; as Your Honor

23   indicated, the time for discovery has passed.  We received

24   some documents this morning, but in fact, initially, I

25   made this motion to compel in April and then it was

1  resolve, I don't know why we have to be here, I don't know

2  why we have to go to a status call with Judge Kennedy on

3  Thursday, but --

4           THE MAGISTRATE JUDGE:  It's tomorrow, isn't it?

5           MS. WHITAKER:  Yeah.  He refused, Mr. Fuchs

6  refused to continue that while we have this discovery

7  issue.

8           THE MAGISTRATE JUDGE:  All right, as the matter

9  now stands, discovery has closed and the deadline for

10  dispositives has passed.

11           MS. WHITAKER:  Well, I filed a request for an

12  extension for that period.

13           THE MAGISTRATE JUDGE:  Which was opposed by Mr.

14  Fuchs and I imagine that's what Judge Kennedy wants to

15  discuss with you.

16           MS. WHITAKER:  I think he set this status call

17  before we resolved this discovery --

18           THE MAGISTRATE JUDGE:  Well, it appears that it

19  would fall peculiarly within his responsibility to modify

20  the date for dispositive motions because he set it in the

21  first place and I only have the matter for discovery.

22           MS. WHITAKER:  Well, in --

23           THE MAGISTRATE JUDGE:  Excuse me -- but your --

24           MS. WHITAKER:  Sorry.

25           THE MAGISTRATE JUDGE:  Counsel's position is

1    MS. WHITAKER:  Your Honor --

2    THE MAGISTRATE JUDGE:  Yes, Ms. Whitaker.

3    MS. WHITAKER:  It seems to me that we can resolve

4    this.  Again, it seems to me that you could provide for a

5    schedule for the completion of discovery.  We have never

6    objected to Ms. Annandale's deposition; they are now

7    objecting to Dr. McNeill's deposition.  They refused to

8    provide the records until just recently and now they're

9    objecting to that.  But you could clearly set a deposition

10   schedule.

11   THE MAGISTRATE JUDGE:  Not without the permission

12   of Judge Kennedy.  He set these deadlines, I didn't.

13   MS. WHITAKER:  Oh, I'm sorry, I thought you were

14   involved in the discovery disputes.

15   THE MAGISTRATE JUDGE:  I will, I'm resolving

16   discovery disputes, but my colleague magistrate judges,

17   when it comes to questions of extending deadlines with the

18   conclusion of discovery and for dispositive motions, as a

19   simple courtesy, we always leave that with the district

20   judge.  The district judge may very well say, "That's up

21   to you, Facciola," in which case I will handle it.  But

22   unless and until Judge Kennedy says that, as a simple

23   matter of courtesy, I'm not going to set a different

24   deadlines --

25   MS. WHITAKER:  Change the deadlines.

1          THE MAGISTRATE JUDGE:  -- that he set, because

2    those deadlines obviously were set in the context of his

3    overall trial calendar.  I assure you I will try to reach

4    him today, I don't know where Judge Kennedy is or what his

5    schedule is like and mine is very busy, but I will try to

6    speak to him today.

7          MS. WHITAKER:  Well, if I might just say they

8    have produced some medical records; we would like to

9    subpoena them.

10          THE MAGISTRATE JUDGE:  I understand.

11          MS. WHITAKER:  And we would like to have a date

12    for additional documents if they have them.  We would also

13    like to have the depositions set and the dispositive

14    motions schedule.

15          And if -- I concede, because again, there's just

16    no communication back and forth --

17          THE MAGISTRATE JUDGE:  Very unfortunate.

18          MS. WHITAKER:  -- that I just want to point out

19    one thing.  They have not complained about our document

20    requests in these proceedings, but they've complained

21    about responses to interrogatories.  We've responded to

22    the interrogatories, which we believe are not relevant and

23    will not lead to admissible information, by giving them

24    numerous documents.  They don't include ten years, but

25    they include five years.

18

UNITED STATES OF AMERICA    )
                            )    Civil Action No. 06-1441
DISTRICT OF COLUMBIA      )
                            )

        I, PAUL R. CUTLER, do hereby certify that a recording of the foregoing proceedings in the above matter was duplicated from an original recording by the Office of the Clerk, United States District Court for the District of Columbia, and that said duplicate recording of the proceedings was transcribed under my direction to typewritten form.

—                                      PAUL R. CUTLER

                       - - -

        I, DORIS A. CUTLER, do hereby certify that the foregoing transcript was typed by me and that said transcript is a true record of the recorded proceedings to the best of my ability.

—                                        DORIS A. CUTLER