UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IONA D. CALHOUN,                               *

        Plaintiff,                                    Case No. 06-1441-HHK

v.                                             *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

        Defendant                                     *

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Plaintiff's Reply re Motion to Strike Defendant's Motion to Dismiss or for Summary Judgment (with three non-substantive changes) was served on Defendant's counsel by electronic filing, or this means should fail, by mail, postage prepaid, and addressed as follows:

Claire Whitaker, Esq.
Assistant United States Attorney
Judiciary Center Building, Rm. E-4-4
555 Fourth Street, N.W.
Washington, D.C.  20530

　　　　　/s/_____

James L. Fuchs, Esq.
Law Offices of Snider & Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax
jfuchs@sniderlaw.com