```
          IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
                                :
In the Matter of:               :
                                :
IONA D. CALHOUN,                :
                                :
        Plaintiff,              :
                                :
        vs.                     : Civil Action No. 06-1441
                                :
LURITA A. DOAN,                 :
                                :
        Defendant.              : July 7, 2008
                                : Washington, D.C.
- - - - - - - - - - - - - - - - x




             TRANSCRIPT OF STATUS CONFERENCE
         BEFORE THE HONORABLE JOHN M. FACCIOLA
             UNITED STATES MAGISTRATE JUDGE


    APPEARANCES:

           On behalf of the Plaintiff:

               JAMES FUCHS, Esq.

           On behalf of the Defendant:

               CLAIRE WHITAKER, Esq.
```

Proceedings recorded by the Court, transcript produced by Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307, Washington, D.C. 20005, 202-347-5395, www.pro-typists.com
M2581V/dac

*Attachment 1*

```
 1   sensitive information and we'd request that you caution
 2   Plaintiff on that.
 3           THE MAGISTRATE JUDGE:  Well, interestingly, there
 4   is now a new statute and a new set of regulations which
 5   pertain to the publication of such information, because we
 6   now live in an electronic universe and that stuff can get
 7   into a transcript and the transcript could be filed.  So
 8   there now is a procedure in place where such information
 9   must be eliminated before it's permitted to go in the
10   public record for anyone see it.  So those regulations
11   obviously bind all of us, including me.
12           MS. WHITAKER:  Thank you.
13           THE MAGISTRATE JUDGE:  Mr. Fuchs, Ms. Whitaker
14   says it's a simple thing, she just wants to sit down with
15   you, just wants to get some things accomplished.  She
16   wants to make sure that your submissions are correct, she
17   wants to make sure if you have any problems with her
18   submissions, to resolve those, get the medical records she
19   needs, and then have the dispositive motions.
20           You say the horse has left the barn, it's a
21   little too late for that.
22           MR. FUCHS:  Yes, Your Honor, I've wanted to do
23   that since April and ironically, Ms. Whitaker opposed my
24   attempts to extend discovery so that we could, in fact,
25   resolve these issues.
```

```
 1            MS. WHITAKER:  Your Honor --
 2            THE MAGISTRATE JUDGE:  Yes, Ms. Whitaker.
 3            MS. WHITAKER:  It seems to me that we can resolve
 4  this.  Again, it seems to me that you could provide for a
 5  schedule for the completion of discovery.  We have never
 6  objected to Ms. Annandale's deposition; they are now
 7  objecting to Dr. McNeill's deposition.  They refused to
 8  provide the records until just recently and now they're
 9  objecting to that.  But you could clearly set a deposition
10  schedule.
11            THE MAGISTRATE JUDGE:  Not without the permission
12  of Judge Kennedy.  He set these deadlines, I didn't.
13            MS. WHITAKER:  Oh, I'm sorry, I thought you were
14  involved in the discovery disputes.
15            THE MAGISTRATE JUDGE:  I will, I'm resolving
16  discovery disputes, but my colleague magistrate judges,
17  when it comes to questions of extending deadlines with the
18  conclusion of discovery and for dispositive motions, as a
19  simple courtesy, we always leave that with the district
20  judge.  The district judge may very well say, "That's up
21  to you, Facciola," in which case I will handle it.  But
22  unless and until Judge Kennedy says that, as a simple
23  matter of courtesy, I'm not going to set a different
24  deadlines --
25            MS. WHITAKER:  Change the deadlines.
```

1  THE MAGISTRATE JUDGE: -- that he set, because
2  those deadlines obviously were set in the context of his
3  overall trial calendar. I assure you I will try to reach
4  him today, I don't know where Judge Kennedy is or what his
5  schedule is like and mine is very busy, but I will try to
6  speak to him today.
7  MS. WHITAKER: Well, if I might just say they
8  have produced some medical records; we would like to
9  subpoena them.
10  THE MAGISTRATE JUDGE: I understand.
11  MS. WHITAKER: And we would like to have a date
12  for additional documents if they have them. We would also
13  like to have the depositions set and the dispositive
14  motions schedule.
15  And if -- I concede, because again, there's just
16  no communication back and forth --
17  THE MAGISTRATE JUDGE: Very unfortunate.
18  MS. WHITAKER: -- that I just want to point out
19  one thing. They have not complained about our document
20  requests in these proceedings, but they've complained
21  about responses to interrogatories. We've responded to
22  the interrogatories, which we believe are not relevant and
23  will not lead to admissible information, by giving them
24  numerous documents. They don't include ten years, but
25  they include five years.

18

UNITED STATES OF AMERICA   )
                          )   Civil Action No. 06-1441
DISTRICT OF COLUMBIA      )


      I, PAUL R. CUTLER, do hereby certify that a recording of the foregoing proceedings in the above matter was duplicated from an original recording by the Office of the Clerk, United States District Court for the District of Columbia, and that said duplicate recording of the proceedings was transcribed under my direction to typewritten form.


                                              PAUL R. CUTLER

                        - - -


      I, DORIS A. CUTLER, do hereby certify that the foregoing transcript was typed by me and that said transcript is a true record of the recorded proceedings to the best of my ability.


                                              DORIS A. CUTLER