UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


IONA D. CALHOUN,                                *

                Plaintiff,                                Case No. 06-1441-HHK

v.                                             *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

                Defendant                                *

## **ORDER**

WHEREFORE, having considered Plaintiff's Motion to Strike Defendant's Motion to Dismiss or for Summary Judgment, Defendant's opposition to same, Plaintiff's Reply, and Defendant's Response to Plaintiff's Opposition to Motion to Extend, it is hereby ORDERED that


Defendant's Response to Plaintiff's Opposition to Motion to Extend is stricken.

                _____
                Hon. Henry H. Kennedy, Jr.

1