UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


IONA D. CALHOUN,                          *

      Plaintiff,                    Case No. 06-1441-HHK

v.                                        *

LURITA ALEXIS DOAN,
Administrator,
U.S. General Services Administration,

      Defendant                     *


### ERRATA


On October 6, 2008, when filing Plaintiff's Opposition to Defendant's Motion to Dismiss or Summary Judgment I had trouble uploading the exhibits to Plaintiff's opposition. I had my office rescan the exhibits this morning. I am therefore filing, with this Errata Sheet, the exhibits along with the proposed order.


Respectfully Submitted,


_____/s/_____
James L. Fuchs, Esq.
Law Offices of Snider & Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax
jfuchs@sniderlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2008, this Errata Sheet, along with the aforesaid

attachments, was served on defendant's counsel by electronic filing and addressed as follows:


Claire Whitaker, Esq.
Assistant United States Attorney
Judiciary Center Building, Rm. E-4-4
555 Fourth Street, N.W.
Washington, D.C.  20530


_____/s/_____
James L. Fuchs, Esq.
Law Offices of Snider & Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax
jfuchs@sniderlaw.com