UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IONA D. CALHOUN,**<br><br>           Plaintiff,<br><br>     v.<br><br>**PAUL F. PROUTY,**<br>**Administrator,**<br>**General Services Administration,**<br><br>           Defendant. | Civil Action 06-01441 (HHK) |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 12th day of August 2009, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of defendant.


                                                          Henry H. Kennedy, Jr.
                                                          United States District Judge